**Jason K. Singleton**, State Bar #166170
**Richard E. Grabowski**, State Bar #236207
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**  FAX 441-1533**
**lawgroup@sbcglobal.net**

**Attorneys for Plaintiff, ASIS INTERNET SERVICES**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES, a California corporation,**<br><br>    Plaintiff,<br>vs.<br><br>**OPTIN GLOBAL, INC., a Delaware Corporation, also dba Vision Media Limited Corp., USA Lenders Network, USA Lenders, and USA Debt Consolidation Service; et al.**<br><br>    Defendants. | Case No. C-05-5124 CW<br><br>**ORDER GRANTING STIPULATION TO CONTINUE MOTION HEARING DATE AND EXTEND TIME TO RESPOND TO DEFENDANT AEGIS LENDING CORPORATION'S MOTION TO DISMISS**<br><br>DATE:   March 31, 2006<br>TIME:   10:00 A.M.<br>CTRM:  2, 4th Floor |

Pursuant to United States District Court, Northern District Local Rule 6-2, Plaintiff ASIS INTERNET SERVICES ("Plaintiff") and Defendants AEGIS LENDING CORPORATION and FRANCIS PRASAD ("Defendants") submit the following stipulation extending the time to respond to Plaintiff's Complaint.

The Motion was originally filed on February 7, 2006. Plaintiff requests an extension of time to respond to the Motion. This is a complex case based on a new area of law and involves at least seventeen Defendants. Defendant hereby grants Plaintiff a fourteen (14) day extension of time to respond to March 24, 2006. Defendant's Reply shall be due April 7, 2006, and the hearing on the Motion shall be continued to April 21, 2006, at 10:00 a.m. in Courtroom

2, before the Honorable Claudia Wilkin.

IT IS SO STIPULATED.

                          SINGLETON LAW GROUP

Dated: February 6, 2006        /s/ Jason K. Singleton
JASON K. SINGLETON,
RICHARD E. GRABOWSKI, Attorneys for
Plaintiff, ASIS INTERNET SERVICES

COOLEY GODWARD LLP

Dated: February 6, 2006       /s/ Joseph S. Leventhal
JOSEPH S. LEVENTHAL, Attorneys for
AEGIS LENDING CORPORATION and
FRANCIS PRASAD

## ORDER

Based on the foregoing Stipulation, the Motion to Dismiss (20) shall be heard on April 21, 2006, at 10:00 a.m., in Courtroom 2, 4th Floor. Plaintiff's Opposition is due March 24, 2006, and Defendant's Reply, if any, is due April 7, 2006.

IT IS SO ORDERED.

Dated: 2/16/06       /s/ CLAUDIA WILKEN
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE