**JASON K. SINGLETON, SB# 166170**
**RICHARD E. GRABOWSKI, SB#236207**
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177 / FAX 441-1533

Attorney for Plaintiff, ASIS INTERNET SERVICES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HOHLBEIN,<br>          Plaintiff(s),<br>     v.<br><br>OPTIN GLOBAL, INC., et al.,<br><br>          Defendant(s). | CASE NUMBER<br><br>C-05-5124 CW<br><br>NOTICE OF DISMISSAL PURSUANT<br>RULE 41(a) OR (c) F.R.Civ.P. |

PLEASE TAKE NOTICE: (Check one)

☐   This action is dismissed by the Plaintiff (s) in its entirety.

☐   The Counterclaim brought by Claimant (s) _____ is dismissed by Claimant (s) in its entirety.

☐   The Cross-Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.

☐   The Third-party Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.

■   **ONLY** Defendants **NORTH COUNTY LOANS, INC., a California corporation, and ESTELA MARIE RICHIE, aka Stela** are dismissed from

(Circle one)  **(Complaint)**   Counterclaim,  Cross-claim,  Third Party Claim

brought by   PLAINTIFF ASIS INTERNET SERVICES                                 .

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

DATED:   February 28, 2006                     _____
                                                Signature of Attorney/Party

NOTE: F.R.Civ.P. 41(a): THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

F.R.Civ.P. 41(c): COUNTERCLAIMS, CROSS-CLAIMS & THIRD-PARTY CLAIMS MAY BE DISMISSED BEFORE SERVICE OF A RESPONSIVE PLEADING OR PRIOR TO THE BEGINNING OF TRIAL.

CV-9  (7/01)       NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41 (a) or (c)