**Jason K. Singleton** State Bar #166170
**Richard E. Grabowski** State Bar # 236207
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX 441-1533**
**lawgroup@sbcglobal.net**

**Attorney for Plaintiff, ASIS INTERNET SERVICES**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, | Case No.  C-05-5124 CW |
| Plaintiff, | **DECLARATION OF RICHARD E. GRABOWSKI IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS** |
| vs. | |
| OPTIN GLOBAL, INC., a Delaware Corporation, also dba Vision Media Limited Corp., USA Lenders Network, USA Lenders, and USA Debt Consolidation Service; et al., | **DATE:  April 21, 2006** **TIME:   10:00 A.M.** **CTRM: 2, 4TH FLOOR** |
| Defendants. | |

I, RICHARD E. GRABOWSKI , declare as follows:

1.      I am an attorney duly licensed to practice in the United States District Court, Northern District of California, and I am one of the attorneys of record for Plaintiff.  I have personal and firsthand knowledge of each fact hereinafter set forth and if called to testify could and would competently testify to the matters set forth herein.

2.      Plaintiff received copies of the sales leads, including the lead for the fictitious character Bruce Wolf, provided by the middle man to other defendants.

3.       Attached hereto as Exhibit "A" is a true and correct copy of TechEncyclopedia results for SPAM and a copy of the Forward to the book "Inside the SPAM CARTEL".

4.     Attached hereto as Exhibit "B" is a true and correct copy of GAO Report to the Subcommittee on Courts, the Internet, and Intellectural property, House of Representatives.

5.     Attached   hereto   as   Exhibit   "C"   is   a   true   and   correct   copy   of LoanOfficerMagazine.com web page

6.     Attached hereto as Exhibit "D" is a true and correct copy of web pages for Originatortimes.com, Mortgage-technology.com, and LoanOfficerMagazine.com.

7.     Attached hereto as Exhibit "E" is a true and correct copy of Dark Mailer web page.

8.     Attached hereto as Exhibit "F" is a true and correct copy of Blast4Traffic.com web page.

9.     Attached hereto as Exhibit "G" is a true and correct copy of Techweb.com web page.

10.    Attached hereto as Exhibit "H" is a true and correct copy of an affiliate programs.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**SINGLETON LAW GROUP**

Date:        March 13, 2006

Richard E. Grabowski, Attorney for
Plaintiff, **ASIS INTERNET SERVICES**

Declaration of Richard E. Grabowski                    2                    C-05-5124 CW

**FOCAL POINTS:** Sponsored Links
Information Risk and Automated Controls, IT Security & Data Management, Wireless &
Desktop Apps for SMBs

**TechWeb**
The Business Technology Network

SEARCH  Enter term(s)    TW (All Sites)    go  advanced

News  Mobile  Software  Security  E-Business & Management  Networking  Hardware  Pipeline Sites

# TechEncyclopedia More than 20,000 IT terms

Results found for: **spam**    🖨 Print this page

Image Friendly View

**spam**

E-mail that is not requested. Also known as "unsolicited commercial e-mail"
(UCE), "unsolicited bulk e-mail" (UBE), "gray mail" and just plain "junk mail," the
term is both a noun (the e-mail message) and a verb (to send it). Spam is used to
advertise products or to broadcast some political or social commentary.

The term was supposedly coined from a Monty Python comedy sketch in the early
1970s, in which every item on a restaurant menu contained SPAM, and there was
nothing a customer could do to get a meal without it. The sketch was derived from
the fact that in England during World War II, SPAM (Hormel's processed meat)
was abundantly available while other foods were rationed. Many believe spam is
an acronym for "sales promotional advertising mail" or "simultaneously posted
advertising message."

**A Social Plague**
Like viruses, spam has become a scourge on the Internet as hundreds of millions
of unwanted messages are transmitted daily to almost every e-mail recipient as
well as to newsgroups. Unfortunately for users and fortunately for spammers, as
an advertising medium, spam does produce results. Even if only an infinitesimal
number of users reply, it is still cost effective since e-mail is a very inexpensive
way to reach people.

**ISPs Work Overtime**
In order to alleviate some spam, ISPs have added an enormous number of
servers doing nothing more than spam filtering (see spam filter). The CAN-SPAM
act in the U.S. became law on January 1, 2004, which provides severe penalties
for spammers, if they can be located (see CAN-SPAM). See SPIM, SPIT, mail
bomb, Joe Job, SPF, letter bomb, spamdexing, Blacklist of Internet Advertisers,
munging, RBL, ROKSO, MAPS, spam relay, spam trap, botnet, rogue site and
opt-in.

## Why Do They Do It?
Simple math. Suppose that out of 2,000 spam messages, one person clicks the
link, and the spammer makes $1. If a million spams were sent that day, the
spammer made $500, and the job might have taken a half hour to set up. That
means only a few hours per week could yield $100,000 a year. Is that incentive
enough for high-school students, or would they rather go back to their paper
routes? Of course, consistent revenues are not guaranteed, but some spammers
make a whole lot more than $100,000 every year. In any case, there is ample
motivation.

**Spam Filters Create More Spam**
As spam filtering becomes more sophisticated, spammers have to send even
more spam to make the same money, but e-mail lists can be purchased for very
little or hijacked. There is a thriving business selling e-mail lists to spammers as
well as lists of compromised computers (see zombie). There are even third-party
spam service providers that will do all the work for you.

**Easy to Rationalize**
Spammers justify their existence by citing the enormous amount of unsolicited ads
we get via the postal system, which wastes trees and other resources. They claim
advertisers pollute the environment every day with obnoxious ads on TV, radio,
buses and billboards. Of course, they have a point, especially regarding the tons
of paper thrown in the "real" trash can every day. However, none of these other
approaches threaten to close down the system they live in.

■ **TODAY'S NEWS FROM TECHWEB**    February 10, 2006

▸ This Week In Google: From Desktop To Demo

▸ Firm Touts 'Dick Tracy' Video Wristwatch

▸ Gates Sells 9 Million Shares, Pockets $245 Million

▸ Apple To (Big) Apple And Boston

▸ IT Execs Approach RIM Plan Cautiously

**TODAY'S MOST POPULAR STORIES**

▸ Is Linux Next?

▸ Google Upgrades Desktop Software

▸ Microsoft To Device Maker: We'll Foot Your Legal Bills

▸ Ten Must-Have Firefox Extensions

▸ No Bad Thoughts, Please, We're BlackBerry Users

Advertisement



**Mission Critical Sites**
From storage to security to the future of technology.
CMP Media's Pipeline sites provide the information you
need to make smart decisions.

**SMB How-To Guide On Setting Up Wireless LAN**
Follow these easy steps written just for the SMB on
understanding and implementing WLAN tech.

**Unleash the Power & Opportunity of Grid
Computing**
Experts will identify trends in grid computing, provide
examples and examine solution options.

**Using Current Performance to Shape
Future Results**
Hear new strategies for improving business
performance and results.

**TECHWEBCASTS**
Editorial and vendor perspectives
Online backup proves easier and
cheaper than tape: Download the
white paper
Online backup proves easier and
cheaper than tape: Download the
white paper

**MICROSITES**
FEATURED TOPIC

**VENDOR RESOURCES**



Online backup proves easier and
cheaper than tape: Download the
white paper
Online backup proves easier and
cheaper than tape: Download the
white paper

**FOCAL POINTS**   sponsored links
Online backup proves easier and
cheaper than tape: Download the
white paper
Online backup proves easier and
cheaper than tape: Download the
white paper



**ADDITIONAL TOPICS**

▶ Cost-effectively
manage and secure
networks with open
enterprise

▶ Server Choice,
Reliability, Flexibility:
Get the Intel Itanium 2
e-book



▶ Online backup proves
easier and cheaper
than tape: Download
the white paper

▶ Download a free
Architect's Guide on
Data Center cooling
solutions.

**From the Horse's Mouth** This book was written by a spammer, known only to
readers as "Spammer-X." For insights into the minds of real people who spam for
a living and explanations of how they do it, read "Inside the SPAM Cartel."
(Syngress, 2004, ISBN 1-932266-86-0)

**Search For spam On TechWeb**

**Find the latest news and information on** spam **from across the TechWeb
Network of IT Web sites.**

[ Search Now! ]

■ **TERMS SIMILAR TO YOUR ENTRY**
Entries before spam                    Entries after spam

▶ SP5                                  ▶ spam blocker
▶ SPA                                  ▶ spamdexing
▶ space                                ▶ spam filter
▶ space/time                           ▶ Spamhaus
▶ spaghetti code                       ▶ spamming

■ **DEFINE ANOTHER IT TERM**

[                          ]

[ Define ]

Or get a random definition

 THIS COPYRIGHTED DEFINITION IS FOR PERSONAL USE ONLY.
All other reproduction is strictly prohibited without permission from the publisher.

Copyright (©) 1981-2006 The Computer Language Company
Inc All rights reserved.

**TECHWEB MARKETPLACE** (Sponsored Links)

**NetSupport Manager PC Remote Control**
Perform remote support and management on multiple systems simultaneously over a LAN, WAN and the Internet with this PC
remote control software. Provides speedy, secure remote PC access, dynamic inventory, automated scripting and more.

**T1 Lines as Low as $240 for 1st 3 Months**
Get a Covad T1 line for as low as $240 per month for the first 3 months. Free installation. Keep your business a step ahead.
Check availability now.

**Want to know your CIS security score?**
The CIS has developed detailed IT security benchmarks which will help make your computer more secure. Click here to
download the Belarc Advisor which will automatically show you how secure your system is compared to the CIS benchmark
configurations.

