**Jason K. Singleton**, State Bar #166170
**Richard E. Grabowski**, State Bar #236207
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**lawgroup@sbcglobal.net**

**(707) 441-1177**
**FAX  441-1533**

**Attorneys for Plaintiff, ASIS Internet Services**

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES, a California corporation,**<br><br>        **Plaintiff,**<br>**vs.**<br><br>**OPTIN GLOBAL, INC., a Delaware Corporation, also dba Vision Media Limited Corp., USA Lenders Network, USA Lenders, and USA Debt Consolidation Service; et al.,**<br><br>        **Defendants.** | **Case No.  C-05-5124 CW**<br><br>**DECLARATION OF NELLA WHITE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS**<br><br>**DATE:  April 21, 2006**<br>**TIME:   10:00 A.M.**<br>**CTRM:   2, 4TH FLOOR** |

I NELLA WHITE, declare as follows:

1.      I am the President of ASIS Internet Service, Plaintiff in the within action.  I have personal and firsthand knowledge of each fact hereinafter set forth and if called to testify could and would competently testify to the matters set forth herein.

2.      ASIS Internet has received an ever increasing amount of SPAM for the past several years.  The cost of processing email and filtering out SPAM has grown dramatically. ASIS has had to add software, hardware, staff, and network bandwidth to fight the SPAM. ASIS also currently uses a service, POSTINI, to preprocess all of the mail sent to its email server, at considerable cost.

3.      These emails were sent using obviously stolen email identities.  These emails were sent with false header information, so as to make tracing the source impossible.  These

emails were sent with subject lines that contained consistently misspelled words.  Attached hereto as Exhibit "A" are copies of the headers of several SPAM received by my customers. The addressed recipient who is a customer of Plaintiff on each header has been redacted to protect privileged corporate information of Plaintiff and its customers.

4.     All of these emails asked the recipient to go to various specific Internet sites, such as wwmort.com, bbmort.com, xxmort.com, etc., and contained a link to get there. However, once a party went to any of those sites, the information and site information was exactly the same.  Attached hereto  as Exhibit "B" is a true and correct copy of one of the SPAM email directed to one of Plaintiff's clients.  Again, the header information has been redacted to protect privileged corporate information of Plaintiff and its customers.

5.     On the evening of October 25, 2005, and extending into the early hours of October 26, 2005, my mail service, mail.asis.com, received many messages regarding real estate financing.  I became aware of this because many of these messages were sent to email addresses that were no longer active; that is, they had long since been given up by former customers and were therefore available for reuse.  In order to see whether they were receiving spam, I aliased all of these addresses to one account name.

6.     Many of the websites referred to in these email messages had an URL of the form xxmort.com or xxmort.net where the "x" consisted of any number or letter causing me to suspect that they were related somehow.  The other factor that made them seem related is that they came in over a short period of time.

7.     On Thursday, October 27, 2005, I filled out a form on one of these websites.  I chose wumort.net because it clearly had been sent to a large percentage of my customer base, listed alphabetically, leading me to suspect they had been gathered by means of a Directory Harvest Attack.

8.     Attached hereto as Exhibit "C" is a true and correct copy of the link from the SPAM email in blank and with the information I inserted in for a dummy profile to see what kind of response I could elicit from the spammers.

9.     The person "Bruce Wolf" is fictitious name along with the address created by me

1   strictly for the purpose of this profile.   The telephone number given in the profile was

2   connected to an answering machine in order to record any responses made to this profile only.

3

4       I declare under penalty of perjury under the laws of the United States of America that

5   the foregoing is true and correct.

6

7   Dated:        March 9, 2006                    *Nella White*
                                                   NELLA WHITE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SPAM**

| | |
|---|---|
| **From:** | "Moses Boyer" <eisher@emailaccount.com> |
| **To:** | <r█████@asis.com>; <r█████@asis.com>; <r█████@asis.com>; <s█████@asis.com>; <s█████@asis.com>; <s█████@asis.com>; <s█████@asis.com>; <s█████@asis.com>; <s█████@asis.com>; <s█@asis.com>; <s█████@asis.com>; <s█████@asis.com>; <s█████@asis.com>; <s█████@asis.com>; <s█████@asis.com>; <s█████@asis.com>; <s█@asis.com>; <s█████@asis.com> |
| **Sent:** | Tuesday, October 25, 2005 3:50 PM |
| **Subject:** | Application approval #LZJL8988523289 |

Hello,

We tried contacting you awhile ago about your low interest morta(ge rate.

You have been selected for our lowest rate in years...

You could get over $460,000 for as little as $350 a month!

Ba(d credit, Bank*ruptcy? Doesn't matter, low rates are fixed no matter what!

To get a free, no obli,gation consultation click below:

http://www.wumort.net

Best Regards,

Garrett Mccullough

to be remov(ed:     http://www.wumort.net/book



## SPAM

| | |
|---|---|
| **From:** | "Moses Boyer" <eisher@emailaccount.com> |
| **To:** | <r████@asis.com>; <r████@asis.com>; <r████@asis.com>; <s████@asis.com>; <s████@asis.com>; <s████@asis.com>; <s███@asis.com>; <s████@asis.com>; <s████@asis.com>; <s█@asis.com>; <s████@asis.com>; <s████@asis.com>; <s████@asis.com>; <s████@asis.com>; <s████@asis.com>; <s█@asis.com>; <s████@asis.com> |
| **Sent:** | Tuesday, October 25, 2005 3:50 PM |
| **Subject:** | Application approval #LZJL8988523289 |

Hello,

We tried contacting you awhile ago about your low interest morta(ge rate.

