**Jason K. Singleton**, State Bar #166170
**Richard E. Grabowski**, State Bar #236207
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
  FAX 441-1533
lawgroup@sbcglobal.net

Attorneys for Plaintiff, ASIS INTERNET SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>　　　　Plaintiff,<br>vs.<br><br>OPTIN GLOBAL, INC., a Delaware Corporation, also dba Vision Media Limited Corp., USA Lenders Network, USA Lenders, and USA Debt Consolidation Service; et al.<br><br>　　　　Defendants. | Case No. C-05-5124 CW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE DATE**<br><br>DATE:　APRIL 21, 2006<br>TIME:　10:00 A.M.<br>CTRM:　2, 4th Floor |

　　　Pursuant to United States District Court, Northern District Local Rule 6-2, Plaintiff ASIS INTERNET SERVICES ("Plaintiff") and Defendants submit the following stipulation to continue the Case Management Conference.

　　　The Defendants have filed and/or joined in a Motion to Dismiss scheduled to be heard by the above entitled Court on April 21, 2006, at 10:00 a.m., just prior to the scheduled Case Management Conference.

　　　There are twelve (12) Defendants who have responded to Plaintiff's Complaint and will be actively participating in the preparation of the Joint Case Management Report with Plaintiff. Eleven of these Defendants have also joined together in the Motion to Dismiss Plaintiff's Complaint. If the Court grants any or all of said Defendants' Motion, the Case Management

Conference Report will be between Plaintiff and any Defendants not dismissed by the Court.

In addition, Plaintiff anticipates joining additional Defendants either by stipulation or motion based on information received since the filing of this action.

Therefore, the parties hereby respectfully request and stipulate the Court continue the Case Management Conference for a period of thirty to sixty days, at the Court's convenience.

IT IS SO STIPULATED.

SINGLETON LAW GROUP

Dated: March 15, 2006         /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for Plaintiff
ASIS INTERNET SERVICES


COOLEY GODWARD LLP

Dated: March 3, 2006          /s/ Joseph S. Leventhal
Joseph S. Leventhal, Attorneys for Defendants
AEGIS LENDING CORPORATION ~~and~~
~~FRANCIS PRASAD~~

REED SMITH LLP

Dated: March 6, 2006          /s/ Kerry Hopkins
Kerry Hopkins, Attorneys for Defendants
NATIONAL FIDELITY FUNDING AND
CHRIS VALLEY

ALLIE & SCHUSTER, P.C.

Dated: March 3, 2006          /s/ William D. Schuster
William D. Schuster, Attorneys for Defendants and
Cross-Claimants STATESIDE MORTGAGE, INC.,
and BRUCE LERNER

///

///

///

MUSICK, PEELER & GARRETT LLP

Dated: March 9, 2006        /s/ Vince M. Verde
Vince M. Verde, Attorneys for Defendants
MICHAEL CUERVO and TERRY DORLAND

BINGHAM McCUTCHEN LLP

Dated: March 9, 2006        /s/ James G. Snell
James G. Snell, Attorneys for Defendant
QUICKEN LOANS INC.

PITE DUNCAN & MELMET, LLP

Dated: March 9, 2006        /s/ Robert M. Ruben
Robert M. Ruben, Attorneys for Defendants
AMERICAN HOME EQUITY CORPORATION and
MICHAEL GARCIA

SHEPPARD MULLIN RICHTER & HAMPTON LLP

Dated: March 15, 2006        /s/ Paul F. Rafferty by C. Bauer
Paul F. Rafferty, Attorneys for Defendant
EMERALD HOME LOAN, INC.

CORPORATE COUNSEL LAW GROUP LLP

Dated: March 9, 2006        /s/ John Chu
John Chu, Attorneys for Defendants
OPTIN GLOBAL, INC., VISION MEDIA LIMITED
CORP., RICK YANG and PEONIE CHEN

///
///
///
///
///
///

ORDER

Based on the foregoing Stipulation, the Case Management Conference shall be continued to **September 8, 2006, at 1:30 p.m.,** in Courtroom 2, 4th Floor.  Pursuant to Civil L.R. 16-91(a), a joint Case Management Statement will be due seven (7) days prior to the conference.

IT IS SO ORDERED.

Dated:  3/16/06                                                           /s/ CLAUDIA WILKEN
_____          _____
                                                                                    CLAUDIA WILKIN
                                                                                    UNITED STATES DISTRICT JUDGE