**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne, III (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
Telephone:  (415) 955-1155
Facsimile:  (415) 955-1158

Attorneys for Defendant, AZOOGLEADS.COM, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES**, a California corporation, | Case No. C-05-5124 CW |
| Plaintiff, | ORDER GRANTING |
| vs. | **STIPULATED REQUEST TO EXTEND TIME TO RESPOND FOR DEFENDANT AZOOGLEADS.COM, INC.** |
| **OPTIN GLOBAL, INC.,** a Delaware Corporation, also dba Vision Media Limited Corp., USA Lenders Network, USA Lenders, and USA Debt Consolidation Service; et al., | AND CONTINUING CASE MANAGEMENT CONFERENCE |
| Defendants. | |

KRONENBERGER BURGOYNE, LLP
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
www.KronenbergerLaw.com

Pursuant to United States District Court, Northern District Local Rule 6-1, Plaintiff ASIS INTERNET SERVICES ("Plaintiff") and Defendant AZOOGLEADS.COM, INC. ("Azoogle") submit the following stipulation requesting an extension of time to respond to Plaintiff's Complaint.

The Complaint was originally filed on December 12, 2005.  The First Amended Complaint naming Azoogle was filed on July 14, 2006, and Azoogle was served by personal service on September 15, 2006.  Plaintiff filed a Second Amended Complaint on October 4, 2006.  The parties stipulate to a request for an extension of time of forty-five (45) days, to November 24, 2006, for Azoogle to move, plead, or otherwise answer Plaintiff's Second Amended Complaint.

A Case Management Statement Conference is scheduled for October 27, 2006.

**KRONENBERGER BURGOYNE, LLP**

DATED:  October 13, 2006                                          /s/
                                                                                    Henry M. Burgoyne, III
                                                                                    Attorneys for Defendant, Azoogle

**SINGLETON LAW GROUP**

DATED:  October 13, 2006                                          /s/
                                                                                    Jason K. Singleton
                                                                                    Attorneys for Plaintiff, Asis

**STIPULATED REQUEST FOR EXTENSION**

1

ORDER

2

        Having read the parties' stipulation, the Court hereby grants Defendant Azoogle

3

an extension of time, until November 24, 2006, to respond to Plaintiff's Second

4

Amended Complaint.

5

        IT IS SO ORDERED.   CMC continued to 12/15/06 at 1:30 p.m.

6

7

DATED:  __10/17/06_____                _____

8

CLAUDIA WILKIN
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3                           **STIPULATED REQUEST FOR EXTENSION**