**Jason K. Singleton**, State Bar #166170
**Richard E. Grabowski**, State Bar #236207
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**lawgroup@sbcglobal.net**

**(707) 441-1177**
**FAX  441-1533**

**Attorneys for Plaintiff, ASIS Internet Services**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES, a California corporation,**<br><br>       **Plaintiff,**<br>**vs.**<br><br>**OPTIN GLOBAL, INC., a Delaware Corporation, also dba Vision Media Limited Corp., USA Lenders Network, USA Lenders, and USA Debt Consolidation Service; et al.,**<br><br>       **Defendants.** | Case No.  C-05-5124 CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO AEGIS LENDING CORPORATION ONLY**<br>**AND PROPOSED ORDER** |

Plaintiff **ASIS INTERNET SERVICES** and Defendant **AEGIS LENDING CORPORATION**, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice as to Defendant **AEGIS LENDING CORPORATION**, **ONLY**. Plaintiff **ASIS INTERNET SERVICES** and Defendant **AEGIS LENDING CORPORATION**, to bear their own attorneys' fees and costs.

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice as to Defendant **AEGIS LENDING CORPORATION**, **ONLY**.

**SINGLETON LAW GROUP**

Dated:   October 31, 2006     /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for Plaintiff,
**ASIS INTERNET SERVICES**

**COOLEY GODWARD LLP**

Dated:   October 31, 2006     /s/ Joseph S. Leventhal
Joseph S. Leventhal, Attorneys for Defendants
**AEGIS LENDING CORPORATION**

**ORDER**

Having considered the parties Stipulation of Dismissal With Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>ASIS INTERNET v OPTIN GLOBAL, et al.</u>, Case Number C 05-5124 CW, is dismissed with prejudice as to AEGIS LENDING CORPORATION, ONLY, with each party to bear his or its own attorneys' fees and costs.

Dated: _____     _____
CLAUDIA WILKIN
UNITED STATES DISTRICT JUDGE