1 **Jason K. Singleton**, State Bar #166170
**Richard E. Grabowski**, State Bar #236207
2 **SINGLETON LAW GROUP**
611 "L" Street, Suite A
3 **Eureka, CA 95501**
**lawgroup@sbcglobal.net**
4
**(707) 441-1177**
5 **FAX  441-1533**

6 **Attorneys for Plaintiff, ASIS Internet Services**

7
UNITED STATES DISTRICT COURT
8
NORTHERN DISTRICT OF CALIFORNIA
9

10 **ASIS INTERNET SERVICES, a California corporation,**      Case No.  C-05-5124 CW
11
12        Plaintiff,                                           ORDER GRANTING STIPULATION OF
   vs.                                                         DISMISSAL WITH PREJUDICE AS TO
13                                                             AEGIS LENDING CORPORATION ONLY
   **OPTIN GLOBAL, INC., a Delaware**
14 **Corporation, also dba Vision Media Limited**
   **Corp., USA Lenders Network, USA Lenders,**
15 **and USA Debt Consolidation Service; et al.,**
16
          **Defendants.**
17

18

19    Plaintiff **ASIS INTERNET SERVICES** and Defendant **AEGIS LENDING**

20 **CORPORATION**, (collectively "the Parties"), by and through their respective attorneys of

21 record, hereby stipulate as follows:

22    1.    The Parties have entered into a Confidential Settlement Agreement and General

23 Release in this matter whereby they have resolved all claims and agreed to the dismissal of

24 the above-captioned action with prejudice as to Defendant **AEGIS LENDING CORPORATION**,

25 **ONLY**.   Plaintiff **ASIS INTERNET SERVICES** and Defendant **AEGIS LENDING**

26 **CORPORATION**, to bear their own attorneys' fees and costs.

27 ///

28 ///

Stipulation of Dismissal of AEGIS ONLY, proposed Order          1                         C-05-5124 CW

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice as to Defendant **AEGIS LENDING CORPORATION**, **ONLY**.

**SINGLETON LAW GROUP**

Dated:   October 31, 2006            /s/ Jason K. Singleton
                                     Jason K. Singleton,
                                     Richard E. Grabowski, Attorneys for Plaintiff,
                                     **ASIS INTERNET SERVICES**

**COOLEY GODWARD LLP**

Dated:   October 31, 2006            /s/ Joseph S. Leventhal
                                     Joseph S. Leventhal, Attorneys for Defendants
                                     **AEGIS LENDING CORPORATION**

### ORDER

Having considered the parties Stipulation of Dismissal With Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>ASIS INTERNET v OPTIN GLOBAL, et al.</u>, Case Number C 05-5124 CW, is dismissed with prejudice as to AEGIS LENDING CORPORATION, ONLY, with each party to bear his or its own attorneys' fees and costs.

Dated:  11/6/06                      _____
                                     CLAUDIA WILKEN
                                     UNITED STATES DISTRICT JUDGE