**Jason K. Singleton**, State Bar #166170
**Richard E. Grabowski**, State Bar #236207
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**lawgroup@sbcglobal.net**

**(707) 441-1177**
**FAX  441-1533**

**Attorneys for Plaintiff, ASIS Internet Services**

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES, a California corporation,** )<br><br>)<br>        **Plaintiff,** )<br>)<br>**vs.** )<br>)<br>**OPTIN GLOBAL, INC., a Delaware** )<br>**Corporation, also dba Vision Media Limited** )<br>**Corp., USA Lenders Network, USA Lenders,** )<br>**and USA Debt Consolidation Service; et al.,** )<br>)<br>        **Defendants.** )<br>_____ ) | **Case No.  C-05-5124 CW**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO NATIONAL FIDELITY FUNDING, INC., AND CHRIS VALLEY ONLY AND PROPOSED ORDER** |

Plaintiff **ASIS INTERNET SERVICES** and Defendants, **NATIONAL FIDELITY FUNDING, INC., AND CHRIS VALLEY,** (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.       The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice as to Defendants, **NATIONAL FIDELITY FUNDING, INC., AND CHRIS VALLEY**, **ONLY**.  Plaintiff **ASIS INTERNET SERVICES** and Defendants, **NATIONAL FIDELITY FUNDING, INC., AND CHRIS VALLEY**, to bear their own attorneys' fees and costs.

///

2.     Accordingly, the Parties jointly request the Court to dismiss this action with prejudice as to Defendants, **NATIONAL FIDELITY FUNDING, INC., AND CHRIS VALLEY**, **ONLY**.

**SINGLETON LAW GROUP**

Dated:      December 8, 2006          _____/s/ Jason K. Singleton_____
                                      Jason K. Singleton,
                                      Richard E. Grabowski, Attorneys for Plaintiff,
                                      **ASIS INTERNET SERVICES**

**REED SMITH LLP**

Dated:      December 7, 2006          _____/s/ Kirsten J. Daru_____
                                      Kirsten J. Daru, Attorneys for Defendants
                                      **NATIONAL FIDELITY FUNDING, INC., AND
                                      CHRIS VALLEY**

**ORDER**

Having considered the parties Stipulation of Dismissal With Prejudice and for good cause appearing, it is hereby ORDERED:

1.     The action <u>ASIS INTERNET v OPTIN GLOBAL, et al.</u>, Case Number C 05-5124 CW, is dismissed with prejudice as to **NATIONAL FIDELITY FUNDING, INC., AND CHRIS VALLEY, ONLY**, with each party to bear his or its own attorneys' fees and costs.

Dated: _____          _____
                                      CLAUDIA WILKIN
                                      UNITED STATES DISTRICT JUDGE