1  **Jason K. Singleton**, State Bar #166170
2  **Richard E. Grabowski**, State Bar #236207
   **SINGLETON LAW GROUP**
3  611 "L" Street, Suite A
   Eureka, CA 95501
4  lawgroup@sbcglobal.net

5  (707) 441-1177
   FAX  441-1533

6  Attorneys for Plaintiff, ASIS Internet Services

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | **ASIS INTERNET SERVICES**, a California corporation, | Case No.  C-05-5124 CW |
| --- | --- |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO NATIONAL FIDELITY FUNDING, INC., AND CHRIS VALLEY ONLY AND ORDER** |
| vs. | |
| **OPTIN GLOBAL, INC.**, a Delaware Corporation, also dba Vision Media Limited Corp., USA Lenders Network, USA Lenders, and USA Debt Consolidation Service; et al., | |
| Defendants. | |

    Plaintiff **ASIS INTERNET SERVICES** and Defendants, **NATIONAL FIDELITY FUNDING, INC., AND CHRIS VALLEY**, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

    1.  The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice as to Defendants, **NATIONAL FIDELITY FUNDING, INC., AND CHRIS VALLEY**, **ONLY**.  Plaintiff **ASIS INTERNET SERVICES** and Defendants, **NATIONAL FIDELITY FUNDING, INC., AND CHRIS VALLEY**, to bear their own attorneys' fees and costs.

    ///

2.   Accordingly, the Parties jointly request the Court to dismiss this action with prejudice as to Defendants, **NATIONAL FIDELITY FUNDING, INC., AND CHRIS VALLEY, ONLY**.

**SINGLETON LAW GROUP**

Dated:   December 8, 2006         /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for Plaintiff,
**ASIS INTERNET SERVICES**

**REED SMITH LLP**

Dated:   December 7, 2006         /s/ Kirsten J. Daru
Kirsten J. Daru, Attorneys for Defendants
**NATIONAL FIDELITY FUNDING, INC., AND CHRIS VALLEY**

### ORDER

Having considered the parties Stipulation of Dismissal With Prejudice and for good cause appearing, it is hereby ORDERED:

1.   The action <u>ASIS INTERNET v OPTIN GLOBAL, et al.</u>, Case Number C 05-5124 CW, is dismissed with prejudice as to **NATIONAL FIDELITY FUNDING, INC., AND CHRIS VALLEY, ONLY**, with each party to bear his or its own attorneys' fees and costs.

Dated:   12/14/06                               _____
                                                CLAUDIA WILKIN
                                                UNITED STATES DISTRICT JUDGE