1  **Jason K. Singleton**, State Bar #166170
2  **Richard E. Grabowski**, State Bar #236207
   **SINGLETON LAW GROUP**
3  **611 "L" Street, Suite A**
   **Eureka, CA 95501**
4  **lawgroup@sbcglobal.net**

5  **(707) 441-1177**
   **FAX  441-1533**

6  **Attorneys for Plaintiff, ASIS Internet Services**

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 | **ASIS INTERNET SERVICES**, a California | Case No.  C-05-5124 CW
11 | corporation, |
12 | Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO MICHAEL CUERVO d/b/a NORTHSTAR FINANCIAL AND JOHN TERRENCE DORLAND ONLY AND PROPOSED ORDER**
   | vs. |
13 | |
14 | **OPTIN GLOBAL, INC.**, a Delaware Corporation, also dba Vision Media Limited |
15 | Corp., USA Lenders Network, USA Lenders, and USA Debt Consolidation Service; et al., |
16 | |
17 | Defendants. |

18

19      Plaintiff **ASIS INTERNET SERVICES** and Defendants, **MICHAEL CUERVO d/b/a**
20 **NORTHSTAR FINANCIAL AND JOHN TERRENCE DORLAND**, (collectively "the Parties"), by
21 and through their respective attorneys of record, hereby stipulate as follows:
22      1.   The Parties have entered into a Confidential Settlement Agreement and General
23 Release in this matter whereby they have resolved all claims and agreed to the dismissal of
24 the above-captioned action with prejudice as to Defendants, **MICHAEL CUERVO d/b/a**
25 **NORTHSTAR FINANCIAL AND JOHN TERRENCE DORLAND**, **ONLY**.   Plaintiff **ASIS**
26 **INTERNET SERVICES** and Defendants, **MICHAEL CUERVO d/b/a NORTHSTAR**
27 **FINANCIAL AND JOHN TERRENCE DORLAND**, to bear their own attorneys' fees and costs.
28 ///

Stipulation of Dismissal of CUERVO/DORLAND ONLY            1                         C-05-5124 CW
proposed Order

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice as to Defendants, **MICHAEL CUERVO d/b/a NORTHSTAR FINANCIAL AND JOHN TERRENCE DORLAND**, **ONLY**.

**SINGLETON LAW GROUP**

Dated: December 14, 2006       /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for Plaintiff,
**ASIS INTERNET SERVICES**

**MUSICK, PEELER & GARRETT**

Dated: December 13, 2006       /s/ Vince M. Verde
Vince M. Verde, Attorneys for Defendants
**MICHAEL CUERVO d/b/a NORTHSTAR FINANCIAL AND JOHN TERRENCE DORLAND**

### ORDER

Having considered the parties Stipulation of Dismissal With Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>ASIS INTERNET v OPTIN GLOBAL, et al.</u>, Case Number C 05-5124 CW, is dismissed with prejudice as to **MICHAEL CUERVO d/b/a NORTHSTAR FINANCIAL AND JOHN TERRENCE DORLAND, ONLY**, with each party to bear his or its own attorneys' fees and costs.

Dated: _____       _____
CLAUDIA WILKIN
UNITED STATES DISTRICT JUDGE