1  **Jason K. Singleton**, State Bar #166170
2  **Richard E. Grabowski**, State Bar #236207
   **SINGLETON LAW GROUP**
3  **611 "L" Street, Suite A**
   **Eureka, CA 95501**
4  **lawgroup@sbcglobal.net**

5  **(707) 441-1177**
   **FAX  441-1533**

6  Attorneys for Plaintiff, ASIS Internet Services

7

8                              UNITED STATES DISTRICT COURT

9                              NORTHERN DISTRICT OF CALIFORNIA

10  **ASIS INTERNET SERVICES**, a California           )   Case No.  C-05-5124 CW
    corporation,                                       )
11                                                     )
                                                       )
12          Plaintiff,                                 )   **STIPULATION OF DISMISSAL WITH**
    vs.                                                )   **PREJUDICE AS TO EMERALD HOME**
13                                                     )   **LOAN, INC., ONLY**
    **OPTIN GLOBAL, INC.**, a Delaware                 )   **AND PROPOSED ORDER**
14  Corporation, also dba Vision Media Limited         )
    Corp., USA Lenders Network, USA Lenders,           )
15  and USA Debt Consolidation Service; et al.,        )
                                                       )
16          Defendants.                                )
17  _____)

18

19          Plaintiff **ASIS INTERNET SERVICES** and Defendant, **EMERALD HOME LOAN, INC.**,

20  (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate

21  as follows:

22          1.      The Parties have entered into a Confidential Settlement Agreement and General

23  Release in this matter whereby they have resolved all claims and agreed to the dismissal of

24  the above-captioned action with prejudice as to Defendant, **EMERALD HOME LOAN, INC.**,

25  **ONLY**.  Plaintiff **ASIS INTERNET SERVICES** and Defendant, **EMERALD HOME LOAN, INC.**,

26  to bear their own attorneys' fees and costs.

27  ///

28  ///

2.  Accordingly, the Parties jointly request the Court to dismiss this action with prejudice as to Defendant, **EMERALD HOME LOAN, INC.**, **ONLY**.

**SINGLETON LAW GROUP**

Dated: December 14, 2006     /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for Plaintiff,
**ASIS INTERNET SERVICES**

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**

Dated: December 14, 2006     /s/ Christopher Bauer
Christopher Bauer, Attorneys for Defendant
**EMERALD HOME LOAN, INC.**

**ORDER**

Having considered the parties Stipulation of Dismissal With Prejudice and for good cause appearing, it is hereby ORDERED:

1.  The action <u>ASIS INTERNET v OPTIN GLOBAL, et al.</u>, Case Number C 05-5124 CW, is dismissed with prejudice as to **EMERALD HOME LOAN, INC., ONLY**, with each party to bear his or its own attorneys' fees and costs.

Dated: _____     _____
CLAUDIA WILKIN
UNITED STATES DISTRICT JUDGE