1  **Jason K. Singleton**, State Bar #166170
2  **Richard E. Grabowski**, State Bar #236207
   **SINGLETON LAW GROUP**
3  611 "L" Street, Suite A
   **Eureka, CA 95501**
4  lawgroup@sbcglobal.net

5  (707) 441-1177
   FAX  441-1533

6  Attorneys for Plaintiff, ASIS Internet Services

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10 | **ASIS INTERNET SERVICES, a California** ) | Case No.  C-05-5124 CW
11 | **corporation,**                          ) |
   |                                           ) |
12 |         Plaintiff,                        ) | **STIPULATION OF DISMISSAL WITH**
   | vs.                                       ) | **PREJUDICE AS TO AMERICAN HOME**
13 |                                           ) | **EQUITY CORPORATION AND MICHAEL**
   | **OPTIN GLOBAL, INC., a Delaware**        ) | **GARCIA ONLY**
14 | **Corporation, also dba Vision Media Limited** ) | **AND PROPOSED ORDER**
   | **Corp., USA Lenders Network, USA Lenders,** ) |
15 | **and USA Debt Consolidation Service; et al.,** ) |
16 |                                           ) |
   |         Defendants.                       ) |
17 |                                           ) |

18

19     Plaintiff **ASIS INTERNET SERVICES** and Defendants, **AMERICAN HOME EQUITY**

20 **CORPORATION AND MICHAEL GARCIA**, (collectively "the Parties"), by and through their

21 respective attorneys of record, hereby stipulate as follows:

22     1.    The Parties have entered into a Confidential Settlement Agreement and General

23 Release in this matter whereby they have resolved all claims and agreed to the dismissal of

24 the above-captioned action with prejudice as to Defendants, **AMERICAN HOME EQUITY**

25 **CORPORATION AND MICHAEL GARCIA**, **ONLY**.  Plaintiff **ASIS INTERNET SERVICES** and

26 Defendants, **AMERICAN HOME EQUITY CORPORATION AND MICHAEL GARCIA**, to bear

27 their own attorneys' fees and costs.

28 ///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice as to Defendants, **AMERICAN HOME EQUITY CORPORATION AND MICHAEL GARCIA**, **ONLY**.

**SINGLETON LAW GROUP**

Dated: December 19, 2006     /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for Plaintiff,
**ASIS INTERNET SERVICES**

**PITE DUNCAN, LLP**

Dated: December 11, 2006     /s/ Robert M. Ruben
Robert M. Ruben, Attorneys for Defendants
AMERICAN HOME EQUITY CORPORATION
AND MICHAEL GARCIA

### ORDER

Having considered the parties Stipulation of Dismissal With Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>ASIS INTERNET v OPTIN GLOBAL, et al.</u>, Case Number C 05-5124 CW, is dismissed with prejudice as to **AMERICAN HOME EQUITY CORPORATION AND MICHAEL GARCIA, ONLY**, with each party to bear his or its own attorneys' fees and costs.

Dated: _____          _____
                                        CLAUDIA WILKIN
                                        UNITED STATES DISTRICT JUDGE