**Jason K. Singleton**, State Bar #166170
**Richard E. Grabowski**, State Bar #236207
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**lawgroup@sbcglobal.net**

**(707) 441-1177**
**FAX  441-1533**

**Attorneys for Plaintiff, ASIS Internet Services**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES**, a California corporation,<br><br>    Plaintiff,<br>vs.<br><br>**OPTIN GLOBAL, INC.**, a Delaware Corporation, also dba Vision Media Limited Corp., USA Lenders Network, USA Lenders, and USA Debt Consolidation Service; et al.,<br><br>    Defendants. | Case No.  C-05-5124 CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EMERALD HOME LOAN, INC., ONLY**<br>**AND ORDER** |

    Plaintiff **ASIS INTERNET SERVICES** and Defendant, **EMERALD HOME LOAN, INC.**, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

    1.    The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice as to Defendant, **EMERALD HOME LOAN, INC., ONLY**.  Plaintiff **ASIS INTERNET SERVICES** and Defendant, **EMERALD HOME LOAN, INC.**, to bear their own attorneys' fees and costs.

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice as to Defendant, **EMERALD HOME LOAN, INC.**, **ONLY**.

**SINGLETON LAW GROUP**

Dated: December 14, 2006   /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for Plaintiff,
**ASIS INTERNET SERVICES**

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**

Dated: December 14, 2006   /s/ Christopher Bauer
Christopher Bauer, Attorneys for Defendant
**EMERALD HOME LOAN, INC.**

### ORDER

Having considered the parties Stipulation of Dismissal With Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>ASIS INTERNET v OPTIN GLOBAL, et al.</u>, Case Number C 05-5124 CW, is dismissed with prejudice as to **EMERALD HOME LOAN, INC., ONLY**, with each party to bear his or its own attorneys' fees and costs.

Dated: 12/21/06

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE