**Jason K. Singleton**, State Bar #166170
**Richard E. Grabowski**, State Bar #236207
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**lawgroup@sbcglobal.net**

**(707) 441-1177**
**FAX  441-1533**

**Attorneys for Plaintiff, ASIS Internet Services**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES**, a California corporation,<br><br>         Plaintiff,<br>vs.<br><br>**OPTIN GLOBAL, INC.**, a Delaware Corporation, also dba Vision Media Limited Corp., USA Lenders Network, USA Lenders, and USA Debt Consolidation Service; et al.,<br><br>         Defendants. | Case No.  C-05-5124 CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO MICHAEL CUERVO d/b/a NORTHSTAR FINANCIAL AND JOHN TERRENCE DORLAND ONLY AND ORDER** |

     Plaintiff **ASIS INTERNET SERVICES** and Defendants, **MICHAEL CUERVO d/b/a NORTHSTAR FINANCIAL AND JOHN TERRENCE DORLAND**, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

     1.     The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice as to Defendants, **MICHAEL CUERVO d/b/a NORTHSTAR FINANCIAL AND JOHN TERRENCE DORLAND**, **ONLY**.   Plaintiff **ASIS INTERNET SERVICES** and Defendants, **MICHAEL CUERVO d/b/a NORTHSTAR FINANCIAL AND JOHN TERRENCE DORLAND**, to bear their own attorneys' fees and costs.

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice as to Defendants, **MICHAEL CUERVO d/b/a NORTHSTAR FINANCIAL AND JOHN TERRENCE DORLAND**, **ONLY**.

**SINGLETON LAW GROUP**

Dated: December 14, 2006    /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for Plaintiff,
**ASIS INTERNET SERVICES**

**MUSICK, PEELER & GARRETT**

Dated: December 13, 2006    /s/ Vince M. Verde
Vince M. Verde, Attorneys for Defendants
**MICHAEL CUERVO d/b/a NORTHSTAR FINANCIAL AND JOHN TERRENCE DORLAND**

### ORDER

Having considered the parties Stipulation of Dismissal With Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>ASIS INTERNET v OPTIN GLOBAL, et al.</u>, Case Number C 05-5124 CW, is dismissed with prejudice as to **MICHAEL CUERVO d/b/a NORTHSTAR FINANCIAL AND JOHN TERRENCE DORLAND, ONLY**, with each party to bear his or its own attorneys' fees and costs.

12/21/06
Dated: _____    _____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE