**Jason K. Singleton**, State Bar #166170
**Richard E. Grabowski**, State Bar #236207
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
lawgroup@sbcglobal.net

(707) 441-1177
FAX  441-1533

**Attorneys for Plaintiff, ASIS Internet Services**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES**, a California corporation,<br><br>        Plaintiff,<br>vs.<br><br>**OPTIN GLOBAL, INC.**, a Delaware Corporation, also dba Vision Media Limited Corp., USA Lenders Network, USA Lenders, and USA Debt Consolidation Service; et al.,<br><br>        Defendants. | Case No.  C-05-5124 CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO AMERICAN HOME EQUITY CORPORATION AND MICHAEL GARCIA ONLY**<br>**AND ORDER** |

Plaintiff **ASIS INTERNET SERVICES** and Defendants, **AMERICAN HOME EQUITY CORPORATION AND MICHAEL GARCIA**, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.     The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice as to Defendants, **AMERICAN HOME EQUITY CORPORATION AND MICHAEL GARCIA**, **ONLY**.  Plaintiff **ASIS INTERNET SERVICES** and Defendants, **AMERICAN HOME EQUITY CORPORATION AND MICHAEL GARCIA**, to bear their own attorneys' fees and costs.

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice as to Defendants, **AMERICAN HOME EQUITY CORPORATION AND MICHAEL GARCIA**, **ONLY**.

**SINGLETON LAW GROUP**

Dated: December 19, 2006    /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for Plaintiff,
**ASIS INTERNET SERVICES**

**PITE DUNCAN, LLP**

Dated: December 11, 2006    /s/ Robert M. Ruben
Robert M. Ruben, Attorneys for Defendants
AMERICAN HOME EQUITY CORPORATION
AND MICHAEL GARCIA

### ORDER

Having considered the parties Stipulation of Dismissal With Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>ASIS INTERNET v OPTIN GLOBAL, et al.</u>, Case Number C 05-5124 CW, is dismissed with prejudice as to **AMERICAN HOME EQUITY CORPORATION AND MICHAEL GARCIA, ONLY**, with each party to bear his or its own attorneys' fees and costs.

Dated: 12/21/06    _____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE