**JASON K. SINGLETON, SB# 166170**
**RICHARD E. GRABOWSKI, SB#236207**
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177 / FAX 441-1533

Attorney for Plaintiff, ASIS INTERNET SERVICES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| ASIS INTERNET SERVICES, | CASE NUMBER |
|---|---|
| Plaintiff(s), | C-05-5124 CW |
| v. | |
| OPTIN GLOBAL, INC., a Delaware corporation, also dba Vision Media Limited Corp., et al., | NOTICE OF DISMISSAL PURSUANT RULE 41(a) OR (c) F.R.Civ.P. |
| Defendant(s). | |

PLEASE TAKE NOTICE: (Check one)

☐ This action is dismissed by the Plaintiff (s) in its entirety.

☐ The Counterclaim brought by Claimant (s) _____ is dismissed by Claimant (s) in its entirety.

☐ The Cross-Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.

☐ The Third-party Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.

■ **ONLY** Defendants    FRANCIS PRASAD    is dismissed from

(Circle one)  (Complaint)  Counterclaim,  Cross-claim,  Third Party Claim

brought by    Plaintiff, ASIS INTERNET SERVICES    .

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

DATED:    December 28, 2006                    /s/ Jason K. Singleton
                                          Signature of Attorney/Party

NOTE: F.R.Civ.P. 41(a): THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

F.R.Civ.P. 41(c): COUNTERCLAIMS, CROSS-CLAIMS & THIRD-PARTY CLAIMS MAY BE DISMISSED BEFORE SERVICE OF A RESPONSIVE PLEADING OR PRIOR TO THE BEGINNING OF TRIAL.