1  **Jason K. Singleton**, State Bar #166170
   lawgroup@sbcglobal.net
2  **Richard E. Grabowski**, State Bar #236207
   rgrabows@pacbell.net
3  **SINGLETON LAW GROUP**
   **611 "L" Street, Suite A**
4  **Eureka, CA 95501**
   **(707) 441-1177**
5  **FAX  441-1533**

6  **Attorneys for Plaintiff, ASIS Internet Services**

7

              UNITED STATES DISTRICT COURT
8
              NORTHERN DISTRICT OF CALIFORNIA
9

10 | **ASIS INTERNET SERVICES, a California** | ) | Case No.  C-05-5124 JCS
   | **corporation,** | ) |
11 | | ) | **PLAINTIFF ASIS INTERNET SERVICES'**
   | | ) | **REQUEST TO PARTICIPATE IN CASE**
12 |         Plaintiff, | ) | **MANAGEMENT CONFERENCE BY**
   | vs. | ) | **TELEPHONE and Proposed ORDER**
13 | | ) |
   | **OPTIN GLOBAL, INC., a Delaware** | ) |
14 | **Corporation, also dba Vision Media Limited** | ) | DATE: February 2, 2007
   | **Corp., USA Lenders Network, USA Lenders,** | ) | TIME:   1:30 P.M.
15 | **and USA Debt Consolidation Service; et al.,** | ) | CTRM:  A, 15TH Floor
   | | ) | Honorable Joseph C. Spero
16 |         Defendants. | ) |
17 | | ) |

18       Pursuant to Northern District of California Local Rule 16-10, Plaintiff ASIS INTERNET

19 SERVICES hereby requests that it be permitted to participate by telephone in the Initial Case

20 Management Conference currently set for 1:30 P.M. on February 2, 2007.

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

PLAINTIFF REQUEST FOR TELEPHONE APPEARANCE       1                    C-05-5124 JCS

1    ASIS and its counsel of record are located in Humboldt County, California.  ASIS
2 seeks by this request to avoid the unnecessary burden and expense of sending its counsel to
3 San Francisco, California to participate in the proceeding in person.  ASIS does not anticipate
4 that a telephonic appearance by its counsel will inconvenience the court or prejudice any
5 other party.

**SINGLETON LAW GROUP**

Dated:    January 30, 2007         /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for Plaintiff,
**ASIS INTERNET SERVICES**

ORDER

IT IS SO ORDERED.

Dated:    January 31, 2007        _____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

