**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne, III (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Defendant, AZOOGLEADS.COM, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ASIS INTERNET SERVICES,** a California corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>**OPTIN GLOBAL, INC.,** a Delaware Corporation, also dba Vision Media Limited Corp., USA Lenders Network, USA Lenders, and USA Debt Consolidation Service; et al.,<br><br>  Defendants. | Case No. C-05-5124 JCS<br><br>**STIPULATED REQUEST TO VACATE HEARING ON DISPOSITIVE MOTIONS AND RELATED DEADLINES, AND TO SET CASE MANAGEMENT CONFERENCE; [P~~ROPOSED~~] ORDER** |

Pursuant to United States District Court, Northern District of California Civil Local Rule 6-2, the parties hereby submit the following stipulation requesting that the Court vacate the scheduled April 20, 2007 hearing on summary judgment motions and related filing deadlines, and set a case management conference for April 20, 2007 at 1:30 pm.

The Court's December 21, 2006 Case Management Order set a dispositive motion hearing date of April 20, 2007. The Court's February 5, 2007 Pretrial Order subsequently set a filing deadline for motions to be heard on that date of thirty-five (35) days prior to the scheduled hearing date, or March 16, 2007. At the February 2, 2007

1  case management conference, the Court also ordered the parties to engage in
2  mediation prior to filing dispositive motions.
3      Currently, the parties are engaged in discovery, in some cases at the earliest
4  stages. No depositions have been taken. At least two parties are engaged in discovery-
5  related disputes, certain of which may be brought before the Court on joint motion.
6  Furthermore, the soonest the parties were able to schedule a joint mediation session is
7  March 9, 2007, thus leaving the parties little time for substantive follow-up discussions
8  prior to the filing of dispositive motions. A postponement of the April 20 dispositive
9  motion hearing date and related filing deadlines would give the parties the time needed
10 to obtain the discovery necessary to frame the issues, whether in respect of summary
11 judgment or a negotiated resolution of this case.
12     In a February 13, 2007 call between counsel for Azoogleads.com, Inc., counsel
13 for Quicken Loans Inc. and Court staff, Court staff directed that counsel request any
14 change to the dispositive motion filing and hearing schedule by means of a stipulation
15 and proposed order vacating the April 20 hearing date and related filing deadlines;
16 setting a case management conference for April 20 at 1:30 pm; and requiring that any
17 party wishing to have a dispositive motion heard prior to the final date set by the Court's
18 December 21 Case Management Order first seek leave of the Court by means of a letter
19 setting forth the issues to be raised by such motion and the reasons justifying the
20 request for a sooner hearing. This stipulation and proposed orders mirrors those
21 directions.
22     For the reasons stated above, the parties hereby stipulate to request the Court
23 that the Order appearing below be entered by the Court at the Court's earliest
24 convenience.
25
26 **SINGLETON LAW GROUP**
27 Dated: February 22, 2007     /s/
    Jason K. Singleton,
28     Richard E. Grabowski, Attorneys for Plaintiff,
    **ASIS INTERNET SERVICES**

Case No. C-05-5124 JCS     2     **STIPULATION RE DISPOSITIVE MOTION HEARING DATE AND [PROPOSED] ORDER**

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

**KRONENBERGER BURGOYNE, LLP**

Dated: February 22, 2007     /s/
_____
Henry M. Burgoyne, III, Attorneys for Defendants
**AZOOGLEADS.COM, INC.**


**BINGHAM McCUTCHEN LLP**

Dated: February 23, 2007     /s/
_____
James G. Snell, Attorneys for Defendant
**QUICKEN LOANS INC.**


**CORPORATE COUNSEL LAW GROUP LLP**

Dated: February 26, 2007     /s/
_____
John Chu, Attorneys for Defendants
**OPTIN GLOBAL, INC., VISION MEDIA LIMITED CORP., RICK YANG and PEONIE CHEN**


**ALLIE & SCHUSTER, P.C.**

Dated: February 27, 2007     /s/
_____
William D. Schuster, Attorneys for Defendants and Cross-Claimants
**STATESIDE MORTGAGE, INC., and BRUCE LERNER**

---

Case No. C-05-5124 JCS     3     **STIPULATION RE DISPOSITIVE MOTION HEARING DATE AND [PROPOSED] ORDER**

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

**ORDER**

Having read the parties' stipulation and finding good cause shown, the Court hereby **VACATES** the April 20, 2007 hearing date for dispositive motions. The Court further **SETS** a case management conference for April 20, 2007 at 1:30 pm. The Court also **ORDERS** that any party wishing to have a dispositive motion heard prior to the final date set by the Court's December 21, 2006 Case Management Order must seek first leave of the Court by means of a letter setting forth the issues to be raised by such motion and the reasons justifying the request for a sooner hearing.

IT IS SO ORDERED.

DATED: March 1, 2007



Joseph C. Spero
United States Magistrate Judge

Case No. C-05-5124 JCS

4

**STIPULATION RE DISPOSITIVE MOTION HEARING DATE AND [PROPOSED] ORDER**

# CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2007, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. All parties in this action will be sent notice of this filing through the ECF System.

                                                    /s/
                                          Peter Touschner

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

Case No. C-05-5124 JCS      1      **CERTIFICATE OF SERVICE**