**FILED**

MAR - 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>OPTIN GLOBAL, INC., et al.<br><br>Defendants. | No. C 05-5124 JCS<br><br>**ORDER DENYING DEFENDANT AZOOGLEADS.COM'S REQUEST TO SEND NEW YORK OUTSIDE COUNSEL TO APPEAR AT MEDIATION IN PLACE OF PARTY REPRESENTATIVE** |

Having considered the written submissions from the parties, the Court DENIES Defendant AzoogleAds.com's request to be relieved from compliance with ADR Local Rule 6-9. As the Rule contemplates, Azoogle must send an actual party representative to appear in person at the mediation set for March 9, 2007, and is not permitted to send only Mr. Sean Moynihan, Esq., Azoogle's outside counsel in New York.

IT IS SO ORDERED.

Dated: 3-5-07

WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
  parties, WDB, stats
  JCS, ADR, neutral

1