```
 1  CORPORATE COUNSEL LAW GROUP, LLP
    JOHN CHU (#104302)
 2  505 Sansome Street, Suite 475
    San Francisco, CA 94111
 3  Telephone 415-989-5300
    Fax 415-788-4315
 4
    Attorneys For Defendants and
 5  Cross-defendants Optin Global,
    Inc., Vision Media Limited Corp.,
 6  Rick Yang and Peonie Chen

 7
                    UNITED STATES DISTRICT COURT
 8
          NORTHERN DISTRICT OF CALIFORNIA--OAKLAND DIVISION
 9
10  ASIS INTERNET SERVICES, a      )  No. CV-05-05124-CW
    California corporation,        )
11                                 )
              Plaintiffs,          )  NATIONAL FIDELITY FUNDING INC.
12                                 )  AND CHRIS VALLEY STIPULATION
         v.                        )  FOR DISMISSAL OF CROSS-CLAIM,
13                                 )  AND ORDER THEREON
    Optin Global, Inc., et al.,    )
14                                 )
              Defendants.          )
15  _____)
                                   )
16  and related cross-claims       )
                                   )
17  _____)

18       Defendants and cross-claimants National Fidelity Funding

19  Inc. and Chris Valley hereby stipulate to the dismissal of their

20  cross-claim that they filed October 18, 2006 against defendants

21  Optin Global, Inc. and Vision Media Limited Corp., Rick Yang and

22  Peonie Chen, with prejudice.  The parties agree that they will

23  bear their own attorneys' fees and costs.

24
                                    /s/ Kirsten Daru
25  Date: 3/5/07                    _____
                                    Reed Smith, LLP
26                                  By Kirsten J. Daru
                                    Attorneys For Defendants and
27                                  Cross-claimants National Fidelity
                                    Funding and Chris Valley
28

    NATIONAL FIDELITY FUNDING INC. AND CHRIS VALLEY
    STIPULATION FOR DISMISSAL OF CROSS-CLAIM                      1
```

```
 1
 2
 3  Dated: 3/5/07                          [signature]
                                           _____
 4                                         Corporate Counsel Law Group, LLP
                                           By: John Chu
 5                                         Attorneys For Defendants and Cross-
                                           defendants Optin Global, Inc., et
 6                                         al.

 7                                    ORDER

 8       Defendants and Cross-claimants National Fidelity Funding,
 9  Inc. and Chris Valley and defendants and Cross-defendants Optin
10  Global, Inc., Vision Media Limited Corp., Rick Yang and Peonie
11  Chen having so stipulated,
12       IT IS HEREBY ORDERED THAT the cross-claim that they filed
13  October 18, 2006 against defendants Optin Global, Inc. and Vision
14  Media Limited Corp., Rick Yang and Peonie Chen, is hereby
15  dismissed with prejudice, with the parties to bear their own
16  attorneys' fees and costs.
17
18  Dated:_____         _____
                                    Joseph C. Spero
19                                  United States Magistrate Judge
20
21
22
23
24
25
26
27
28
```