Jason K. Singleton, State Bar #166170
Richard E. Grabowski, State Bar #236207
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
lawgroup@sbcglobal.net

(707) 441-1177
FAX  441-1533

Attorneys for Plaintiff, ASIS Internet Services

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>　　　　Plaintiff,<br>vs.<br><br>OPTIN GLOBAL, INC., a Delaware Corporation, also dba Vision Media Limited Corp., USA Lenders Network, USA Lenders, and USA Debt Consolidation Service; et al.,<br><br>　　　　Defendants. | Case No.  C-05-5124 JCS<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO STATESIDE MORTGAGE, INC., AND BRUCE LERNER ONLY<br>AND PROPOSED ORDER |

　　　　Plaintiff **ASIS INTERNET SERVICES** and Defendants, **STATESIDE MORTGAGE, INC. AND BRUCE LERNER**, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

　　　　1.　　The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice as to Defendants, **STATESIDE MORTGAGE, INC. AND BRUCE LERNER**, **ONLY**.  Plaintiff **ASIS INTERNET SERVICES** and Defendants, **STATESIDE MORTGAGE, INC. AND BRUCE LERNER**, to bear their own attorneys' fees and costs.

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice as to Defendants, **STATESIDE MORTGAGE, INC. AND BRUCE LERNER**, **ONLY**.

**SINGLETON LAW GROUP**

Dated:   March 5, 2007     /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for Plaintiff,
**ASIS INTERNET SERVICES**

**ALLIE & SCHUSTER, P.C.**

Dated:   March 5, 2007     /s/ William Schuster
William Schuster, Attorneys for Defendants
**STATESIDE MORTGAGE, INC. AND BRUCE LERNER**

**ORDER**

Having considered the parties Stipulation of Dismissal With Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>ASIS INTERNET v OPTIN GLOBAL, et al.</u>, Case Number C 05-5124 JCS, is dismissed with prejudice as to **STATESIDE MORTGAGE, INC. AND BRUCE LERNER, ONLY**, with each party to bear his or its own attorneys' fees and costs.

Dated: _____    _____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE