```
 1  CORPORATE COUNSEL LAW GROUP, LLP
    JOHN CHU (#104302)
 2  505 Sansome Street, Suite 475
    San Francisco, CA 94111
 3  Telephone 415-989-5300
    Fax 415-788-4315
 4
    Attorneys For Defendants and
 5  Cross-defendants Optin Global,
    Inc., Vision Media Limited Corp.,
 6  Rick Yang and Peonie Chen

 7
 8               UNITED STATES DISTRICT COURT
 9      NORTHERN DISTRICT OF CALIFORNIA--OAKLAND DIVISION

10  ASIS INTERNET SERVICES, a        )  No. CV-05-05124-CW
    California corporation,          )
11                                   )
            Plaintiffs,              )  NATIONAL FIDELITY FUNDING INC.
12                                   )  AND CHRIS VALLEY STIPULATION
        v.                           )  FOR DISMISSAL OF CROSS-CLAIM,
13                                   )  AND ORDER THEREON
    Optin Global, Inc., et al.,      )
14                                   )
            Defendants.              )
15  _____)
                                     )
16  and related cross-claims         )
    _____)
17
18       Defendants and cross-claimants National Fidelity Funding
19  Inc. and Chris Valley hereby stipulate to the dismissal of their
20  cross-claim that they filed October 18, 2006 against defendants
21  Optin Global, Inc. and Vision Media Limited Corp., Rick Yang and
22  Peonie Chen, with prejudice.  The parties agree that they will
23  bear their own attorneys' fees and costs.
24
25  Date: 3/5/07                  _____
                                  Reed Smith, LLP
26                                By Kirsten J. Daru
                                  Attorneys For Defendants and
27                                Cross-claimants National Fidelity
                                  Funding and Chris Valley
28
```

Dated: 3/5/07

Corporate Counsel Law Group, LLP
By: John Chu
Attorneys For Defendants and Cross-defendants Optin Global, Inc., et al.

ORDER

Defendants and Cross-claimants National Fidelity Funding, Inc. and Chris Valley and defendants and Cross-defendants Optin Global, Inc., Vision Media Limited Corp., Rick Yang and Peonie Chen having so stipulated,

IT IS HEREBY ORDERED THAT the cross-claim that they filed October 18, 2006 against defendants Optin Global, Inc. and Vision Media Limited Corp., Rick Yang and Peonie Chen, is hereby dismissed with prejudice, with the parties to bear their own attorneys' fees and costs.

Dated: March 15, 2007



Joseph C. Spero
United States Magistrate Judge