1  **Jason K. Singleton**, State Bar #166170
   lawgroup@sbcglobal.net
2  **Richard E. Grabowski**, State Bar #236207
   rgrabows@pacbell.net
3  **SINGLETON LAW GROUP**
   **611 "L" Street, Suite A**
4  **Eureka, CA 95501**
   **(707) 441-1177**
5  **FAX  441-1533**

6  **Attorneys for Plaintiff, ASIS Internet Services**

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10 **ASIS INTERNET SERVICES, a California**      ) Case No.  C-05-5124 JCS
   **corporation,**                               )
11                                                )
                                                  )
12        **Plaintiff,**                          ) **STIPULATION OF DISMISSAL WITH**
   vs.                                            ) **PREJUDICE AS TO QUICKEN LOANS,**
13                                                ) **INC., AND PROPOSED ORDER**
   **OPTIN GLOBAL, INC., a Delaware**             )
14 **Corporation, also dba Vision Media Limited** )
   **Corp., USA Lenders Network, USA Lenders,**   )
15 **and USA Debt Consolidation Service; et al.,**)
                                                  )
16        **Defendants.**                         )
17 _____ )

18

19       Plaintiff **ASIS INTERNET SERVICES** and Defendant, **QUICKEN LOANS, INC.**,

20 (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate

21 as follows:

22       1.    The Parties have entered into a Confidential Settlement Agreement and General

23 Release in this matter whereby they have resolved all claims and agreed to the dismissal of

24 the above-captioned action with prejudice as to Defendant, **QUICKEN LOANS, INC.**  Each

25 party to bear its own attorneys' fees and costs.

26 ///

27 ///

28 ///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice as to Defendant, **QUICKEN LOANS, INC.**

**SINGLETON LAW GROUP**

Dated: March 15, 2007   /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for Plaintiff,
**ASIS INTERNET SERVICES**

**BINGHAM McCUTCHEN LLP**

Dated: March 15, 2007   /s/ James G. Snell
James G. Snell, Attorneys for Defendant
**QUICKEN LOANS, INC.**

**ORDER**

Having considered the parties Stipulation of Dismissal With Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>ASIS INTERNET v OPTIN GLOBAL, et al.</u>, Case Number C 05-5124 JCS, is dismissed with prejudice as to **QUICKEN LOANS, INC., ONLY**, with each party to bear its own attorneys' fees and costs.

Dated: _____   _____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE