**Jason K. Singleton**, State Bar #166170
lawgroup@sbcglobal.net
**Richard E. Grabowski**, State Bar #236207
rgrabows@pacbell.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX  441-1533**

**Attorneys for Plaintiff, ASIS Internet Services**

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES, a California corporation,**<br><br>        **Plaintiff,**<br>**vs.**<br><br>**OPTIN GLOBAL, INC., a Delaware Corporation, also dba Vision Media Limited Corp., USA Lenders Network, USA Lenders, and USA Debt Consolidation Service; et al.,**<br><br>        **Defendants.** | **Case No.  C-05-5124 JCS**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO QUICKEN LOANS, INC., AND** ~~**PROPOSED**~~ **ORDER** |

Plaintiff **ASIS INTERNET SERVICES** and Defendant, **QUICKEN LOANS, INC.**, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.      The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice as to Defendant, **QUICKEN LOANS, INC.**  Each party to bear its own attorneys' fees and costs.

///

///

///

2.    Accordingly, the Parties jointly request the Court to dismiss this action with prejudice as to Defendant, **QUICKEN LOANS, INC.**

**SINGLETON LAW GROUP**

Dated:        March 15, 2007        ___/s/ Jason K. Singleton_____
                                     Jason K. Singleton,
                                     Richard E. Grabowski, Attorneys for Plaintiff,
                                     **ASIS INTERNET SERVICES**

**BINGHAM McCUTCHEN LLP**

Dated:        March 15,  2007        ___/s/ James G. Snell_____
                                     James G. Snell, Attorneys for Defendant
                                     **QUICKEN LOANS, INC.**

**ORDER**

Having considered the parties Stipulation of Dismissal With Prejudice and for good cause appearing, it is hereby ORDERED:

1.    The action <u>ASIS INTERNET v OPTIN GLOBAL, et al.</u>, Case Number C 05-5124 JCS, is dismissed with prejudice as to **QUICKEN LOANS, INC., ONLY**, with each party to bear its own attorneys' fees and costs.

Dated:   3/20/7  _____        _____
                                            JOSE
                                            UNIT                 ATE JUDGE

Judge Joseph C. Spero