1  **Jason K. Singleton**, State Bar #166170
   lawgroup@sbcglobal.net
2  **Richard E. Grabowski**, State Bar #236207
   rgrabows@pacbell.net
3  **SINGLETON LAW GROUP**
   **611 "L" Street, Suite A**
4  **Eureka, CA 95501**
   **(707) 441-1177**
5  **FAX  441-1533**

6  **Attorneys for Plaintiff, ASIS Internet Services**

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 **ASIS INTERNET SERVICES**, a California  )   Case No.  C-05-5124 JCS
   corporation,                              )
11                                           )
                                             )
12        Plaintiff,                         )   **STIPULATION OF DISMISSAL WITH**
   vs.                                       )   **PREJUDICE AS TO OPTIN GLOBAL,**
13                                           )   **INC., VISION MEDIA LIMITED CORP.,**
   **OPTIN GLOBAL, INC.**, a Delaware        )   **RICK YANG, AND PEONIE CHEN, AND**
14 Corporation, also dba Vision Media Limited)  **PROPOSED ORDER**
   Corp., USA Lenders Network, USA Lenders,  )
15 and USA Debt Consolidation Service; et al.,)
                                             )
16        Defendants.                        )
17                                           )

18

19        Plaintiff **ASIS INTERNET SERVICES** and Defendants, **OPTIN GLOBAL, INC., VISION

20 MEDIA LIMITED CORP., RICK YANG, AND PEONIE CHEN**, (collectively "the Parties"), by

21 and through their respective attorneys of record, hereby stipulate as follows:

22        1.    The Parties have entered into a Confidential Settlement Agreement and General

23 Release in this matter whereby they have resolved all claims and agreed to the dismissal of

24 the above-captioned action with prejudice as to Defendants, **OPTIN GLOBAL, INC., VISION

25 MEDIA LIMITED CORP., RICK YANG, AND PEONIE CHEN**  Each party to bear their own

26 attorneys' fees and costs.

27 ///

28 ///

2.    Accordingly, the Parties jointly request the Court to dismiss this action with prejudice as to Defendants, **OPTIN GLOBAL, INC., VISION MEDIA LIMITED CORP., RICK YANG, AND PEONIE CHEN.**

**SINGLETON LAW GROUP**

Dated:       March  21, 2007          /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for Plaintiff,
**ASIS INTERNET SERVICES**

**CORPORATE COUNSEL LAW GROUP**

Dated:       March 21, 2007           /s/ John Chu
John Chu, Attorneys for Defendants
**OPTIN GLOBAL, INC., VISION MEDIA LIMITED CORP., RICK YANG, AND PEONIE CHEN**

### ORDER

Having considered the parties Stipulation of Dismissal With Prejudice and for good cause appearing, it is hereby ORDERED:

1.    The action <u>ASIS INTERNET v OPTIN GLOBAL, et al.</u>, Case Number C 05-5124 JCS, is dismissed with prejudice as to Defendants **OPTIN GLOBAL, INC., VISION MEDIA LIMITED CORP., RICK YANG, AND PEONIE CHEN, ONLY**, with each party to bear its own attorneys' fees and costs.

Dated: _____          _____
                                       JOSEPH C. SPERO
                                       UNITED STATES MAGISTRATE JUDGE

Stipulation/Order of Dismissal of OPTIN GLOBAL, VISION MEDIA, RICK YANG, and PEONIE CHEN        2        C-05-5124 JCS