1  **Jason K. Singleton**, State Bar #166170
   lawgroup@sbcglobal.net
2  **Richard E. Grabowski**, State Bar #236207
   rgrabows@pacbell.net
3  **SINGLETON LAW GROUP**
   611 "L" Street, Suite A
4  Eureka, CA 95501
   (707) 441-1177
5  FAX  441-1533

6  Attorneys for Plaintiff, ASIS Internet Services

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | ASIS INTERNET SERVICES, a California  ) | Case No.  C-05-5124 JCS
11 | corporation,                          )
   |                                       )
12 |         Plaintiff,                    ) | STIPULATION OF DISMISSAL WITH
   | vs.                                   ) | PREJUDICE AS TO OPTIN GLOBAL,
13 |                                       ) | INC., VISION MEDIA LIMITED CORP.,
   | OPTIN GLOBAL, INC., a Delaware        ) | RICK YANG, AND PEONIE CHEN, AND
14 | Corporation, also dba Vision Media Limited ) | PROPOSED ORDER
   | Corp., USA Lenders Network, USA Lenders, )
15 | and USA Debt Consolidation Service; et al., )
16 |                                       )
   |         Defendants.                   )
17 |                                       )

18

19         Plaintiff **ASIS INTERNET SERVICES** and Defendants, **OPTIN GLOBAL, INC., VISION

20 MEDIA LIMITED CORP., RICK YANG, AND PEONIE CHEN**, (collectively "the Parties"), by

21 and through their respective attorneys of record, hereby stipulate as follows:

22         1.      The Parties have entered into a Confidential Settlement Agreement and General

23 Release in this matter whereby they have resolved all claims and agreed to the dismissal of

24 the above-captioned action with prejudice as to Defendants, **OPTIN GLOBAL, INC., VISION

25 MEDIA LIMITED CORP., RICK YANG, AND PEONIE CHEN**  Each party to bear their own

26 attorneys' fees and costs.

27 ///

28 ///

Stipulation/Order of Dismissal of OPTIN GLOBAL, VISION           1                              C-05-5124 JCS
MEDIA, RICK YANG, and PEONIE CHEN

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice as to Defendants, **OPTIN GLOBAL, INC., VISION MEDIA LIMITED CORP., RICK YANG, AND PEONIE CHEN.**

**SINGLETON LAW GROUP**

Dated: March 21, 2007  /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for Plaintiff,
**ASIS INTERNET SERVICES**

**CORPORATE COUNSEL LAW GROUP**

Dated: March 21, 2007  /s/ John Chu
John Chu, Attorneys for Defendants
**OPTIN GLOBAL, INC., VISION MEDIA LIMITED CORP., RICK YANG, AND PEONIE CHEN**

### ORDER

Having considered the parties Stipulation of Dismissal With Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>ASIS INTERNET v OPTIN GLOBAL, et al.</u>, Case Number C 05-5124 JCS, is dismissed with prejudice as to Defendants **OPTIN GLOBAL, INC., VISION MEDIA LIMITED CORP., RICK YANG, AND PEONIE CHEN, ONLY**, with each party to bear its own attorneys' fees and costs.

Dated: March 23, 2007

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE