Jason K. Singleton, State Bar #166170
Richard E. Grabowski, State Bar #236207
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
 FAX 441-1533
lawgroup@sbcglobal.net

Attorneys for Plaintiff, ASIS INTERNET SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>Plaintiff,<br>vs.<br><br>OPTIN GLOBAL, INC., a Delaware Corporation, also dba Vision Media Limited Corp., USA Lenders Network, USA Lenders, and USA Debt Consolidation Service; et al.<br><br>Defendants. | Case No. C-05-5124 JCS<br><br>STIPULATION TO CONTINUE MOTION HEARING DATE<br><br>DATE: April 27, 2007<br>TIME: 9:30 A.M.<br>CTRM: A, 15th Floor<br><br>NEW DATE:<br>DATE: May 4, 2007 |

Pursuant to United States District Court, Northern District Local Rule 6-2, Plaintiff ASIS INTERNET SERVICES ("Plaintiff") and Defendant AZOOGLEADS.COM ("Defendant") submit the following stipulation continuing the hearing date on Defendant's Motion for Leave to Amend its Responses to Plaintiff's Requests for Admissions.

At a discovery hearing before the above entitled court on March 20, 2007, the Court vacated the Case Management Conference date of April 20, 2007, and reset it for May 4, 2007.

Defendant filed its Amended Motion on March 23, 2007, setting the matter on April 27, 2007. The parties now stipulate to continue the Motion to May 4, 2007, to be heard prior to the Case Management Conference. Plaintiff shall file its opposition by April 13, 2007,

STIPULATION TO CONTINUE MOTION/ EXTEND TIME TO RESPOND     1     C-05-5124 JCS

1  Defendant's Reply shall be due April 20, 2007. The hearing on the Motion shall be continued
2  to May 4, 2007, at 9:30 a.m. in Courtroom A, 15TH Floor, before the Honorable Joseph C.
3  Spero.
4      IT IS SO STIPULATED.

5                             SINGLETON LAW GROUP

7  Dated: March 29, 2007       /s/ Richard E. Grabowski
                                RICHARD E. GRABOWSKI,
8                               JASON K. SINGLETON, Attorneys for
                                Plaintiff, ASIS INTERNET SERVICES

10                              KRONENBERGER BURGOYNE LLP

11 Dated: March 29, 2007
12                              JEFFREY M. ROSENFELD,
                                HENRY M. BURGOYNE, Attorneys for
13                              AZOOGLEADS.COM, INC.

15                                        ORDER

17     Based on the foregoing Stipulation, the Defendant's Motion for Leave to Amend its
18 Responses (188) shall be heard on May 4, 2007, at 9:30 a.m., in Courtroom A, 15th Floor.
19     IT IS SO ORDERED.

20 Dated: March 30, 2007

21                              JOSEPH C. SPERO
22                              UNITED STATES MAGISTRATE JUDGE