1  William D. Schuster, Esq., SBN 86408
   ALLIE & SCHUSTER, P.C.
2  2122 N. Broadway
   Santa Ana, CA 92706-2614
3  (714) 558-8899, fax no. (714) 558-8889

4  Attorneys for Defendants and Cross-Claimants
   STATESIDE MORTGAGE, INC.
5  and BRUCE LERNER

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10 ASIS INTERNET SERVICES, a California ) Case No. C 05-05124 CW
   corporation,
11                                      )
                                        ) Honorable Joseph C. Spero
12         Plaintiff,                   )
                                        ) STATESIDE MORTGAGE, INC. AND
13     vs.                              ) BRUCE LERNER STIPULATION FOR
                                        ) DISMISSAL OF CROSS-CLAIM, AND
14 OPTIN GLOBAL, INC., a Delaware       ) ORDER THEREON.
   Corporation, also dba Vision Media   )
15 Limited Corp., USA Lenders Network,  )
16 USA Lenders, and USA Debt            )
   Consolidation Service; et al.       )
17                                      )
18         Defendants.                  )
   _____)
19                                      )
20 AND RELATED CROSS-ACTIONS            )
   _____)
21

22

23     Defendants and cross-claimants STATESIDE MORTGAGE, INC. and BRUCE

24 LERNER hereby stipulate to the dismissal of their cross-claim that they filed August

25 15, 2006 against Defendants OPTIN GLOBAL, INC., VISION MEDIA LIMITED

26 CORP., RICK YANG, PEONIE CHEN, LEADS LIMITED, INC., and AZOOGLE.COM,

27 INC.

28     The parties agree that they will bear their own attorneys' fees and costs.

-1-

STATESIDE MORTGAGE, INC. AND BRUCE LERNER STIPULATION FOR DISMISSAL OF
CROSS-CLAIM, AND ORDER THEREON.

```
                                    ALLIE & SCHUSTER, P.C.


DATED: March 7, 2007               _____
                                    WILLIAM D. SCHUSTER, ESQ.
                                    Attorney for Defendants and Cross-
                                    Claimants STATESIDE MORTGAGE, INC.
                                    and BRUCE LERNER



                                    SINGLETON LAW GROUP


DATED: March ___, 2007             _____
                                    JASON K. SINGLETON, ESQ.
                                    Attorney for Plaintiff
                                    ASIS INTERNET SERVICES



                                    CORPORATE COUNSEL LAW GROUP


DATED: March ___, 2007             _____
                                    JOHN CHU, ESQ.
                                    Attorney for Defendant and
                                    Cross-Defendant
                                    OPTIN GLOBAL, INC., et al.



                                    KRONENBERGER BURGOYNE


DATED: March ___, 2007             _____
                                    HENRY M. BURGOYNE, III
                                    Attorney for Defendant and
                                    Cross-Defendant AZOOGLE.COM, INC.

///

///
```

-2-

STATESIDE MORTGAGE, INC. AND BRUCE LERNER STIPULATION FOR DISMISSAL OF
CROSS-CLAIM, AND ORDER THEREON.

```
 1                                  ALLIE & SCHUSTER, P.C.
 2
 3   DATED: March 7, 2007
 4                                  _____
                                    WILLIAM D. SCHUSTER, ESQ.
 5                                  Attorney for Defendants and Cross-
                                    Claimants STATESIDE MORTGAGE, INC.
 6                                  and BRUCE LERNER
 7
 8                                  SINGLETON LAW GROUP
 9
10   DATED: March 7, 2007           [signature]
11                                  _____
                                    JASON K. SINGLETON, ESQ.
12                                  Attorney for Plaintiff
                                    ASIS INTERNET SERVICES
13
14                                  CORPORATE COUNSEL LAW GROUP
15
16   DATED: March ___, 2007
17                                  _____
                                    JOHN CHU, ESQ.
18                                  Attorney for Defendant and
                                    Cross-Defendant
19                                  OPTIN GLOBAL, INC., et al.
20
21                                  KRONENBERGER BURGOYNE
22
23
     DATED: March ___, 2007
24                                  _____
                                    HENRY M. BURGOYNE, III
25                                  Attorney for Defendant and
                                    Cross-Defendant AZOOGLE.COM, INC.
26
     ///
27
     ///
28
```

-2-

STATESIDE MORTGAGE, INC. AND BRUCE LERNER STIPULATION FOR DISMISSAL OF
CROSS-CLAIM, AND ORDER THEREON.

ALLIE & SCHUSTER, P.C.

DATED: March 7, 2007

_____
WILLIAM D. SCHUSTER, ESQ.
Attorney for Defendants and Cross-
Claimants STATESIDE MORTGAGE, INC.
and BRUCE LERNER

SINGLETON LAW GROUP

DATED: March ___, 2007

_____
JASON K. SINGLETON, ESQ.
Attorney for Plaintiff
ASIS INTERNET SERVICES

CORPORATE COUNSEL LAW GROUP

DATED: ~~March~~ April 4, 2007

_____
JOHN CHU, ESQ.
Attorney for Defendant and
Cross-Defendant
OPTIN GLOBAL, INC., et al.

KRONENBERGER BURGOYNE

DATED: March ___, 2007

_____
HENRY M. BURGOYNE, III
Attorney for Defendant and
Cross-Defendant AZOOGLE.COM, INC.

///
///

-2-

STATESIDE MORTGAGE, INC. AND BRUCE LERNER STIPULATION FOR DISMISSAL OF
CROSS-CLAIM, AND ORDER THEREON.

ALLEN & SCHUSTER, P.C.

DATED: March 7, 2007

_____
WILLIAM D. SCHUSTER, ESQ.
Attorney for Defendants and Cross-
Claimants STATESIDE MORTGAGE, INC.
and BRUCE LERNER

SINGLETON LAW GROUP

DATED: March ___, 2007

_____
JASON K. SINGLETON, ESQ.
Attorney for Plaintiff
ASIS INTERNET SERVICES

CORPORATE COUNSEL LAW GROUP

DATED: March ___, 2007

_____
JOHN CHU, ESQ.
Attorney for Defendant and
Cross-Defendant
OPTIN GLOBAL, INC., et al.

KRONENBERGER BURGOYNE

DATED: March 4/5 ___, 2007

_____
HENRY M. BURGOYNE, III
Attorney for Defendant and
Cross-Defendant AZOOGLE.COM, INC.

///

///

-2-

STATESIDE MORTGAGE, INC. AND BRUCE LERNER STIPULATION FOR DISMISSAL OF
CROSS-CLAIM, AND ORDER THEREON.

## ORDER

Defendants and Cross-Claimants STATESIDE MORTGAGE, INC. and BRUCE LERNER  and Cross-Defendants OPTIN GLOBAL, INC., VISION MEDIA LIMITED CORP., RICK YANG, PEONIE CHEN, LEADS LIMITED, INC., and AZOOGLE.COM, INC., having so stipulated.

It is hereby ordered that the cross-claim that they filed August 15, 2006 against Defendants OPTIN GLOBAL, INC., VISION MEDIA LIMITED CORP., RICK YANG, PEONIE CHEN, LEADS LIMITED, INC., and AZOOGLE.COM, INC., is hereby dismissed with prejudice, with the parties to bear their own attorneys' fees and costs.

DATED: 04/16/07



JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

STATESIDE MORTGAGE, INC. AND BRUCE LERNER STIPULATION FOR DISMISSAL OF CROSS-CLAIM, AND ORDER THEREON.