Jason K. Singleton, State Bar #166170
lawgroup@sbcglobal.net
Richard E. Grabowski, State Bar #236207
rgrabows@pacbell.net
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX 441-1533

Attorneys for Plaintiff, ASIS Internet Services

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>   Plaintiff,<br>vs.<br><br>OPTIN GLOBAL, INC., a Delaware Corporation, also dba Vision Media Limited Corp., USA Lenders Network, USA Lenders, and USA Debt Consolidation Service; et al.,<br><br>   Defendants. | Case No. C-05-5124 JCS<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL |

Having considered the Administrative Motion of Plaintiff for an order permitting the filing under seal of certain documents and good cause having been shown,

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED, and Plaintiff shall file under seal the following pleadings:

   Exhibit D:   Azoogleads campaign solicitation letter to dismissed Defendant Quicken Loans (Bate Stamp QL-0023-0024)

Dated: April 23, 2007

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE