UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES,<br><br>        Plaintiff(s),<br><br>  v.<br><br>OPTIN GLOBAL, INC., ET AL.,<br><br>        Defendant(s).<br>_____/ | Case No.  C05-5124 JCS<br><br>**ORDER TO MEET-AND-CONFER AND SUBMIT ONE JOINT LETTER BRIEF** |

On April 16, 2007, April 23, 2007, and April 26, 2007, the parties filed individual discovery letters.

IT IS HEREBY ORDERED THAT:

1. The parties are ordered not to file any discovery motions or letters (other than joint letters) without leave of Court. Leave of Court applications may not exceed two (2) pages double spaced.

2. Lead trial counsel for Plaintiff, and lead trial counsel for Defendant, are ordered to meet-and-confer, in person, and draft a joint letter addressing the following:

    A.  All outstanding discovery issues that have been resolved.

    B.  All outstanding discovery issues not resolved but which need not be resolved until Summary Adjudication Motions are heard.

    C.  All outstanding discovery issues that must be resolved now.

IT IS SO ORDERED.

Dated: April 30, 2007

                                        JOSEPH C. SPERO<br>
                                        United States Magistrate Judge