SYN RESS®

**4 FREE BOOKLETS**
YOUR SOLUTIONS MEMBERSHIP



Inside the

# SPAM
# Cartel

## TRADE SECRETS FROM THE DARK SIDE

**You May Hate Spammer-X, But Can You Afford to Ignore Him?**

- Learn How Spammers Stay One Step Ahead of the Law
- A Methodical and Technically Explicit Exposé That Travels Beyond Configuring Filters and Cleaning Mailboxes
- A "Must Read" for Security Professionals, Law Enforcement, Hackers, and Programmers

## Spammer-X

**Jeffrey Posluns**    Technical Editor

*Foreword by*
**Stu Sjouwerman**
Editor in Chief, W2Knews



# Foreword

Since the explosion of Internet users during the late 1990's, the unending spam scourge has shown no sign of abating. Statistics from large anti-spam companies that monitor millions of e-mails per hour show that the rates are actually still going up, and depending who you listen to, they are now rising between 50 and 70 percent. The new federal anti-spam (CAN-SPAM) law has already been dubbed the 'Can't Fight Spam Act.' And it's no wonder: the Net was not built with e-mail security and verification in mind, and ways to bypass and trick the system are plentiful. I heard someone explain it like this: "In trying to get rid of spam, we're playing a game of chess, and the bad guys have white." It is a constant game of technological leapfrog, and once a new anti-spam technology has been developed, the spammers do their best to break it, attack it or get around it. Even the brand new Sender ID initiative discussed in this book has proved to be ineffective. In fact, the spammers are adopting it even before the market at large.

As you start reading, the author throws a curve, leading you to believe you are dealing with a simple teenage script kiddie. But you'll soon discover that the author is a very intelligent, technically sophisticated and resourceful young man. The data in this book is revealing. It shows the various ways that spammers get their messages across, and goes into great technical detail on how they do it. Most surprisingly, there is an underground cooperation between hackers and spammers, who have a common, nefarious goal to steal the email databases of companies and exploit these lists. This is a detailed handbook on how to spam, and get around the many barriers that have been thrown up by the anti-spam community. You could say that this is a bad thing, as now everyone will be able to do it. But this is not the time or place to throw coals on the raging fire of the "disclosure discussion" of network vulnerabilities.

This book is a must for any system and/or network administrator who runs mail servers, or anyone who must ensure their organization is as safe as possible against the many dangers lurking behind their firewall. Spam is a many-headed dragon. In its most innocuous form it affects productivity negatively by being a distraction and a nuisance, but it can be used as a vector for many more destructive purposes like drive-by installs of trojans, key loggers, viruses, and spyware.

A good defense against spam starts with knowing the enemy. This book reveals how your enemy thinks, how he operates, how he gets paid, the advanced state of dedicated automation he utilizes and what holes in the Net are being exploited. Having a resource like this is equal to catching the decryption code book of the opposition. Have fun in keeping the bad guys out!

— *Stu Sjouwerman*
Founder of Sunbelt Software
Publisher of W2Knews

United States Government Accountability Office

# GAO

Report to the Subcommittee on Courts, the Internet, and Intellectural Property, House of Representatives

November 2005

# INTERNET MANAGEMENT

## Prevalence of False Contact Information for Registered Domain Names



November 2005

# G A O
### Accountability-Integrity-Reliability
# Highlights

Highlights of GAO-06-165, a report to the
Subcommittee on Courts, the Internet, and
Intellectual Property, Committee on the
Judiciary, House of Representatives

# INTERNET MANAGEMENT

## Prevalence of False Contact Information for Registered Domain Names

### Why GAO Did This Study

Individuals or organizations
seeking to register the names of
their Web sites may provide
inaccurate contact information to
registrars in order to hide their
identities or to prevent members of
the public from contacting them.
Contact information is made
publicly available on the Internet
through a service known as Whois.
Data accuracy in the Whois service
can help law enforcement officials
to investigate intellectual property
misuse and online fraud, or identify
the source of spam e-mail, and can
help Internet operators to resolve
technical network issues.

GAO was asked, among other
things, to (1) determine the
prevalence of patently false or
incomplete contact data in the
Whois service for the .com, .org,
and .net domains; (2) determine the
extent to which patently false data
are corrected within 1 month of
being reported to ICANN; and (3)
describe steps the Department of
Commerce (Commerce) and
ICANN have taken to ensure the
accuracy of contact data in the
Whois database.

### What GAO Found

Based on test results, GAO estimates that 2.31 million domain names (5.14
percent) have been registered with patently false data—data that appeared
obviously and intentionally false without verification against any reference
data—in one or more of the required contact information fields. GAO also
found that 1.64 million (3.65 percent) have been registered with incomplete
data in one or more of the required fields. In total, GAO estimates that 3.89
million domain names (8.65 percent) had at least one instance of patently
false or incomplete data in the required Whois contact information fields.
The table below shows the estimated number of instances of patently false
data for each of the three types of contact information within each generic
top-level domain.

Of the 45 error reports that GAO submitted to the Internet Corporation for
Assigned Names and Numbers (ICANN) for further investigation—one for
each domain name with patently false contact data that GAO found in a
random sample of 900—11 domain name holders provided updated contact
information that was not patently false within 30 days after GAO submitted
the error reports to ICANN. One domain name, which had been pending
deletion before submission to ICANN, was terminated after GAO submitted
the error report. The remaining 33 were not corrected.

Commerce and ICANN have taken steps to ensure the accuracy of contact
data in the Whois database. In addition to implementing a Registrar
Accreditation Agreement that requires registrars to investigate and correct
any reported inaccuracies in the contact information, they have amended
their memorandum of understanding to require ICANN to continue assessing
the operation of the Whois service and to implement measures to secure
improved accuracy of data.

Commerce and ICANN officials generally agreed with a draft of this report.

| Prevalence of Patently False Contact Information (in millions; percentages in parentheses) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Registrant | | | Administrative contact | | | Technical contact | | |
| Data | .COM | .ORG | .NET | .COM | .ORG | .NET | .COM | .ORG | .NET |
| Not patently false | 33.13 (92.65) | 3.29 (93.69) | 5.34 (94.26) | 31.90 (89.20) | 3.15 (89.77) | 5.21 (91.88) | 32.18 (89.98) | 3.18 (90.63) | 5.29 (93.37) |
| Patently false | 1.18 (3.30) | 0.10 (2.97) | 0.05 (0.89) | 1.86 (5.20) | 0.22 (6.25) | 0.18 (3.13) | 1.50 (4.18) | 0.19 (5.51) | 0.16 (2.76) |
| Incomplete | 0.27 (0.76) | 0.07 (2.09) | 0.17 (2.98) | 0.83 (2.31) | 0.11 (3.09) | 0.18 (3.13) | 0.91 (2.54) | 0.10 (2.97) | 0.11 (2.01) |
| Unable to access Whois data | 1.18 (3.30) | 0.04 (1.25) | 0.11 (1.86) | 1.18 (3.30) | 0.04 (1.25) | 0.13 (2.24) | 1.18 (3.30) | 0.04 (1.25) | 0.13 (2.24) |

Source: GAO analysis of test results.

Note: Margin of error is ±5 percent or less at the 95 percent confidence level. Some domain names
contained both patently false and incomplete information and so percentages do not add up to 100.

www.gao.gov/cgi-bin/getrpt?GAO-06-165.

To view the full product, including the scope
and methodology, click on the link above.
For more information, contact Linda Koontz,
202-512-6250, koontzl@gao.gov, or Keith
Rhodes, 202-512-6412, rhodesk@gao.gov.

_____ **United States Government Accountability Office**



# LoanOfficerMagazine.com

Guerrilla
Sales & Marketing
## Concepts *for the Mortgage Loan Originator*

**Current Subscribers**
View Current Issue
Free Marketing Materials
Your Marketing Calendar
Search Archives
E-mail a Friend

**Subscribe**
Quarterly - 6 Issues
Yearly    - 24 Issues
2 Years  - 48 Issues
Free-New Subscribers

**Free! Free! Free!**
View all Editorials
5 FREE Articles

**Products**
Products Online
Purchase Past Articles
Automobile University

**Contact Us**
Advertise with Us
Write an Article
Advisory Board
Submit a Topic
Reprint Request

**About Us**

### The Spam Scan and Lead Generation Connection



**Click For Audio**

***Written By:*** Karen Deis

**If you are one of the thousands of loan originators who purchase mortgage leads - listen up!**

Recently, a FOX news anchor (in the Minneapolis area) decided to do a report on spam and junk e-mail. They started with a "clean" new computer (no cookies), a fake email address. They answered junk and spam emails, and traced where their name ended up.

You will be shocked and appalled where their e-mail journey took them - and you may never buy another lead again.

It all started with a click to a link that took them to a webpage offering to sell a list of Minnesota women who wanted to cheat on their husbands: Paying $1 (via a credit card) for the list - no list was received.

The website was traced to an island in the Caribbean. Immediately, they began to get solicitations for mortgages. Upon filling out a "mini" loan application, the so-called mortgage site was traced to a website registered in Istanbul, Turkey. They received an instant message that said, "Congratulations - your mortgage loan has been approved".

Within a day (yes, less than 24 hours), the reporter received no fewer than 13 phone calls from mortgage companies offering to refinance. Now remember, they answered spam which started in Turkey.

Upon further investigation, one of the loan officers admitted that she purchased the name from a lead generation company in Maryland. Calling the company in Maryland, they claimed they purchased the lead from a wholesale name broker in California.