You have been selected for our lowest rate in years...

You could get over $460,000 for as little as $350 a month!

Ba(d credit, Bank*ruptcy? Doesn't matter, low rates are fixed no matter what!

To get a free, no obli,gation consultation click below:

http://www.wumort.net

Best Regards,

Garrett Mccullough

to be remov(ed:    http://www.wumort.net/book

## SPAM

| | |
|---|---|
| **From:** | "Carey Hatch" <clothes@didamail.com> |
| **To:** | <a███@asis.com>; <a██@asis.com>; <a███@asis.com>; <a██@asis.com>; <a██@asis.com>; <a██@asis.com>; <a████@asis.com>; <a███@asis.com>; <a██@asis.com>; <a██@asis.com>; <a█@asis.com>; <a███@asis.com>; <a██@asis.com>; <b████@asis.com> |
| **Sent:** | Monday, October 24, 2005 11:14 PM |
| **Subject:** | Application approval #OGL57251459302990 |

Hello,

We tried contacting you awhile ago about your low interest morta(ge rate.

You have been selected for our lowest rate in years...

You could get over $460,000 for as little as $350 a month!

Ba(d credit, Bank*ruptcy? Doesn't matter, low rates are fixed no matter what!

To get a free, no obli,gation consultation click below:

http://www.wumort.net

Best Regards,

Rubin Doherty

to be remov(ed:      http://www.wumort.net/book

## SPAM

**From:**   "Carey Hatch" <clothes@didamail.com>
**To:**   <a███@asis.com>; <a██@asis.com>; <a████@asis.com>; <a██@asis.com>;
<a██@asis.com>; <a██@asis.com>; <a███████@asis.com>; <a█████@asis.com>;
<a██@asis.com>; <a██@asis.com>; <a██@asis.com>; <a███@asis.com>; <a██@asis.com>;
<b██████@asis.com>
**Sent:**   Monday, October 24, 2005 11:14 PM
**Subject:**   Application approval #OGL57251459302990

Hello,

We tried contacting you awhile ago about your low interest morta(ge rate.

You have been selected for our lowest rate in years...

You could get over $460,000 for as little as $350 a month!

Ba(d credit, Bank*ruptcy? Doesn't matter, low rates are fixed no matter what!

To get a free, no obli,gation consultation click below:

http://www.wumort.net

Best Regards,

Rubin Doherty

to be remov(ed:      http://www.wumort.net/book

**SPAM**

| | |
|---|---|
| **From:** | "Carey Hatch" <clothes@didamail.com> |
| **To:** | <a████@asis.com>; <a██@asis.com>; <a█████@asis.com>; <a██@asis.com>; <a██@asis.com>; <a██@asis.com>; <aquawoman@asis.com>; <ashbrook@asis.com>; <a██@asis.com>; <a██@asis.com>; <a██@asis.com>; <a███@asis.com>; <a██@asis.com>; <b████@asis.com> |
| **Sent:** | Monday, October 24, 2005 11:14 PM |
| **Subject:** | Application approval #OGL57251459302990 |

Hello,

We tried contacting you awhile ago about your low interest morta(ge rate.

You have been selected for our lowest rate in years...

You could get over $460,000 for as little as $350 a month!

Ba(d credit, Bank*ruptcy? Doesn't matter, low rates are fixed no matter what!

To get a free, no obli,gation consultation click below:

http://www.wumort.net

Best Regards,

Rubin Doherty

to be remov(ed:   http://www.wumort.net/book

## SPAM

| | |
|---|---|
| **From:** | "Carey Hatch" <clothes@didamail.com> |
| **To:** | <a▮▮@asis.com>; <a▮@asis.com>; <a▮▮▮@asis.com>; <a▮▮@asis.com>; <a▮▮@asis.com>; <a▮@asis.com>; <a▮▮▮▮@asis.com>; <a▮▮▮@asis.com>; <a▮@asis.com>; <a▮▮@asis.com>; <a▮@asis.com>; <a▮▮@asis.com>; <b▮▮▮@asis.com> |
| **Sent:** | Monday, October 24, 2005 11:14 PM |
| **Subject:** | Application approval #OGL57251459302990 |

Hello,

We tried contacting you awhile ago about your low interest morta(ge rate.

You have been selected for our lowest rate in years...

You could get over $460,000 for as little as $350 a month!

Ba(d credit, Bank*ruptcy? Doesn't matter, low rates are fixed no matter what!