Of the 13 loan officers who called, 2 of them were

willing to talk. One L.O. paid $500 for 20 leads and another said she paid $5 per name. (Doesn't it make you wonder that the less you pay for the lead, the lower you are on the food chain?)

**From the Caribbean to Turkey, from Maryland to California - my point is before you spend your hard-earned dollars to purchase leads - investigate the source of the leads yourself. Just don't take their word for it.**

 Or better yet, develop your own niche market and generate your own leads. There are literally thousands of ways to get business - as evidenced at the recent Share and Tell Session at the **Turn On Your Million Dollar Brain Workshop** held in Florida. **Check out the Santa Monica, CA workshop being held March 2-5, 2005.**

Here are just a few of the ideas shared (which we will write about in greater detail in future issues):

- Home Inventory Reduction Sale
- Free Report on 33 Ways to Sell Your Home Fast
- Marketing to companies who sell supplies to the handicapped
- Video Business Cards
- Magnetic Dining Guides

On second thought, maybe a list of women who WANT to cheat on their husbands means that they need to refinance to get money to buy new clothes and afford to go out on the town. Or maybe they are thinking about divorce. Or maybe...you could speculate on the so-called "connection" for days. It's a stretch (on my part) trying to determine how the "cheating" list has anything to do with "mortgage leads".

Karen Deis

**Copyright, 2005, LoanOfficerMagazine.com**

**Related Articles**

A Peek Inside the Workings of a Lead Generation Company
Written By: Karen Deis

Is it Just Me, or are Lead Generation Companies Changing the Way They Do Business?
Written By: Karen Deis

*Written By: Karen Deis*

**View the Articles from this Issue**

# Originator Times



**Daily News and Information for the Mortgage Loan Originator**

**Thursday, February 16, 2006**

We Do! 100% Exclusive and Guaranteed    Click Here

## GoApply.com Gets Tough on Internet Mortgage Spam

Wednesday, February 16, 2005 -

Click to Review



...You're breaking the law

ALISO VIEJO, Calif. -- The scenario is becoming more and more familiar for millions of unwitting consumers across the U.S. -- a daily inundation of unsolicited emails offering low interest rate mortgages and other spam-oriented home loan and refinance offers.

In particular, the issue of spam -- or unsolicited Internet junk mail -- has become a hot topic in the online mortgage industry in recent months. Part of the industry's anti-spam focus is due in large part to the proliferation of mortgage-oriented spam emails on the Net, even with the year-old Federal CAN-SPAM law in effect -- a law designed to curb unwanted, unsolicited electronic mail from clogging email in-boxes.

While a majority of Internet mortgage professionals take this issue very seriously, one company in particular is going to great lengths to put the kibosh on the distribution of unsolicited and unscrupulous email marketing.

GoApply.com, a leading mortgage and financial services website, says it adopts extremely stringent anti-spam policies and procedures as part of its company-wide charter. In addition, the company mandates its business partners to heed stringent anti-spam policies as well or face violating their GoApply.com contractual agreements. According to the company, this is an excellent first step to stopping spam in its tracks.

"We take anti-spam compliance very seriously and we expect our

**For More Mortgage Industry News Click Here**

### Industry Directory

- Net Branches
- Lead Companies
- Wholesale Lenders
- Mortgage Tools

**Receive FREE Industry News Via E-mail**

E-Mail Address :

Subscribe

**Breaking Headlines**

'Project Credit Despair' Snares 20 'Credit Repair' Scammers_

business partners to do the same," said Bill Baskin, COO of GoApply.com. "It's important for organizations in this industry to do their homework, to have comprehensive processes in place to analyze who they're doing business with and how they're getting customers, and most importantly, it's essential for credible organizations like ours to keep each other in check -- it's important for the protection of consumers as well as the integrity of the online mortgage industry."

Baskin goes on to say that many consumers are confused and don't realize that commercial email marketing is actually quite legal under state and federal law as long as the email itself contains the necessary information and disclosures required by law. Federal law outlined these technical requirements when the government passed the CAN-SPAM Act of 2003. Baskin says that GoApply.com helps its marketing partners by providing CAN-SPAM compliance analysis for their advertising campaigns while educating them about the intricacies of the overall CAN-SPAM law.

By definition, GoApply.com is an online lead generator -- an organization that matches home loan and refinance customers with accredited lenders across the country. In some cases, GoApply.com -- and other large online lead generators in the industry -- rely on outside marketing companies to secure home loan customer requests. On the back end, this process of 'affiliate marketing' is complex because a variety of different websites and marketers work in conjunction with one another (or aside from one another) to generate requests. Since there are different points of contact and different people involved in the marketing process, sometimes it's difficult for companies to monitor how mortgage customers are originated in the first place. In certain situations, even well intentioned organizations like GoApply.com aren't aware any spamming has taken place until after (and in some cases IF) the customer indicates to the lender that he or she was spammed in the first place

According to Baskin and other industry experts, the integrity of this industry could indeed be at stake if spamming continues. For instance, Jupiter Research, a leading industry analysis and market research company, recently backed off its growth projections for online mortgages -- projections it published in 2003 -- due in part to the fact that consumers feel 'put off' by spam emails that tout 'too good to be true' online mortgage options. What's more, according to recent news reports, this type of spam is reportedly the second biggest category of unsolicited junk email, which can ultimately inhibit this industry's overall growth potential.

So exactly what is GoApply.com doing to curb spammers? Baskin says the company employs some of the toughest policies in the industry, including stringent opt-out services for consumers, real-time database management to ensure an opt-out consumer's information is immediately processed and removed from the company's distribution list, strict compliance with DO-NOT-CALL and CAN-SPAM regulations, extensive lead scrubbing (including phone prefix, city, state and zip code identifiers), quality control phone verification and strict quality control measures to guarantee the company's business partners are complying with GoApply.com's staunch anti-spam guidelines. If a GoApply.com business partner violates this compliance, the partnership is immediately terminated due to contractual violations. This company-wide commitment to compliance is evidenced by the organization's average spam complaint ratio of 1/10th of one percent of all leads processed every month.

Even with strict quality control measures in place, Baskin says sometimes



**Fax by email.**
Never miss
another fax!

Free trial!

eFax

**Take Our Poll**

**Do you consider yourself a telemarketer?**

Yes

Submit Vote



**Hear the message on your PC.**

a spam-generated home loan request falls through the cracks and is routed to one of the company's participating lenders, but instances like this -- as unfortunate as they are -- are an infrequent occurrence. Regardless, Baskin says GoApply.com is committed to "stamping out spam" at every turn and will make sure its business partners are committed to doing the same.

**Top Loan Officer.com**   **Click on OPPORTUNITY**

**Related Articles :**
No Related Articles Available

Email This Article To A Friend - Print This Article

**Search Articles :** [        ]   Search

Copyright © 2006 BEXT Inc.



February 16, 2006



Plan now to attend . . .

Home
About
Events
Hot Docs
Contact

Site Search

MY ALTA (LOG IN)
MEMBERSHIP
About ALTA
Membership Information
Search For Members
Marketing Opportunities
EDUCATION
Consumer Information
Meetings
Land Title Institute
ADVOCACY
Federal/State Advocacy
Washington Update
Action Center
RESOURCES
USA PATRIOT Act Search
ALTA Store
Press Room
Publications & Products
Standards & Forms
Industry News

Key Updates
2006, 2005, 2004, 2003,
2002, 2001, 2000, 1999
Advanced Search

Industry Research
State Associations
Technology
Discussion Forums
Related Links

## Industry News

### North America leads world in spam                    December 8, 2004

**Top computer viruses of 2004 reported**

Inman News

Sophos, an anti-virus, anti-spam and policy-based network security provider, reports today that the top threats affecting computer users in 2004 were on average more inventive, with nastier repercussions. From the virus front, Netsky-P worm, which was first seen in March, has accounted for almost a quarter of all virus incidents reported, making it the hardest hitting virus of 2004, the company said.

Meanwhile, North America, particularly the United States, continued to contribute the most to worldwide spam, with nearly 48 percent of all spam being sent from North American computers during 2004.

"Unfortunately, in 2004, we saw increased collaboration among cybercriminals through organized crime rings and collusion between virus writers and spammers," said Gregg Mastoras, senior security analyst at Sophos Inc.

"In 2004, we also saw financial motivation become the driving force behind spam and viruses. In response, legislators and the software community both increased attention on the problem. As the criminals use their ingenuity to get past our safeguards, we as a community must use ours to improve technology, increase user awareness and reduce the profitability of their ventures," Mastoras added.

Sophos's worldwide network of virus and spam labs have identified a number of new trends in 2004. Sophos researchers have identified 10,724 new viruses so far in 2004, a 51.8 percent increase in the number of new viruses, bringing the total viruses in existence to 97,535.

Of these, Netsky variants accounted for 41.6 percent of all viruses reported to Sophos, capturing an unprecedented five of the top 10 slots on this year's top 10 round-up. The top 10 viruses of the year are as follows:

1. W32/Netsky-P, accounting for 22.6 percent of all viruses, first seen in March 2004.
2. W32/Zafi-B, accounting for 18.8 percent of all viruses, first seen in June 2004.
3. W32/Sasser, accounting for 14.2 percent of all viruses, first seen in May 2004.
4. W32/Netsky-B, accounting for 7.4 percent of all viruses, first seen in Feburary 2004.
5. W32/Netsky-D, accounting for 6.1 percent of all viruses, first seen in March 2004.
6. W32/Netsky-Z, accounting for 3.7 percent of all viruses, first seen in April 2004.
7. W32/MyDoom-A, accounting for 2.4 percent of all viruses, first seen in January 2004.
8. W32/Sober-I, accounting for 1.9 percent of all viruses, first seen in November 2004.
9. W32/Netsky-C, accounting for 1.8 percent of all viruses, first seen in May 2004.
10. W32/Bagle-AA, accounting for 1.6 percent of all viruses, first seen in April 2004.