To get a free, no obli,gation consultation click below:

http://www.wumort.net

Best Regards,

Rubin Doherty

to be remov(ed:    http://www.wumort.net/book



## SPAM

| | |
|---|---|
| **From:** | "Erich Benson" <tubifer@doramail.com> |
| **To:** | <a██@asis.com>; <a██@asis.com>; <a██@asis.com>; <b████@asis.com>; <b██@asis.com>; <b██████@asis.com>; <b██@asis.com>; <b████@asis.com>; <b████@asis.com>; <b██@asis.com>; <b█@asis.com>; <b████@asis.com>; <b████@asis.com>; <b████@asis.com> |
| **Sent:** | Tuesday, October 25, 2005 3:51 PM |
| **Subject:** | Pre-approvedd rate #dvedxataxbw |

Hello,

We tried contacting you awhile ago about your low interest morta(ge rate.

You have been selected for our lowest rate in years...

You could get over $460,000 for as little as $350 a month!

Ba(d credit, Bank*ruptcy? Doesn't matter, low rates are fixed no matter what!

To get a free, no obli,gation consultation click below:

http://www.wumort.net

Best Regards,

Riley Nicholas

to be remov(ed:     http://www.wumort.net/book

**SPAM**

| | |
|---|---|
| **From:** | "Erich Benson" <tubifer@doramail.com> |
| **To:** | <a█@asis.com>; <a█@asis.com>; <a█@asis.com>; <b█@asis.com>; <b█@asis.com>; <b█@asis.com>; <b█@asis.com>; <b█@asis.com>; <b█@asis.com>; <b█@asis.com>; <b█@asis.com>; <b█@asis.com> |
| **Sent:** | Tuesday, October 25, 2005 3:51 PM |
| **Subject:** | Pre-approvedd rate #dvedxataxbw |

Hello,

We tried contacting you awhile ago about your low interest morta(ge rate.

You have been selected for our lowest rate in years...

You could get over $460,000 for as little as $350 a month!

Ba(d credit, Bank*ruptcy? Doesn't matter, low rates are fixed no matter what!


To get a free, no obli,gation consultation click below:

http://www.wumort.net


Best Regards,

Riley Nicholas

to be remov(ed:   :http://www.wumort.net/book

## SPAM

| | |
|---|---|
| **From:** | "Loraine Whitt" <LeticiaMolinahayden@autosolutions.net> |
| **To:** | <s⬛@asis.com> |
| **Cc:** | <r⬛@asis.com>; <l⬛@asis.com>; <b⬛@asis.com>; <r⬛@asis.com>; <r⬛@asis.com>; <c⬛@asis.com>; <m⬛@asis.com> |
| **Sent:** | Tuesday, October 25, 2005 2:47 PM |
| **Subject:** | Amazing Mortgages simplified |

After further review upon receiving your application,
your current mortgage qualifies for a 3% lower rate!

We have tried to contact you on several occasions
and time is running out!

This is our last attempt.

Let me explain,

---

!! U.S MORTGAGE RATES HAVE SIMPLY NEVER BEEN LOWER! !!

---

This is no lie.
This is reality.

8 Millions of Americans have alr`ea`dy re-financed this month alone!

So why not you?

http://www.kqmort.com

Refinancing just makes sense.

adele you mingle me, chef . appliance you fiberboard me, ellen gladden cask . biracial you digression
me, blueberry arthritis . beater you melange me, wheedle gallop koenig waybill .
haphazard you earthshaking me, diploidy minutiae tortoise . [2

## SPAM

| | |
|---|---|
| **From:** | "Loraine Whitt" <LeticiaMolinahayden@autosolutions.net> |
| **To:** | <s██@asis.com> |
| **Cc:** | <r███@asis.com>; <l██@asis.com>; <b████@asis.com>; <r██@asis.com>; <r████████@asis.com>; <o████@asis.com>; <m██@asis.com> |
| **Sent:** | Tuesday, October 25, 2005 2:47 PM |
| **Subject:** | Amazing Mortgages simplified |

After further review upon receiving your application,
your current mortgage qualifies for a 3% lower rate!

We have tried to contact you on several occasions
and time is running out!

This is our last attempt.

Let me explain,

---

!! U.S MORTGAGE RATES HAVE SIMPLY NEVER BEEN LOWER! !!

---

This is no lie.
This is reality.

8 Millions of Americans have alr`ea`dy re-financed this month alone!

So why not you?

http://www.kqmort.com

Refinancing just makes sense.

adele you mingle me, chef . appliance you fiberboard me, ellen gladden cask . biracial you digression
me, blueberry arthritis . beater you melange me, wheedle gallop koenig waybill .
haphazard you earthshaking me, diploidy minutiae tortoise . [2

**SPAM**

| | |
|---|---|
| **From:** | "Loraine Whitt" <LeticiaMolinahayden@autosolutions.net> |
| **To:** | <s⬛@asis.com> |
| **Cc:** | <r⬛@asis.com>; <l⬛@asis.com>; <b⬛@asis.com>; <r⬛@asis.com>; <r⬛@asis.com>; <c⬛@asis.com>; <m⬛@asis.com> |
| **Sent:** | Tuesday, October 25, 2005 2:47 PM |
| **Subject:** | Amazing Mortgages simplified |

After further review upon receiving your application,
your current mortgage qualifies for a 3% lower rate!

We have tried to contact you on several occasions
and time is running out!

This is our last attempt.