"Others" accounted for 19.5 percent of all viruses.

German teenager Sven Jaschan, who wrote both the Netsky and Sasser worms, is responsible for more than 55 percent of all virus reports in 2004, according to Sophos.

Jaschan was apprehended and confessed to his involvement in May 2004, but his worms continue to spread. In November 2004, eight months since its original discovery in March, Jaschan's Netsky-P worm was still the world's

most widely reported virus.

Mobile viruses continue to pose minimal threat to the enterprise, despite an increase in "proof-of-concept" experiments.

2004 Spam World

The United States continues to lead the world in spam, accounting for more than two of every five spam e-mails.

Despite CAN-SPAM legislation and the Operation Web Snare crackdown in August, where the Department of Justice arrested more than 150 people in connection with online computer crimes, U.S. computers originated more than 42 percent of all spam, more than three times the amount from the second largest spamming country, South Korea.

The top 10 spamming countries in order were the U.S., South Korea, China (and Hong Kong), Canada, Brazil, Japan, France, Spain, United Kingdom and Germany.

Spammers on average change their domain every two days now, as compared to every week three months ago, according to Sophos.

In 2004, spammers became more inventive using new obfuscation techniques, rotating domain names and hiding their domain owner information. In the past 12 months, the speed at which they use new techniques has gone from weeks and days to hours and minutes - soon it will be seconds. This accelerated spam activity now requires constant spam operations with analysis and research at every hour of the day.

A number of new spam campaigns made their debut in 2004, widening the content beyond the typical prescription drug and mortgage application e-mails, Sophos reported.

According to the Anti-Phishing Working Group, in October alone, phishing campaigns hijacked more than 44 brands worldwide. Phishing occurs when people send fraudulent e-mails that pretend to be from a bank or company the recipient does business with in an attempt to dupe them into giving up private information.

Copyright 2004 Inman News

Print Friendly

American Land Title Association . 1828 L Street, NW . Suite 705 . Washington, DC 20036-5104
www.alta.org . service@alta.org . 800-787-ALTA . 888-FAX-ALTA
Copyright © 2004-2006 American Land Title Association. All rights reserved.

February 16, 2006







*Washington Affecting Your Business*

Site Search

MY ALTA (LOG IN)
MEMBERSHIP
About ALTA
Membership Information
Search For Members
Marketing Opportunities
EDUCATION
Consumer Information
Meetings
Land Title Institute
ADVOCACY
Federal/State Advocacy
Washington Update
Action Center
RESOURCES
USA PATRIOT Act Search
ALTA Store
Press Room
Publications & Products
Standards & Forms
Industry News

Key Updates
2006, 2005, 2004, 2003,
2002, 2001, 2000, 1999
Advanced Search

Industry Research
State Associations
Technology
Discussion Forums
Related Links

## Industry News

### Anti-spam plan goes global                    October 14, 2004

**FTC joins with international agencies to adopt action plan**

Inman News

The Federal Trade Commission has joined forces with agencies around the world to combat spam on a global level with an Action Plan on Spam Enforcement. Agencies from 15 countries announced the Action Plan on Monday during a conference of international spam enforcement agencies in London.

The Action Plan calls for increased investigative training, the establishment of points of contact in each agency to respond quickly and effectively to enforcement inquiries, and the creation of an international working group on spam enforcement. The plan builds on prior efforts of international organizations such as the Organization for Economic Cooperation and Development, the International Telecommunications Union, the European Union, and the Asia-Pacific Economic Cooperative Forum toward building international cooperation on spam.

"We are all united by a common goal: to stop deceptive and fraudulent spam from flooding our e-mail boxes, threatening our data security, and undermining e-mail's effectiveness as a tool for commerce and communication," said FTC Chairman Deborah Platt Majoras.

Majoras emphasized the importance of instant information-sharing. "Spammers move fast; we must move even faster," she said.

The conference was the first international forum to address spam enforcement issues exclusively. Consumer protection, data protection and telecommunications agencies from more than 20 countries gathered to promote greater cross-border cooperation in the fight against spam and related problems like Internet fraud and computer viruses. Participants discussed ways to improve international communication to ensure quick cooperation on spam investigations.

The conference included sessions on the comparative enforcement power of various government agencies, investigative techniques, cooperation with the private sector and the development of an effective international law enforcement framework to fight spam through multilateral agreements between agencies.

Majoras added: "As a global community, we can send a message to those spammers who saturate our in-boxes: You can no longer use a national border as a shield from law enforcement. The world is watching you, and together we will stop you."

Print Friendly

American Land Title Association . 1828 L Street, NW . Suite 705 . Washington, DC 20036-5104
www.alta.org . service@alta.org . 800-787-ALTA . 888-FAX-ALTA
Copyright © 2004-2006 American Land Title Association. All rights reserved.



Search [    ] go
Home | Archive | Subscribe | Advertise | Customer Service | Conferences

**Free Newsletter**
**Featured Story**
**Mortgage Tech Glossary**
**AVM Technology**
**Tech Perspectives**
**Mortgage Tech Awards**
**Top 100 Tech Vendors**
**Buyer's Guide**
**Classified**
**Grapevine**

**RELATED SITES**
**National Mortgage News**
**Mortgage Servicing News**
**Origination News**
**Broker**
**BrokerUniverse**
**Weirdloans**

**Don't Delay!
Subscribe Today!**



Click here

ARCHIVE

## Mortgage Technology, April 2005 issue

### Cyber Views

### Attack of the Zombies

*Spammers have a new way to defeat filters that could bring Internet e-mail to its knees.*

#### by By Stephen Pizzo

It started a couple of weeks ago. Suddenly my e-mail program would intermittently fail to connect to my ISP's e-mail server. Eventually it would connect and I would get several backed up e-mails all at once. My ISP denied anything was wrong at their end so I spent hours reconfiguring my e-mail program trying every imaginable variation of POP, STMP, "getmail" and "sendmail" configurations. It kept happening.

A few days later I was searching through tech blogs to see if I was alone or if something was going around. That's when I discovered the truth. It seems my ISP had not been entirely forthcoming. There was a problem, a big problem. If you have not already noticed it, you will soon: Spammers have found a whole new way to defeat spam filters, and the threat could bring Internet e-mail to its knees.

Spam is nothing new. Nor are the never-ending security flaws in Microsoft's dominant Windows operating system and e-mail client, Outlook. What is new is that the three online annoyances - spam, spyware and viruses - have merged to create spammers from hell.

Unsolicited junk e-mail has grown to become far more than just a royal pain for those of us who depend on e-mail for business. Not only have mortgage professionals become dependent on e-mail for routine business and personal communications, they also use it to send loan status notification borrowers. Spam not only clogs our e-mail servers but delays receipt of time-sensitive documents as spam filters labor to weed out the ever growing onslaught of junk e-mail and e-mail viruses.

Up until now ISPs have battled junk e-mail by subscribing to so-called blacklist services. These blacklists are updated constantly and list any server that sells its services to spammers or, through pure carelessness, allows itself to be used as an "open relay" spammers can use to bounce spam off. Once a server is put on a blacklist, any traffic originating from it is blocked by the ISPs filters. It's not a perfect system but it does weed out a pile of spam every day and forces anyone operating a server to make sure they are not leaving a backdoor unlocked.

Nevertheless, plenty of spam still gets through. Up until now spam filtering software has been the end user's last line of defense, but the trouble with personal spam filters is that they are not terribly bright. When they spot an incoming

**Current.
Complete.**


Connecting eFuture


DCSI

**Call Now:
904 278-5383**

**The Mortgage Training Experts**

e-mail they don't recognize or looks a bit suspicious, they toss it into the "junk" folder instead of the inbox.

All this adds up to a huge drain on employee productivity. Even with all blacklists and spam filters working overtime, the cumulative loss in productivity suffered by businesses weeding spam out of business e-mail has been estimated at $21.6 billion per year. That's hardly chump change.

But just as lowering those costs are a powerful incentive for businesses to stop spam, spammers, too, have a powerful incentive to get as many e-mails through the gauntlet as possible. So a furious war rages between spammers and spam stoppers. As more spam gets stopped at the server door by blacklists and filters, spammers have sought more lethal ways of defeating them. The old tricks - phony IP addresses, fictitious return addresses, businesslike subject lines - no longer work. Spammers needed a stealth spam delivery system. And they found one.

The spam "stealth bomber" they developed merged three dark arts of the Net - spam, spyware and viruses - to exploit Microsoft security flaws. Spammers figured out that exposing their precious spam to individual ISP's filters and blacklists was a losing game. Instead, it occurred to them that they could distribute a computer virus/spyware variant that first examines and then hijacks personal PCs. Once in control, it then forces these "captive" computers to send their spam for them.

Such hijacked PC's are aptly dubbed "zombies."

The advantage here is that the spam sent from these personal PCs appears to all the world as nothing more than regular e-mails sent by the ISP's own trusted subscribers. What a diabolical twist! After all, what ISP is going to block its own customers?