Let me explain,
———————————————————————
!! U.S MORTGAGE RATES HAVE SIMPLY NEVER BEEN LOWER! !!
———————————————————————

This is no lie.
This is reality.

8 Millions of Americans have alr`ea`dy re-financed this month alone!

So why not you?

http://www.kqmort.com

Refinancing just makes sense.

adele you mingle me, chef . appliance you fiberboard me, ellen gladden cask . biracial you digression
me, blueberry arthritis . beater you melange me, wheedle gallop koenig waybill .
haphazard you earthshaking me, diploidy minutiae tortoise . [2

## SPAM

| | |
|---|---|
| **From:** | "Minerva Prince" <JudithCalvertimmodesty@akaplast.nl> |
| **To:** | <a███████@asis.com> |
| **Cc:** | <w████@asis.com>; <a████@asis.com>; <s███████@asis.com>; <b████@asis.com>; <m███████@asis.com>; <m█@asis.com>; <t████@asis.com>; <d████@asis.com> |
| **Sent:** | Tuesday, October 25, 2005 1:46 PM |
| **Subject:** | Astounding Funding made simple |

Did you realize that as of October 1st 2005,
USA Mortgage Rates have Never been lower.

This is not a disputable statement,
this is 100% fact.

The truth is, you can get a second mortgage
at rates never before offered in the past.

We offer a variety of solutions for refinacning
your mortgage regardless of your credit or needs.

It's simple, just visit our secure site here:

http://www.kqmort.com

Fill Out The Instant Quote Form for up to 5 Quotes from interested lenders.

We Make it Simple with:
Zero Hassle, Zero Risk, and Zero Obligation.

http://www.kqmort.com

donate you donnybrook me, debrief sale shield . [2

## SPAM

| | |
|---|---|
| **From:** | "Minerva Prince" <JudithCalvertimmodesty@akaplast.nl> |
| **To:** | <a█████@asis.com> |
| **Cc:** | <w████@asis.com>; <a████@asis.com>; <s██████@asis.com>; <b████@asis.com>; <m██████@asis.com>; <m█@asis.com>; <t████@asis.com>; <d███@asis.com> |
| **Sent:** | Tuesday, October 25, 2005 1:46 PM |
| **Subject:** | Astounding Funding made simple |

Did you realize that as of October 1st 2005,
USA Mortgage Rates have Never been lower.

This is not a disputable statement,
this is 100% fact.

The truth is, you can get a second mortgage
at rates never before offered in the past.

We offer a variety of solutions for refinacning
your mortgage regardless of your credit or needs.

It's simple, just visit our secure site here:

http://www.kqmort.com

Fill Out The Instant Quote Form for up to 5 Quotes from interested lenders.

We Make it Simple with:
Zero Hassle, Zero Risk, and Zero Obligation.

http://www.kqmort.com

donate you donnybrook me, debrief sale shield . [2

**SPAM**

| | |
|---|---|
| **From:** | "Orval Mejia" <MarcCulveracquaintance@maf.uva.es> |
| **To:** | <b██@asis.com> |
| **Sent:** | Tuesday, October 25, 2005 2:01 PM |
| **Subject:** | Astounding Purchases made simple |

THIS IS GOING TO BE OUR ABSOLUTE ATTEMPT

We have endevored to speak to you on many periods and we await your response now!

Your current financial loan situation meets the requirements for you for up to a 3.10% lower rate.

However, based on the fact that our previous attempts to speak to you didn't work, this will be our final attempt to finalize the lower rate.

Please finalize this final step upon receiving this notice immediately,and complete your request for information now.

Submission Here:

http://www.kqmort.com


Best regards,
Orval Mejia




admission you fix me, aperture auric hungary . [2-4]
schwab you casebook me, cavalcade advisor . [2

## SPAM

| | |
|---|---|
| **From:** | "Avis Lloyd" <jaroney@didamail.com> |
| **To:** | <c███████@asis.com>; <c█████@asis.com>; <c█████@asis.com>; <c█████@asis.com>; <c█████@asis.com>; <c█████@asis.com>; <c█████@asis.com>; <c█████@asis.com>; <c███@asis.com>; <c██████@asis.com>; <c███████@asis.com>; <c█████@asis.com>; <c███@asis.com> |
| **Sent:** | Monday, October 24, 2005 11:17 PM |
| **Subject:** | Great loww ratess |

Hello,

We tried contacting you awhile ago about your low interest morta(ge rate.

You have been selected for our lowest rate in years...

You could get over $460,000 for as little as $350 a month!

Ba(d credit, Bank*ruptcy? Doesn't matter, low rates are fixed no matter what!

To get a free, no obli,gation consultation click below:

http://www.wumort.net

Best Regards,

Lenore Knowles

to be remov(ed:   http://www.wumort.net/book

**SPAM**

| | |
|---|---|
| **From:** | "Avis Lloyd" <jaroney@didamail.com> |
| **To:** | <c▮▮▮▮@asis.com>; <c▮▮▮▮@asis.com>; <c▮▮▮▮@asis.com>; <c▮▮▮@asis.com>; <c▮▮▮▮▮@asis.com>; <c▮▮▮@asis.com>; <c▮▮▮@asis.com>; <c▮▮▮@asis.com>; <c▮▮@asis.com>; <c▮▮▮@asis.com>; <c▮▮▮▮@asis.com>; <c▮▮▮@asis.com>; <c▮▮@asis.com> |
| **Sent:** | Monday, October 24, 2005 11:17 PM |
| **Subject:** | Great loww ratess |

Hello,

We tried contacting you awhile ago about your low interest morta(ge rate.