According to the U.K.-based anti-spam organization SpamHaus Project - which claims to block up to 8 billion spam messages everyday - the new "zombie" spam virtually neutralizes ISPs spam filters. "The (new) Trojan is able to order proxies to send spam upstream to the ISP," said Steve Linford, director of SpamHaus who said he believes the new program was made by spammers who wrote generations of spam software.

How does a PC become a zombie? Anti-spam company MessageLabs researchers identified e-mails containing a click-to-opt-out link that turns the user's PC into a spam zombie. This particular virus took advantage of a flaw in Microsoft's Internet Explorer to download an executable (a small program) when the user's mouse scrolled across the malicious webpage link in the e-mail. After that, the machine was enlisted in the spammer's zombie army. Once the program ran on the user's PC the spammer could upload spam to be sent through the PC. It also made the PC available for ransacking of passwords and identity theft.

Message Labs reported it intercepted an unprecedented 1.2 million copies of this worm during the first 24 hours after the worm was released. At its peak, the worm was infecting one in every 12 e-mails the company examined.

Coming up with a response to it will be no easy matter, either. The spam experts at SpamHaus say they have already seen the volume of spam increase by 75% over the past few months and expect it to increase by up to 95% within a year.

Simply put, the infrastructure that supports e-mail is

approaching collapse under the exponential growth of spam from this new as well as tradition sources.

The anti-spam company Message-Labs confirmed Mr. Linford's findings. "This ups the ante in the need for filters," said Mark Sunner, chief technology officer for MessageLabs. There is no single solution to this new threat. But, like defeating cold weather you can find protection by layering. The first layer, if you have not already done so, is to download and install Microsoft's Service Pack II that plugs many of Window's earlier security leaks.

Then, before you leave Microsoft's site, find, download and install Microsoft's new anti-spyware program. It is still in beta, but I have been testing it for a month and it does a fine job. I continue to check it against a reliable commercial anti-spyware program I had come to depend on and, so far, I have not found a single piece of spyware on my machine.

The program operates in real time, keeping a watch for any potential intrusions while I am browsing. If it spots potential trouble, a window pops up telling me it either stopped a program from trying to run or, after checking it out, cleared it to run if I agree. The program also does a full system scan every night while I sleep, leaving reports on the screen for me in morning.

But here's where Microsoft gets back to being Microsoft. After beta testing this free version of its anti-spyware program, they intend to start charging.

Chutzpah aside, Microsoft's anti-spyware program works very well. In fact it works so well that hackers and spammers have been forced to take time out to attack it directly.

In fact, Microsoft reported in February that hackers were distributing, "Bankash A. Trojan," a program that, when it runs, first checks to see if Microsoft's anti-spyware is running and, if so, attempts to delete or disable it.

After that, we still have a couple of more layers of protection. For those of you who work out of a home office you need to download ZoneAlarm's personal firewall. I installed it after I was knocked out of business for two days by a nasty virus - and I have had no problems since.

Finally, any office running on Microsoft platforms needs a commercial spam filter.

One of the best I have seen is produced and managed by Cloudmark, which provides enterprise level filtering and fraud protection to governments and financial institutions. The company says it processes about half-a-billion messages a day in real time.

"We are on a mission to clean up the Internet and protect online users from identity theft, phishing attacks, viruses and spyware," said Vipul Ved Prakash, chief scientist and founder of Cloudmark.

"By using Cloudmark's existing technology and infrastructure, we are in a position to wipe out both Web- and e-mail-based threats by moving faster than the fraudsters," Mr. Ved Prakash concluded.

Copyright 2005 Thomson Media Inc. All Rights Reserved.

http://www.thomsonmedia.com
http://www.mortgage-technology.com

- Issue Date Notice
- Contents
- MT E-Mail Companion
- Attack of the Zombies
- SOA: The Next Generation of Mortgage Technology
- Reading Between the Lines
- Dirty Little SECRET
- Anchors Way
- Also in the Race ...
- Moving In Unison
- Road to the E-Mortgage
- Spotlight on JOHNNA COOPER
- Covering the Gamut
- Index of Advertisers

## Mortgage Technology Story Archive

- 2003
  - March 2003
  - April-May 2003
  - June 2003
  - July 2003
  - August-September 2003
  - October 2003
  - January-February 2003
  - November-December 2003

- 2004
  - January-February 2004
  - January-February 2005
  - March 2004
  - April-May 2004
  - June 2004
  - July 2004
  - August-September 2004
  - November-December 2004
  - October 2004

- 2005
  - January-February 2005
  - March 2005
  - April 2005
  - June 2005
  - July 2005
  - August/September 2005
  - November-December 2004
  - October 2005

- 2006
  - January-February 2006

---

::HOME     ::ARCHIVE     ::SUBSCRIBE     ::ADVERTISE     ::CONFERENCES     ::CUSTOMER SERVICE

---

© 2006 SourceMedia, Inc. and *Mortgage Technology*. All rights reserved.
For technical support e-mail Andras Malatinszky at andras.malatinszky@sourcemedia.com.
For reprints, call Denise Petratos at 212-803-6557.
Privacy Policy



- Free Newsletter
- Featured Story
- Mortgage Tech Glossary
- AVM Technology
- Tech Perspectives
- Mortgage Tech Awards
- Top 100 Tech Vendors
- Buyer's Guide
- Classified
- Grapevine

**RELATED SITES**
- National Mortgage News
- Mortgage Servicing News
- Origination News
- Broker
- BrokerUniverse
- Weirdloans

**Don't Delay!**
**Subscribe Today!**



Click here

Archive

## Mortgage Technology, June 2003 issue

### Short Takes - News To Use

### Crime & Technology: FTC Files Complaint Against Mortgage Spammer

The Federal Trade Commission has taken action against a mortgage lender it calls a "mortgage spamming operation." The FTC

filed a complaint charging 30 Minute Mortgage Inc. for using an array of deceptions to con consumers into sharing their personal

financial data.

According to the FTC, the company sent spam and maintained websites where it advertised "3.95% 30-year mortgages" and until

recently described itself as a "national mortgage lender."

The company's assets have been frozen, and the defendants have agreed to halt the alleged deceptive practices until the court

issues a final ruling on the FTC's allegations. The FTC will ask the court to bar the defendants' illegal practices permanently and

order the defendants to give up their ill-gotten gains.

The company urged potential customers to complete detailed online loan applications. The applications required consumers to

supply sensitive personal information, such as their names, addresses, phone numbers, Social Security numbers, employment

information, income, first and second mortgage payments, and asset/account types and balances. The company assured consumers

that when they submitted the loan applications, their sensitive information would be protected.

"It took 30 Minute Mortgage the proverbial New York minute to deceive consumers," said Howard Beales, director of the FTC's

Bureau of Consumer Protection. "They sent deceptive spam, then collected sensitive personal information under false pretenses and

offered it for sale."

The FTC alleges that 30 Minute Mortgage is not a "national mortgage lender" and does not offer 3.95% 30-year loans.



Do you want to roll out **new loan products** faster?



Click to Feel the **POWER**

**ARGENT** MORTGAGE

Instead, the

company and its principals sold or offered to sell thousands of completed applications to nonaffiliated third parties, the FTC said.

The FTC charges that the misrepresentations violate provisions of the FTC Act that bar deception. The complaint also alleges that

defendants have violated provisions of the Gramm-Leach-Bliley Act that bar misrepresentations to obtain financial information - a

practice known as pretexting. In addition, the FTC alleges that defendants have violated or are about to violate the Gramm-Leach-

Bliley Act and the FTC's Privacy of Consumer Financial Information Rule. Finally, the FTC charges that offering loans without

making certain specified disclosures violates the Truth in Lending Act and its implementing Regulation Z

The FTC has been particularly concerned with stopping Internet fraud as it relates to identity theft. Earlier this year, the

commission released its 2002 "National and State Trends in Fraud and Identity Theft" report. The document includes a list of the top

10 consumer complaint categories the FTC gathered from the information it had received directly from consumers, from its

Consumer Sentinel database and from other data contributors.

Consumer Sentinel is a database established by the FTC in 1997 in conjunction with state attorneys general and Canada's

Phonebusters. The database currently serves about 630 law enforcement agencies in the U.S., Canada and Australia.

Identity theft topped the 2002 list.