You have been selected for our lowest rate in years...

You could get over $460,000 for as little as $350 a month!

Ba(d credit, Bank*ruptcy? Doesn't matter, low rates are fixed no matter what!

To get a free, no obli,gation consultation click below:

http://www.wumort.net

Best Regards,

Lenore Knowles

to be remov(ed:    http://www.wumort.net/book

## SPAM

**From:** "Avis Lloyd" <jaroney@didamail.com>
**To:** <c█████████@asis.com>; <c██████@asis.com>; <o██████@asis.com>; <c███@asis.com>;
<c█████████@asis.com>; <chivo@asis.com>; <cindi@asis.com>; <cindio@asis.com>;
<c█@asis.com>; <o████@asis.com>; <c█████s@asis.com>; <c█████@asis.com>;
<c████@asis.com>
**Sent:** Monday, October 24, 2005 11:17 PM
**Subject:** Great loww ratess

Hello,

We tried contacting you awhile ago about your low interest morta(ge rate.

You have been selected for our lowest rate in years...

You could get over $460,000 for as little as $350 a month!

Ba(d credit, Bank*ruptcy? Doesn't matter, low rates are fixed no matter what!

To get a free, no obli,gation consultation click below:

http://www.wumort.net

Best Regards,

Lenore Knowles

to be remov(ed:    http://www.wumort.net/book

**SPAM**

| | |
|---|---|
| **From:** | "Avis Lloyd" <jaroney@didamail.com> |
| **To:** | <c███████@asis.com>; <c████@asis.com>; <c███@asis.com>; <c██@asis.com>; <c███████@asis.com>; <c███@asis.com>; <c███@asis.com>; <c███@asis.com>; <c██@asis.com>; <c███@asis.com>; <c████@asis.com>; <c███@asis.com>; <c██@asis.com> |
| **Sent:** | Monday, October 24, 2005 11:17 PM |
| **Subject:** | Great loww ratess |

Hello,

We tried contacting you awhile ago about your low interest morta(ge rate.

You have been selected for our lowest rate in years...

You could get over $460,000 for as little as $350 a month!

Ba(d credit, Bank*ruptcy? Doesn't matter, low rates are fixed no matter what!

To get a free, no obli,gation consultation click below:

http://www.wumort.net

Best Regards,

Lenore Knowles

to be remov(ed:     http://www.wumort.net/book

## SPAM

| | |
|---|---|
| **From:** | "John Rock" <lmr1000@email.msn.com> |
| **To:** | <b█████@asis.com> |
| **Cc:** | <b█████@asis.com>; <b█████@asis.com>; <b█████@asis.com>; <b██@asis.com>; <b█████@asis.com>; <b█████@asis.com>; <b█████@asis.com>; <b██@asis.com>; <b█████@asis.com>; <b█████@asis.com>; <b█████@asis.com>; <b█@asis.com>; <b█████@asis.com>; <c█████@asis.com>; <c███@asis.com>; <c█████@asis.com> |
| **Sent:** | Monday, October 24, 2005 11:08 PM |
| **Subject:** | Low mortagge ratee approvall |

> Hello,
> We tried contacting you awhile ago about your low interest
> mortgage rate. You have been selected for our lowest rate
> in years...
> You could get over $420,000 for as little as $400 a month!
> Bad credit, Bankrupcy? Doesn't matter, low rates are fixed no
> matter what!
>
> GET A FREE, NO CONSULTATION QUOTE IN MINUTES!
>
> Best Regards,
> Joan Aubrott.

it's mae and retract in currant ! consultant a bracelet or celebes not lockstep and intuit see nautical or
assail a strap it coeducation not fda it's bowline Or maybe not

## SPAM

**From:** "John Rock" <lmr1000@email.msn.com>
**To:** <b████@asis.com>;
**Cc:** <b████@asis.com>; <b██████@asis.com>; <b████@asis.com>; <b██@asis.com>;
<b████@asis.com>; <b██████@asis.com>; <b████@asis.com>; <b●●@asis.com>;
<b██████@asis.com>; <b██████@asis.com>; <b██████@asis.com>; <b██@asis.com>;
<b████@asis.com>; <c██████@asis.com>; <c██@asis.com>; <c██████@asis.com>
**Sent:** Monday, October 24, 2005 11:08 PM
**Subject:** Low mortagge ratee approvall

Hello,
We tried contacting you awhile ago about your low interest
mortgage rate. You have been selected for our lowest rate
in years...
You could get over $420,000 for as little as $400 a month!
Bad credit, Bankrupcy? Doesn't matter, low rates are fixed no
matter what!

GET A FREE, NO CONSULTATION QUOTE IN MINUTES!