Copyright 2003 Thomson Media Inc. All Rights Reserved.

http://www.thomsonmedia.com
http://www.mortgage-technology.com

- Issue Date Notice
- Contents
- Forget The Paper
- Why We Need A National Collateral Database
- Crime & Technology: FTC Files Complaint Against Mortgage Spammer
- LOS Technology: Provantedge Grows, Releases Website Tool
- Default Management Technology: Moody's Launches New Analytics Tool
- Broker-Facing Technology: New Broker Tools to Compare Programs
- Transaction Management Technology: Dexma Adds Clients, Posts Record Volume
- Compliance Tech: experITy Releases Version 2.0

- GSE Technology: Fannie Says its Tech Initiative is on Track
- Settlement Services Technology: TransUnion Acquires National VM Company
- Collateral Valuation Technology: FNIS Introduces Collateral Valuation Score
- Lead generation technology: Domania Launches Direct Mail Offering
- Bundled Services Technology: Two Tech Firms Partner With ValuAmerica
- ASP Technology: Fifth Third is Fourth Lender on OpenClose
- Affordable Housing Technology: Construction Management Software Aids Habitat for Humanity
- GSE Technology: Automated Underwriting Suit in the Works
- Mergers and Acquisitions: FNF and BoA Form Two New Companies
- Compliance Technology: Integra Adds QuestSoft's Tool to its LOS
- Strategic Alliances: Appraisal Forum, FNC Partner For Streamlined Appraisals
- Smart Docs: At the Head of the Class
- Mortgage Technology's Top 100 Tech Vendors
- CTCU Turns on ABT's PowerCore
- ILOG Technology Gives Lenders Power to Change the Rules
- Wiring Hawaii HomeLoans
- Index of Advertisers

## Mortgage Technology Story Archive

- 2003
  - March 2003
  - April-May 2003
  - June 2003
  - July 2003
  - August-September 2003
  - October 2003
  - January-February 2003
  - November-December 2003

- 2004
  - January-February 2004
  - January-February 2005
  - March 2004
  - April-May 2004
  - June 2004
  - July 2004
  - August-September 2004
  - November-December 2004
  - October 2004

- 2005
  - January-February 2005
  - March 2005
  - April 2005
  - June 2005
  - July 2005
  - August/September 2005
  - November-December 2004



# LoanOfficerMagazine.com

## Concepts *for the Mortgage Loan Originator*



▶ ❚❚ ■
**Click For Audio**

**Current Subscribers**
└View Current Issue
  Free Marketing Materials
  Your Marketing Calendar
  Search Archives
  E-mail a Friend

**Subscribe**
  Quarterly - 6 Issues
└Yearly    - 24 Issues
  2 Years  - 48 Issues
  Free-New Subscribers

**Free! Free! Free!**
  View all Editorials
  5 FREE Articles

**Products**
  Products Online
  Purchase Past Articles
  Automobile University

**Contact Us**
  Advertise with Us
  Write an Article
  Advisory Board
  Submit a Topic
  Reprint Request

**About Us**

## Lead Generation Editorial - Readers' Comment!

**Written By: Karen Deis**

The responses received from our editorial called "Buying Leads - A True Story!" generated an enormous amount of interest from our readers. And yes, we even received a letter from a lead generation company as well.

Each one of you has to make the decision on how to generate business. If it's buying leads, that's great - just as long as you have a system to "work those leads". My only motivation in sharing these experiences with you, is that before you spend your hard-earned money on ANY lead generation method, investigate the source and make an informed choice based on facts, contracts, documented results and referrals from other loan officers.

Here are some of the comments:

**Scott Hoag, Affordable Home Funding writes:**

"I enjoyed reading your article about tele-marketers and have to admit to doing the same. I had 2 credible companies call me, send me information, but NEVER called me back. Amazing. In fact, as I write this, I received a tele-marketing call from a loan officer who was given a list from Equifax. He shared that he has been in the business for 2 weeks. I told him my rate was 5% but he still stuck to his "script". He kept pushing to set up an appointment to refinance.

I turned the tables on him and asked him how much he was being paid to set up an appointment and he said $100 per loan. So, I asked him if he would like to find a job where he could talk to better quality prospects and make $200 for every loan closed. This is a way of recruiting - especially if you feel the loan officer is good on the phone."

**Anonymous writes:**

"I'm one of those loan originators who pays for leads and had no idea where they really came from.
I have spent thousands of dollars and can say that I have made some good commissions over an above what I spent, but there must be an easier way to make a living in this business."

**Mark Conley, Lead Generation Company, writes:**

Case3:05-cv-05124-JCS    Document49    Filed03/16/06    Page26 of 41

"I read your article regarding buying leads...you are absolutely right when you say that spammers are ruining the mortgage industry leads.

I am one of a handful of lead generators who strive to generate genuine leads for lenders. By genuine, I mean interested prospects; sold only once; no spamming involved. I will be submitting an article not only to set the record straight on the motivation behind spamming, but also to educate the loan officers on what is involved in generating quality leads from them at a price that is realistic. Too many LO's think that they should be paying $12 for an EXCLUSIVE lead. Now, THAT's a price *that's unrealistic.*



I work long hours in the leads business and would like to share my viewpoint with you."

### Anonymous writes:

"Probably the worst experience I ever had buying leads was from a salesperson that claimed that they were a fellow broker selling their excess leads. It turned out that in reality, this slime bucket did have a license to broker, but never did one origination due to poor sales skills and lack of ethics. All he did was purchase crappy bogus leads from other vendors and resell them to unsuspecting customers."

LoanOfficerMagazine.com strives to provide methods and systems that you can use day-in and day-out; year-in and year-out to generate good, quality business. Yes, it does cost money in advertising, marketing and an investment of your time in setting up the systems.

However, I can assure you that once you have a system in place, your business will grow and you won't have to start over with every phone call you make.

**Copyright, 2004, LoanOfficerMagazine.com**

*Written By: Karen Deis*

### View the Articles from this Issue

- Creating a Community Heroes
  Mortgage Program *Written By: Karen Deis*
- Mortgage Marketing Minder<sup>TM</sup> - May 2004 *Written By: Karen Deis*
- Realtor Newsletter - FREE for All Subscribers! *Written By: Karen Deis*
- Quick Tips<sup>TM</sup> - Follow-up With Home Sellers! *Written By: Karen Deis*



# LoanOfficerMagazine.com

## Concepts *for the Mortgage Loan Originator*

**Current Subscribers**
View Current Issue
Free Marketing Materials
Your Marketing Calendar
Search Archives
E-mail a Friend

**Subscribe**
Quarterly - 6 Issues
Yearly    - 24 Issues
2 Years  - 48 Issues
Free-New Subscribers

**Free! Free! Free!**
View all Editorials
5 FREE Articles

**Products**
Products Online
Purchase Past Articles
Automobile University

**Contact Us**
Advertise with Us
Write an Article
Advisory Board
Submit a Topic
Reprint Request

**About Us**

## A Peek Inside the Workings of a Lead Generation Company

Some of you are mad as hell!

We received a slew of comments about your experiences in working with lead generation companies; bogus leads; no refunds as promised; and a laundry list of problems.



**Click For Audio**

One of our readers was kind enough to forward an email received from LeadBull.com about the inner workings of where their leads come from, why a high percentage of THEIR leads are bogus, and that they refund money back for bad leads.



However, and it's a BIG HOWEVER, we have heard from many subscribers that even though the lead generation companies make the "refund guarantee claim", loan officers have not been receiving their money back.

One last note - pay particular attention to the sections highlighted in YELLOW.



Dear Valued Member ~

First I would like to thank you for your business and support of LeadBull.com. Your business is very important to us.

Over the past week we have experienced a higher level of bogus leads hitting the LeadBull distribution system. I would like to take a moment and explain how LeadBull works as a system and how these bogus leads are a temporary nuisance to us all.

LeadBull.com is a lead generation distribution system. We do generate about 35% (soon we plan to generate about 75%) of the 40,000 leads we get per month. The other 65% is made up of vendor leads and marketing company contributions to the system. These "vendors" give us leads to place on LeadBull. If that lead they give us is sold and is not returned to us by you, our member, within 72 hours, they get a commission on that sale. If you report that lead as being bogus, we credit your account back and deduct that commission from the vendors amount owed.

*The vendors are required to provide us with quality leads or they do not get paid.*

We have over 8,000 members like yourself, so it is very important that we keep up with supply and demand and allow new companies to share their leads with you and us. Occasionally we will get a lead vendor who dumps a bad batch of leads on the system. When you report those bad leads to us with the lead ID numbers included, it allows us to find that lead batch and delete those leads and close the vendors account with us.

### Do the math with me.

So with 8,000 members at 40,000 leads per month, that's **5 exclusive leads** each.

With Leadbull.com your money is safe. We will make certain you do not pay for bad leads. With so many dishonest lead providers on the internet we act as monitoring system to keep transaction honest.

The bogus leads will always be a part of every lead batch you buy on the internet. Whether or not the company you buy from works to correct the situation is what we feel is important. If you find a bogus lead, please log in to your account and click on "Report Bogus Leads" we will credit you back the same day.

Again I would like to thank you for your business.

Jayson W.

CEO - LeadBull.com

### Comments from the Publisher.

So, Loan officers unite. If they already know that a certain percentage of their leads are bogus, why don't you "hold back" a dollar amount when purchasing the leads? It's only fair and you won't have to wait for a refund.

Regards,

Karen Deis
Publisher

P.S. Checkout the information for the 2005 Turn On Your Million Dollar Brain Workshops for 2005. Two Locations - Same Top-Notch Speakers - the one and only SHARE & TELL session. www.TurnOnYourMillionDollarBrain.com for more information & request a brochure.

**Copyright, 2004, LoanOfficerMagazine.com**



# LoanOfficerMagazine.com

**Guerrilla Sales & Marketing**

## Concepts *for the Mortgage Loan Originator*

**Current Subscribers**
View Current Issue
Free Marketing Materials
Your Marketing Calendar
Search Archives
E-mail a Friend

**Subscribe**
Quarterly - 6 Issues
Yearly     - 24 Issues
2 Years  - 48 Issues
Free-New Subscribers

**Free! Free! Free!**
View all Editorials
5 FREE Articles

**Products**
Products Online
Purchase Past Articles
Automobile University

**Contact Us**
Advertise with Us
Write an Article
Advisory Board
Submit a Topic
Reprint Request

**About Us**

### Why (I think) Direct Mail Marketing Isn't Working Anymore!



**Click For Audio**

Maybe it's a coincidence, but within the last few weeks, I received at least a half dozen phone calls from mortgage companies telling me that their direct-mail marketing efforts just aren't working anymore and wanted to know if I could give them some insight as to "why".