Best Regards,
Jean Aubert...

it's mae and retract in currant ! consultant a bracelet or celebes not lockstep and intuit see nautical or
assail a strap it coeducation not fda it's bowline Or maybe not

## SPAM

| | |
|---|---|
| **From:** | "Barry Zimmerman" <istarii@advtechsales.com> |
| **To:** | <p⬛@asis.com> |
| **Cc:** | <p⬛@asis.com>; <p⬛@asis.com>; <p⬛-board@asis.com>; <p⬛@asis.com>; <r⬛@asis.com>; <r⬛@asis.com>; <r⬛@asis.com>; <r⬛@asis.com>; <r⬛@asis.com>; <r⬛@asis.com>; <r⬛@asis.com> |
| **Sent:** | Tuesday, October 25, 2005 1:40 AM |
| **Subject:** | Low mortagge ratee approvall |

---

FINAL NOTICE:
We tried contacting you awhile ago about your low interest
mortgage rate. You have been selected for our lowest rate in years...
You could get over $420,000 for as little as $400 a month!
Bad credit, Bankrupcy? Doesn't matter, low rates are fixed no matter what!

GET A FREE QUOTE NOW! NO CONSULTATION!

Best Regards,
Bill Fllian

---

on chester some wastewater and halpern see canfield or pun on escritoire or varitype try abscissae and
bed the runoff some exhaust not literal it bolshevik be cortege Or maybe not

## SPAM

| | |
|---|---|
| **From:** | "Barry Zimmerman" <istarii@advtechsales.com> |
| **To:** | <p███@asis.com> |
| **Cc:** | <p████@asis.com>; <p███@asis.com>; <p██-board@asis.com>; <p██████@asis.com>; <r████@asis.com>; <r████@asis.com>; <r████@asis.com>; <r████@asis.com>; <r██████@asis.com>; <r██████@asis.com>; <r█████@asis.com> |
| **Sent:** | Tuesday, October 25, 2005 1:40 AM |
| **Subject:** | Low mortagge ratee approvall |

FINAL NOTICE:
We tried contacting you awhile ago about your low interest
mortgage rate. You have been selected for our lowest rate in years...
You could get over $420,000 for as little as $400 a month!
Bad credit, Bankrupcy? Doesn't matter, low rates are fixed no matter what!

GET A FREE QUOTE NOW! NO CONSULTATION!

Best Regards,
Bill Ellian

on chester some wastewater and halpern see canfield or pun on escritoire or varitype try abscissae and
bed the runoff some exhaust not literal it bolshevik be cortege Or maybe not

**SPAM**

| | |
|---|---|
| **From:** | "Traci Cameron" <ernir@didamail.com> |
| **To:** | <l████@asis.com>; <l████@asis.com>; <m████████@asis.com>; <m████████@asis.com>; <m████████@asis.com>; <m███@asis.com>; <m██████@asis.com>; <m█@asis.com>; <m███████@asis.com>; <m████████@asis.com>; <m██████@asis.com>; <m█████@asis.com> |
| **Sent:** | Tuesday, October 25, 2005 3:58 PM |
| **Subject:** | Notice: Loww mortagee ratee approved |

Hello,

We tried contacting you awhile ago about your low interest morta(ge rate.

You have been selected for our lowest rate in years...

You could get over $460,000 for as little as $350 a month!

Ba(d credit, Bank*ruptcy? Doesn't matter, low rates are fixed no matter what!

To get a free, no obli,gation consultation click below:

http://www.wumort.net

Best Regards,

Jean Kemp

to be remov(ed:    http://www.wumort.net/book

**SPAM**

| | |
|---|---|
| **From:** | "Traci Cameron" <ernir@didamail.com> |
| **To:** | <l██████@asis.com>; <l███@asis.com>; <m██████@asis.com>; <m███████@asis.com>; <m████████@asis.com>; <m███@asis.com>; <m███████@asis.com>; <m██@asis.com>; <m██████@asis.com>; <m███████@asis.com> |
| **Sent:** | Tuesday, October 25, 2005 3:58 PM |
| **Subject:** | Notice: Loww mortagee ratee approved |

Hello,

We tried contacting you awhile ago about your low interest morta(ge rate.

You have been selected for our lowest rate in years...

You could get over $460,000 for as little as $350 a month!

Ba(d credit, Bank*ruptcy? Doesn't matter, low rates are fixed no matter what!

To get a free, no obli,gation consultation click below:

http://www.wumort.net

Best Regards,

Jean Kemp

to be remov(ed:    http://www.wumort.net/book

## SPAM

**From:** "Santos Ohara" <RoccoMeiereugenic@autowal.nl>
**To:** <d⬛@asis.com>
**Sent:** Tuesday, October 25, 2005 2:50 PM
**Subject:** Offering Opportunity with options.

After further review upon receiving your application,
your current mortgage qualifies for a 3% lower rate!

We have tried to contact you on several occasions
and time is running out!

This is our last attempt.

Let me explain,

----------------------------------------------

!! U.S MORTGAGE RATES HAVE SIMPLY NEVER BEEN LOWER! !!

----------------------------------------------

This is no lie.
This is reality.

8 Millions of Americans have alr`ea`dy re-financed this month alone!

So why not you?

http://www.kqmort.com

Refinancing just makes sense.


estrange you burlap me, gyrocompass sammy anecdotal eh . venetian you grossman me, disdainful
bonnie . offstage you amanita me, budget frau . sculptural you dactylic me, factor salvageable bacon .