Now, I consider myself a "student" of anything sales and marketing related. In fact, I'm one of those people who actually READS all of my junk mail. After all, companies are paying these guys big bucks to create mailing pieces and generate leads - so why not learn from some of the tricks of the trade from some of the best of them.

But then, there is this letter...which, made me realize just WHY direct-mail marketing just isn't working anymore. Some of those letters are down right misleading. After I was through being incensed by the gall of a mortgage company sending me a letter like this, I realized that consumers feel the same way and refuse to be sucked in, and are ignoring a majority of solicitations from mortgage lenders.

Here is the letter in its entirety (personal information has been changed for security reasons). But first, let's talk about the envelope. The return address showed this:

Consumer Information Division
Saint Joseph County
Indiana

Second Request

Looked pretty "official" to me. Got me to open it, right? Now for the letter.

## Excerpt from the letter...

Dear Joe Smith,

Your current home equity line of credit or second mortgage $40,000 of your property located to 123 Main Street may be at risk of prime rate increases that could be devastating to your bottom line.

Our Consumer Information Division is in the process of providing pre-selected homeowners in **Saint Joseph County** the opportunity to participate in a new program that will pay off your current second mortgage and any revolving debt, leaving you with a new low monthly payment, a fixed rate for good and a payment that will never go up.

**Click thru to see the actual letter in its entirety.**

Not until you get to the end of the letter do you realize that it's a mortgage company solicitation - and not from the county government's office.

How do you avoid your past customers getting letters like this? Have them sign a Credit Bureau Opt-Out form (**click thru to read the article, "Keep Mortgage Companies from Contacting Your Past Clients with Credit Bureau Opt-Out Forms" and subscribers can download the form**). In fact, when I was in the mortgage business, I asked clients as early as the application, to sign the form. I even faxed it (then sent it in the mail) to the credit bureau so my clients would not be solicited by other mortgage companies - regardless if they closed the loan with me or not.

While these types of "misleading" letters will continue, you can do something about it.

Send your past clients the suggested letter and the credit bureau opt-out form. Have all your prospects sign it at the time of application. Let's put a stop to having consumers think that we, as an industry, are trying to hoodwink them with deceiving letters like these.

**Copyright, 2005, LoanOfficerMagazine.com**

*Written By: Karen Deis*

**View the Articles from this Issue**

- Easy Ways to Use Your Phone as Your Personal Marketing Assistant. *Written By: Bliss Sawyer*
- Mortgage Marketing Minder™ - August 2005: Realtor® Newsletter *Written By: Karen Deis*
- How to use Extreme Marketing to Generate a Big Response and Close Deals Fast. *Written By: Ernest W. Nicastro*



# LoanOfficerMagazine.com

## Concepts *for the Mortgage Loan Originator*

**Current Subscribers**
View Current Issue
Free Marketing Materials
Your Marketing Calendar
Search Archives
E-mail a Friend

**Subscribe**
Quarterly - 6 Issues
Yearly   - 24 Issues
2 Years  - 48 Issues
Free-New Subscribers

**Free¹ Free! Free!**
View all Editorials
5 FREE Articles

**Products**
Products Online
Purchase Past Articles
Automobile University

**Contact Us**
Advertise with Us
Write an Article
Advisory Board
Submit a Topic
Reprint Request

**About Us**

### I've Got News for You!



We tend to concentrate only on what's happening in our own world of mortgage lending. All to often, there are things that are happening around you that could have a direct effect on your business.

Here are some news items you should know about:

**Leads for 1 penny!**

You have probably noticed a glut of email advertising, "Mortgage leads for just one cent". While the ad tells you these are OLD leads, they don't go quite far enough and tell you JUST HOW OLD they are.

In addition, the minimum order is $500. At 1 cent per lead, that's 50,000 leads. Come on! What are you going to do with 50,000 leads?

Back to my story. I routinely "reply" to email ads to refinance my mortgage.

---

**Related Articles:**

Buying Mortgage Leads - Think Twice (Maybe 3 Times) Before Spending Your Money!

Buying Leads - Part 2: Another True Story!

---

I recently received this email:

---

AmeriFund has a lender that has inquired about your 327 Soo Line Road home loan.

You had been in the market for a new loan back on 5/7/2004 10:00:00AM and do to current Hudson market changes you can take advantage of a new loan package that was designed with your home in mind.

You qualify for a $4013.00 payment reduction along with an $80000.00 equity cash out.

For more information and to get this quote sent to your

---

Case3:05-cv-05124-JCS   Document49   Filed03/16/06   Page32 of 41

> email. Please visit us below and you have an option of getting 4 additional quotes for other lenders.
>
> www.FirstFiscalExchange.com.

Note the date. This solicitation is from an email REPLY that I made over one year ago. When you click thru, you will find a "brochure" website sponsored by a company called CyberCents.com.

On a side note, I received an email from a company marketing penny mortgage leads. The server is located in Germany but the address (in the email) was in Houston, TX. The speculation is they may have been banned from spamming in the U.S. and switched to an email service overseas where the rules are not as strict. What this might mean is to watch out - if the company switched their email server outside the U.S., they might be in deep trouble with anti-spam or do-not-call regs.

Word of advice: Don't throw your money away - unless you don't have anything better to do with your $500.

### Realtors® Display Properties with New Mapping Website

Over 60 MLS boards throughout the United States have signed on to a new service called MapTracks.

It's a system where consumers access a real estate agent's website, click on ANY area of a map, and instantly see all the properties for sale. Listing can be searched by city, zip code, school district and even by the name of the street. Consumers also have the ability to create a "wish list" where they can request to be notified if a property that meets their search criteria comes up for sale in the future.

So why would you care about this? It's your chance to work with real estate agents who have this unique service and provide financing information (or website links) for ALL the properties that are on the site. So let's say that I go to the website and search a school district and 12 properties show up. You could provide an additional link for each property for the 3 different financing options along with payment information.

Checkout www.wolfnettech.com for more information on the markets currently on the system.

### Builders Take Steps to Curb Speculation by Investors Out to Make a Quick Buck!

In recent testimony about housing prices, Alan Greenspan warned the Joint Economic Committee, "speculation by investors has played a greater role in generating recent housing price increases".

What he meant was that investors, buying the first phases of subdivisions or condo/town home developments have the effect of driving up housing prices way above inflation, labor and material increases.

In a recent survey of single-family homes (or condos) sold within the last year, the National Association of Home Builders (NAHB) has said builders report that speculative investment has tripled. While underwriting is stiffer with larger down payments, higher interest rates and cash reserves, it's the "interest-only" mortgage product that is being used.

As a loan officer, if one of the pillars of your business is working with investors who are purchasing 1st phase, speculation-type houses, be aware that builders are now limiting the number of non-owner occupied homes, per phase. Nor will they allow the contract to be assigned to another person before closing and almost 1/3 have included a provision that if the property is sold prior to one year, that the builder has an option to buy it back - but only at the price they paid for the home.

With builders limiting the number of investors, you might want to re-position your business to include Real Estate Investment Clubs - which will be covered in our next issue.

Karen Deis
*Ace Reporter*

**Copyright, 2005, LoanOfficerMagazine.com**

*Written By: Karen Deis*

### View the Articles from this Issue

- New Column: Ask the RESPA Doctor *Written By: Karen Deis with Dr. Gary Lacefield*
- Self-Assessment Strategies -
  Something to Think About *Written By: Karen Deis*
- Mortgage Marketing Minder$^{TM}$ - July 2005: Client Newsletter *Written By: Karen Deis*
- Seminars for Real Estate Agents that They will Never Forget! *Written By: Karen Deis*

Your credit card has succesfully been charged $10, here is the article you purchased. You can also click on the link to the printer friendly version of this article, if you want to print this article. **DO NOT CLICK RELOAD, TO AVOID BEING CHARGE TWICE**

**Let Them Eat Dough.**

### Written By: Steve Kropper



Printer Friendly Version

*Steve Kropper is SVP at Equinox, which provides mortgage business process outsourcing as well as the next generation of customer acquisition and retention services called SmartAcquisition and StopRunoff. He lives in Lexington, MA, and can be email at* skropper@equinoxco.com.

The trouble with Internet mortgage leads is that people don't like to eat dough. The average Internet lead is not cooked properly, just a name, not even a lead, cetainly not a prospect.



The average web lead converts (to funding) at less than 3%. This low yield is not compatible with the way most lenders operate. These leads are too cold. A typical inbound call converts at 10-20% for mortgage brokers. If one in ten off-line leads is a winner, why buy web leads that take thirty calls before closing one deal?

In 1993, at my first company we thought we were selling bread, but we were selling warm dough. We faxed leads to top lenders (GMAC, BoA, Countrywide and Chase) that resulted in closed loans at a $600 acquisition cost. That was about half of their cost. But the conversion rate was just 3%. That was not compatible with the consumer direct operations of these top lenders. My leads converted at 3%, but lender practices were geared to 20% conversion. Big gap!

So, fast forward to 2004. Same problem with Internet leads. Low yield, big gap. Most lenders are burned out on Internet leads. Internet leads are like dough, a product released prematurely.

Stand back for a moment as I illustrate how most internet lead generation schemes work, to demonstrate how they are not ready for prime time in 2004.

A website visitor takes 90 seconds to populate a lead capture form. No money down, and a blink of an eye to hit SUBMIT. This suggests low commitment to me! This person has a 1 in 500 chance of executing a loan application in 90 days. Further, web site lead generators may give that lead to multiple competing lenders. So, now the chance for success drops to 1 in 2,000! Unless the lender's handling of the lead is automated or based on labor costs in Bangkok, this lead is expensive. Such low conversion rates burn out the loan officers or call center reps who handle them. Somebody needs to bridge the gap between lead generators and lead users. Warming up these leads is a job for sophisticated analytics technology not people.