Page 2 of 2


fargo you extort me, dissociate fuzzy songful . [2

**SPAM**

| | |
|---|---|
| **From:** | "Hilary Kaufman" <smalc@fadmail.com> |
| **To:** | <m███@asis.com>; <m███@asis.com>; <m█@asis.com>; <m███@asis.com>; <m███@asis.com>; <m██████@asis.com>; <m████@asis.com>; <m███@asis.com>; <m███@asis.com>; <m██████@asis.com>; <n███@asis.com>; <n████@asis.com> |
| **Sent:** | Tuesday, October 25, 2005 3:56 PM |
| **Subject:** | Pre-approvedd rate #taiaycnmbqtox |

Hello,

We tried contacting you awhile ago about your low interest morta(ge rate.

You have been selected for our lowest rate in years...

You could get over $460,000 for as little as $350 a month!

Ba(d credit, Bank*ruptcy? Doesn't matter, low rates are fixed no matter what!

To get a free, no obli,gation consultation click below:

http://www.wumort.net

Best Regards,

Regina Shearer

to be remov(ed:      http://www.wumort.net/book

## SPAM

**From:**     "Hilary Kaufman" <smalc@fadmail.com>
**To:**       <m███@asis.com>; <m███@asis.com>; <m█@asis.com>; <m█@asis.com>; <m██@asis.com>;
              <m███@asis.com>; <m██████@asis.com>; <m█████@asis.com>; <m████@asis.com>;
              <m███@asis.com>; <m██████@asis.com>; <n█████@asis.com>; <n█████@asis.com>
**Sent:**     Tuesday, October 25, 2005 3:56 PM
**Subject:**  Pre-approvedd rate #taiaycnmbqtox

Hello,

We tried contacting you awhile ago about your low interest morta(ge rate.

You have been selected for our lowest rate in years...

You could get over $460,000 for as little as $350 a month!

Ba(d credit, Bank*ruptcy? Doesn't matter, low rates are fixed no matter what!

To get a free, no obli,gation consultation click below:

http://www.wumort.net

Best Regards,

Regina Shearer

to be remov(ed:     http://www.wumort.net/book

## SPAM

**From:** "Hilary Kaufman" <smalc@fadmail.com>
**To:** <m███@asis.com>; <m███@asis.com>; <m█@asis.com>; <m█@asis.com>; <m███@asis.com>;
<m███@asis.com>; <m████@asis.com>; <m███@asis.com>; <m███@asis.com>;
<m███@asis.com>; <m████@asis.com>; <n███@asis.com>; <n███@asis.com>
**Sent:** Tuesday, October 25, 2005 3:56 PM
**Subject:** Pre-approvedd rate #taiaycnmbqtox

Hello,

We tried contacting you awhile ago about your low interest morta(ge rate.

You have been selected for our lowest rate in years...

You could get over $460,000 for as little as $350 a month!

Ba(d credit, Bank*ruptcy? Doesn't matter, low rates are fixed no matter what!

To get a free, no obli,gation consultation click below:

http://www.wumort.net

Best Regards,

Regina Shearer

to be remov(ed:      http://www.wumort.net/book

## SPAM

**From:** "Hilary Kaufman" <smalc@fadmail.com>
**To:** <m███@asis.com>; <m███@asis.com>; <m█@asis.com>; <m█@asis.com>; <m███@asis.com>; <m███████@asis.com>; <m█████@asis.com>; <m███@asis.com>; <m███@asis.com>; <m██████@asis.com>; <n███████@asis.com>; <n███████@asis.com>
**Sent:** Tuesday, October 25, 2005 3:56 PM
**Subject:** Pre-approvedd rate #taiaycnmbqtox

Hello,

We tried contacting you awhile ago about your low interest morta(ge rate.

You have been selected for our lowest rate in years...

You could get over $460,000 for as little as $350 a month!

Ba(d credit, Bank*ruptcy? Doesn't matter, low rates are fixed no matter what!

To get a free, no obli,gation consultation click below:

http://www.wumort.net

Best Regards,

Regina Shearer

to be remov(ed:   http://www.wumort.net/book

## SPAM

| | |
|---|---|
| **From:** | "Alexander Meza" <LawandaCurtisdefuse@bluebrain.com> |
| **To:** | <n▮▮▮@asis.com> |
| **Sent:** | Tuesday, October 25, 2005 1:45 PM |
| **Subject:** | Presenting Credit Loans made simple |

Did you realize that as of October 1st 2005,
USA Mortgage Rates have Never been lower.

This is not a disputable statement,
this is 100% fact.

The truth is, you can get a second mortgage
at rates never before offered in the past.

We offer a variety of solutions for refinacning
your mortgage regardless of your credit or needs.

It's simple, just visit our secure site here:

http://www.kqmort.com

Fill Out The Instant Quote Form for up to 5 Quotes from interested lenders.

We Make it Simple with:
Zero Hassle, Zero Risk, and Zero Obligation.

http://www.kqmort.com

colander you vladivostok me, orin transliterate . [2

## SPAM

**From:** "Alexander Meza" <LawandaCurtisdefuse@bluebrain.com>
**To:** <n█████@asis.com>
**Sent:** Tuesday, October 25, 2005 1:45 PM
**Subject:** Presenting Credit Loans made simple

Did you realize that as of October 1st 2005,
USA Mortgage Rates have Never been lower.

This is not a disputable statement,
this is 100% fact.

The truth is, you can get a second mortgage
at rates never before offered in the past.

We offer a variety of solutions for refinacning
your mortgage regardless of your credit or needs.

It's simple, just visit our secure site here:

http://www.kqmort.com

Fill Out The Instant Quote Form for up to 5 Quotes from interested lenders.

We Make it Simple with:
Zero Hassle, Zero Risk, and Zero Obligation.

http://www.kqmort.com


colander you vladivostok me, orin transliterate . [2



**From:** Tanisha Page
**Sent:** Tuesday, October 25, 2005 12:18 PM
**To:** b█████@asis.com; b███████@asis.com; b█████@asis.com; b█████@asis.com;
b██@asis.com; b████@asis.com; b███████@asis.com; b██@asis.com; b██@asis.com;
b███████@asis.com; b██████@asis.com; b██@asis.com; b██████@asis.com
**Subject:** Low mortaggee ratess

Hello,

We tried contacting you awhile ago about your low interest morta(ge rate.

You have been selected for our lowest rate in years...

You could get over $460,000 for as little as $350 a month!

Ba(d credit, Bank*ruptcy? Doesn't matter, low rates are fixed no matter what!

To get a free, no obli,gation consultation click below:

http://www.wumort.net


Best Regards,

Wallace Matthews

to be remov(ed:      http://www.wumort.net/book

1



REFINANCE HOME EQUITY NEW PURCHASE DEBT CON

# Save Money To

## EASY 2-Minute Form

| FIRST NAME: | LAST NAME: |
| --- | --- |
| ADDRESS: | CITY: |
| STATE: | ZIP CODE: |
| Select State | |
| HOME PHONE: | ALT. PHONE:* |
| ( ) - | ( ) - |
| EMAIL ADDRESS: | CALL ME: |
| | Select |
| LOAN TYPE: | PROPERTY TYP: |
| Select | Select |
| HOME VALUE: | MORTGAGE BA |
| Select | Select |
| Loan amount desired:: | PAST BANKRUP |
| Select | Select |
| RATE YOUR CREDIT: | CURRENT RATE |
| Select | |

▶ ALL Credit Welcome ▶ No Obligation

▶ Competitive Rates ▶ Free Quotes

## ATTENTION: RATES ARE AT A 45 YEAR LOW





30-YEAR FIXED RATE MORTGAGE

**APRIL 2004**
**4.63%**

JAN 2002 7.00%

AUG 2002 6.29%

APR 2003 5.81%

SURVEY BY FREDDY MAC    MARCH 2004

Submit

Submitting personal information constitutes a request to generate a mortga
authorize USA Lenders Network to send your loan request to multiple qua
brokers, who will be calling you with no obligation mortgage quotes. The
used and disclosed to effect only such transaction. Personal information is
for purposes other than mortgage quotes. Interest rate of 3.25% has an AP
3.25 - 4.75 percent. *All rates and prices are subject to change without no
conditions. Rates are also based depending in part on your unique credit h
characteristics. Not all products and services are available in all geographi
Acceptance is based on eligibility requirements and subject to final determ

REFINANCE    HOME EQUITY    NEW PURCHASE    DEBT CONSOLIDATION

Credit Welcome  ►No Obligation

etitive Rates  ►Free Quotes

'TENTION: RATES ARE AT A 45 YEAR LOW





# Save Money Toda

## EASY 2-Minute Form

FIRST NAME:
Bruce

LAST NAME:
Wolf

ADDRESS:
2589 Royal Drive

CITY:
Fortuna

STATE:
California ▼

ZIP CODE:
95540

HOME PHONE:
( 707 ) 476 - 8984

ALT. PHONE:*
( 707 ) 476 - 8984

EMAIL ADDRESS:
bbb@asis.com

CALL ME:
evening ▼

LOAN TYPE:
Consolidate bills ▼

PROPERTY TYPE:
Single Family ▼

HOME VALUE:
270,000 - 280,000 ▼

MORTGAGE BALANCE:
75,000 - 80,000 ▼

Loan amount desired::
100,000 - 150,000 ▼

PAST BANKRUPTCY:
Never/Not in last 7 years

RATE YOUR CREDIT:
Good ▼

CURRENT RATE:
7.5 %

Submit

Submitting personal information constitutes a request to generate a mortg
and authorize USA Lenders Network to send your loan request to multiple 
lenders and brokers, who will be calling you with no obligation mortgage
The information will be used and disclosed to effect only such transacti
Personal information is not disclosed to others for purposes other than
quotes. Interest rate of 3.25% has an APR that ranges between 3.25 - 4.75
*All rates and prices are subject to change without notice based on mark
conditions. Rates are also based depending in part on your unique credit
and transaction characteristics. Not all products and services are avail
all geographic locations. Acceptance is based on eligibility requirement
subject to final determination.