There are two solutions to the problem of cold doughy mortgage leads off the web.

One solution is for lead buyers to adapt their business practices to the web. Remember what I said about big firms adapting to small ones?

A small proportion of the nation's lenders mortgage brokers have specialized units to handle these leads. They can convert low yield leads into high conversion prospects. Take away the expensive high-touch customer service and hand holding of the traditional RELO department. Substitute automated email response technology for the high cost loan officer. Or use a low cost team that simply stays in touch with the leads until they warm up. When this "broker-like" unit removes the cold leads from the list, ONLY THEN should the resulting warm leads pass to the traditional LO.

What yield or conversion level should leads reach before they are turned over to your existing sales channels? The answer is simple. Internet leads need to exhibit the same conversion metrics as traditional leads in your channel today. Your current conversion rate is the standard that web leads should meet. If not, you should pass on those leads. Some lenders have succeeded as they set up specialized units. Don't try to handle web leads in your regular channels. You will burn out your people.

 I mentioned that trying to bridge the gap between Internet leads and traditional channels was a bad idea. Here's the good solution: lead vendors, adapt to thy customer. And repeat after me...

- ATTRACT
- REGISTER
- INCUBATE
- DETECT through analytics
- CONVERT

If your website or your lead vendor's website does not deliver these five steps, the leads are not ready for prime time. Go back to the drawing board. Here I focus on incubation and detection. Call me if you want to talk about the other steps.

Most site visitors are not ready to transact when they hit a web site. They need to be warmed, turned like eggs in the nest and incubated until they are ready. How do you stay engaged with them? How do you detect when they move into the buy zone and get hot? That's incubation and detection!

None of this is new thinking. With StopRunoff.com, my goal is to take the best of mortgage broker behavior and embed it in the software that drives a web site. A good loan officer knows how to incubate leads. Interestingly however, they can really not afford to incubate leads for more than 90 days. They need warm prospects that are right on the edge of becoming customers.

Most mortgage site visitors are not ready to transact at that time. They want to get some information, but remain anonymous. You need to register them, and convert them from anonymous users, freeloaders on your valuable content - to known marketable registrants. Multiple listing sites for example, register prospects at under 2%; home price sites register users at rates in the teens. If you DO register them, then what? Incubation. You need to take that warm dough and bake it slowly until it is ready to come out of the oven.

**Incubation** means staying engaged with registrants until they are ready to transact and keeping them from leaking to a competing lender. This is especially critical for on-line or consumer direct (call center)

players, because there lurks a LO ready to poach your prospect merely by thier local presence. So incubation is preventing leakage as well as reminding prospects that you are there and ready to serve.

**Detection** refers to knowing when the registrant moves from being a tire kicker curious about rates and programs etc, to being a hot prospect in the buy zone. In lending, the first bank to contact the borrower captures the application 65% of the time, so timing is critical. As soon as a prospect moves into the buy zone, you want to initiate a solicitation call. If you call too early, you run the risk of irritating the prospect. And you waste your sales resources and risk Web lead burnout. Timing is critical because the borrower's window for selecting a lender is tiny. Borrowers are receptive to lender solicitations for just 21 days! While looking for a home, borrowers become interested in rates and programs, defining their own needs and sifting through lender programs. And 21 days later they make a selection. Game over. Detection of the buy zone is critical. Here's how we do it with StopRunoff.com.

The ever vigilant sentry in StopRunoff's incubation and detection black box looks at three inputs:

- Registration information disclosed by the consumer
- Click-stream data observed - as the user surfs our home price service
- Response email feedback - where did users click

And these three inputs yield three outputs:

- Urgency - are you 30, 90 or more days out from needing to close a loan?
- Product interest - what loan do you need? Purchase? Refi? Equity loan/line?
- Segmentation - Information - hungry first time buyer? Rate sensitive move up buyer?

Suppose a registrant discloses that they live in an urban condo - say in Boston's Back Bay. But your software detects a pattern of searches in a single family suburb. Bingo - you have found a purchase borrower PLUS a sell side opportunity for the condo, and a buy side opportunity for the suburbs. Urgency is revealed in search patterns such as time of day (10 PM has more weight than 10 AM) or an increased

frequency of searches (a dozen searches in a week after months of only occasional searches). And segmentation is revealed in registration data ("Are you a first time buyer?) as well as email response - do they start by clicking on rates (experienced buyer) or on links that define various loan programs (first timer)?

So by mining all available data, you can make reasoned judgements about your on-line prospect's urgency, loan requirements and segment. These insights let you know when the lead is baked (urgency) and the product and segmentation insights guide the call center's outbound script.

**Copyright, 2004, LoanOfficerMagazine.com**

*Written By: Steve Kropper*

A copy of this article has been e-mailed to rgrabows@pacbell.net



## Features

**Fast** - up to 500,000 emails sent per hour

**Anonymous** - Email tracking made impossible.

**Uses multiple Proxies and Relays** - A list of Proxies and Relays can be loaded. These enable Dark Mailer to mask the originating IP address and be anonymous. No one will know where the emails are coming from. Allows non-standard ports also

**Ability to use Internal Mail Server** - send emails directly without the use of Proxies or Relays. The Mailer will behave live a full mail server.

**Multiple Threads** - Dark Mailer can run with multiple threads. This means that multiple emails can be sent out at the same time. Thread Limit is 1000.

**Turbo Mode** - Turbo Speed mailing by sending multiple batches

**Seeding** - send test messages while mailing

**Unlimited Email List Size** - email lists can be as long as 100 Million.

**Random Multiple Subjects, Froms & Messages** - each message can have a set of different Subjects, From Recipients and Messages.

**Custom Headers** - ability to set custom email headers. Headers can also contain Random Custom Tags. These headers can be quite complex if you want them to be.

**Message Priority Settings** - emails can have priority settings on them. Low, Medium and High.

**HTML and Plain Text Emails** - create and send both Plain Text and HTML *emails*. HTML emails can contain Links, Images, Styles and many other HTML formatting tags.

**Message Encoding** - send messages in various encoded text. base64, 7Bit or quoted -pintable.

**Email Personalization** - Mail Merging allows you to place Macro Tags within the email message and the email will be replaced with these values when the email is sent out.

**Send via TO, CC and BCC** - randomly send emails using various methods. Directly using TO and CC or using Blind BCC.

**Automatic Modem Dialing** - modem connection directly from the mailer.

**Proxy and Relay Tester** - Built-in proxy and mail server tester to find good servers.

**Server Testing** - maintains statistics on each server. This makes the mailer more reliable and ensures that emails are being sent to the destination correctly. If a server is detected to be faulty, then the mailer will automatically ignore it and not use it for sending emails.

**RBL Checking** - check your servers against RBL lists

**Email List Management** -split, join lists, remove duplicates, sort, randomize etc...

**Build-in Email Verifier** - verify your emails before you send them

**Remove List Management** - Clean your lists with an inbuilt remove processor

**Mailing Progress Info** - great statistics to monitor performance of your email campaign. number sent, speed, failed emails etc

**Stop and Pause Campaign** - stop and restart mailing.

**Load and Save Emails** - ability to save your emails so they can be retrieved for future mailouts.

and more .... inspect the Screenshots or Download the Trial

Order Now - $499

### Order Now - $499

**Dark Mailer**

**Download Demo**

**Order Now - $499**

**Features**

**Screenshots**

**FAQ**

Customer Login

Quick Start Help

Detailed Help

Advanced Tricks

Plugins

Support Forum

Contact Us

Bulk Email Software



# Dr DM Version 2.5 - Released

**Bulk Email Marketing Software**

Dark Mailer is a super fast bulk email software that sends out at speeds greater th emails per hour' on a dedicated mailing server. Dark Mailer has the capability to u and Relays and also to send directly.

**Dark Mailer**

**Download Demo**

**Order Now - $499**

**Features**

**Screenshots**

**FAQ**

Customer Login

Quick Start Help

Detailed Help

Advanced Tricks

Plugins

Support Forum

Contact Us

Bulk Email Software

What's New in version 2.00

- Better and more Reliable Mailing Engine
- Major bug fixes (Blanks, Corrupt Headers, Intermittent Crashes, Memory Leaks etc...)
- More built-in Macros (%LIST_NAME, %CURRENT_DATE_TIME etc...)
- E-mail List features (Repeat List, Randomize order of Lists)
- Better/Faster Proxy List Checking
- External Plugins Capability (Dr DM)

Some of the features include:

- Anonymous Mailing using Proxies
- Message Randomization to bypass Spam Filters
- Speeds over 500K emails per hour on Turbo Mode
- Up to 1000 Threads
- Unlimited Email List Size (up to 100 Million per file)
- HTML and Plain Text Emails
- Tag Macros to personalize and randomize emails
- Custom Headers

Download Demo or view the Screenshots

**News**
- DrDM New Version 2.5
- Download Dr DM Plugir
- Cracks Warning
- New Support Forum
- New Help Articles





*Benchmarked on Blackbox Servers. Standard specifications of P4 2.4GHz with 1
on a shared T1 line.

**New Articles**

20 Ways Opt-in E-Mailers Can Outsmart Spam Filters - great tips on understandin
email filters

Spam Assassin's Tests - rules used to weigh spam.

Bulk Email Software | Features | Download | Contact | Antispam | © Copyright 2004 D: