Jason K. Singleton, State Bar #166170
lawgroup@sbcglobal.net
Richard E. Grabowski, State Bar #236207
rgrabows@pacbell.net
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX  441-1533

Attorneys for Plaintiff, ASIS Internet Services

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>OPTIN GLOBAL, INC., a Delaware Corporation, also dba Vision Media Limited Corp., USA Lenders Network, USA Lenders, and USA Debt Consolidation Service; et al.,<br><br>      Defendants. | Case No.  C-05-5124 JCS<br><br>DECLARATION OF RICHARD E. GRABOWSKI IN SUPPORT OF PLAINTIFF'S MOTION FOR LETTER ROGATORY |

I, RICHARD E. GRABOWSKI , declare as follows:

1.     I am an attorney duly licensed to practice in the United States District Court, Northern District of California, and I am one of the attorneys of record for Plaintiff.  I have personal and firsthand knowledge of each fact hereinafter set forth and if called to testify could and would competently testify to the matters set forth herein.

2.     Following is a list of interrogatories that Plaintiff proposes for oral examination of Bluerockdove.com:

    a.  Which of Bluerockdove's services, such as email list management, click through tracking, link tracking, tracking of unsubscribe, bounced emails and email deployment offer network did Bluerockdove provide Azoogle.com, Inc.

    b.  Whether it is possible to identify the entity that sent the spam emails at issue in

the litigation, using Bluerockdove's link and click through tracking.

c. Whether the entity that sent the emails at issue in this litigation is Azoogle, a subsidiary company of Azoogle, or a sub contractor of Azoogle.com, Inc.

d. Whether Bluerockdove managed email suppression lists for Azoogle.com, Inc. and how that list was managed on a day to day basis.

e. If the entity that sent the spam emails at issue in this litigation is a sub contractor of Azoogle.com, Inc, what level of traffic did that sub contractor generate for Azoogle compared to other sub contractors.

f. Whether certain well known spamming individuals and entities are sub contractors of Azoogle.com, Inc.

g. If complaints regarding spam email messages were received by Bluerockdove as a result of emails sent by Azoogle, or on behalf of Azoogle, whether those complaints were forwarded to Azoogle and how, and what, if anything, Azoogle did in response.

h. What, services, if any, Bluerockdove provided Azoogle to track and manage spam email complaints for Azoogle.

i. Which of Azoogle's sub contractors was terminated for spam complaints, and when that occurred, including how many spam complaints regarding such a contractor were received prior to termination.

j. Inquiry as to the type and method of the flow (back and forth) of information between Azoogle, Bluerockdove and Azoogle's sub contractors.

3. Following is a list of Requests for Production that Plaintiff requests Bluerockdove to produce at deposition:

a. All Affiliate or Publisher agreements between Bluerockdove.com, Inc. and Azoogle.com, Inc. from January 2005 through March 2006;

b. All correspondence, including emails, regarding spam abuse relating to Azoogle.com, Inc. from January 2005 through March 2006;

c. All correspondence, including emails, regarding the "Partners in SPAM" incident

documented in the SPAMHAUS Projects ROKSO reports from January 2005 through March 2006.  Including but not limited to ROKSO Reports:

      ROK3637 Gregory Pippo - business partner
      ROK3635 PARTNER-IN-SPAM: BlueRock Dove
      ROK3937 PARTNER-IN-SPAM: Denisz Softic / volomp
      ROK4227 PARTNER-IN-SPAM: Dzenis Softic - teol.net
      ROK3646 Partner-In-Spam: Josh Baer
      ROK4160 PARTNER-IN-SPAM: Vendaregroup.com
      ROK4244 Partner-In-Spam: wotch.com
      ROK3712 Alex Zhardanovsky / Azoogle - Partners-In-Spam
      ROK3932 Alex Zhardanovsky / Azoogle - giftfox.com
      ROK4171 Alex Zhardanovsky / Azoogle - main info;

d. All marketing "creatives" provided by Azoogle.com to Bluerockdove.com relating to mortgage financing or refinancing from January 2005 through March 2006

e. Purchase and use agreements of Bluerockdove.com's e-marketing products and services between Azoogle.com and Bluerockdove.com in force in 2005.

f. Copies of Azoogle.com's affiliate network members, including recognition of affiliate agreements, for 2005 held by Bluerockdove.com.

g. Copies of the Azoogle.com suppression and opt-in lists that existed in 2005 held by Bluerockdove.com.

h. Copies of any SPAM abuse reports occurring in 2005 held by Bluerockdove.com on behalf of Azoogle.com.

i. Copies of payment reports made by Azoogle.com to Azoogle.com's affiliates in Bluerockdove.com's possession for 2005.

4. Attached hereto as Exhibit "A" is a true and correct copy of the Bluerockdove.com, Inc. marketing media kit obtained from Bluerockdove.com's web site at: http://www.bluerockdove.com/products.htm.

5. Following is a true and correct statement of the case of **ASIS INTERNET SERVICES vs. OPTIN GLOBAL, INC., et. al.:**

## STATEMENT OF THE CASE

Plaintiff, ASIS Internet Services, Inc. (hereafter "ASIS"), is a California Corporation in the business of providing internet access services and email services to persons and

1  businesses in Northern California.  Plaintiff is located in GARBERVILLE, CA.

2      ASIS made its Complaint after suffering injury by a group of Defendants who intended
3  to misuse its Internet service resources to gain information about its clients and sell mortgages
4  to its clients by sending large amounts of unsolicited commercial emails to ASIS's Internet
5  servers.  These actions directly violated various parts of the **CAN SPAM Act** of 2003 and
6  **California Business and Professions Code** § 17529.5 that prohibit sending certain types of
7  commercial emails that meet specific conditions.

8      ASIS initially named a number of mortgage broker companies and a known spam
9  operation in the suit.  After receiving further evidence, primarily provided by the mortgage
10  brokers, ASIS added two e-marketing lead generation companies to the suit.  The two lead
11  generation companies are Azoogle.com and Leads Limited.

12      ASIS has made settlements and released all of the Defendants in this case other than
13  Defendant Azoogle.com and Defendant Leads Limited.  Defendant Leads Limited did not
14  respond to ASIS's Complaint and ASIS has moved to take Leads Limited default.

15      ASIS contends that Defendant Azoogle.com was the entity that was responsible for
16  inducing the actual spammers to send emails to ASIS's protected computer.  Defendant then
17  benefited by selling the leads they gained to a group of mortgage brokers.  Azoogle.com
18  advertises  that is has over 4,000 network affiliates that provide a full realm of direct marketing,
19  including email advertisements.

20      ASIS has been unable to identify the actual spammers in this case.  That is not an
21  unusual incident since the nature of violations of the **CAN SPAM Act** of 2003 and **California**
22  **Business and Professions Code** § 17529.5 is that the emails contain false header
23  information.  The use of false header information is used to mask the identity of the true
24  sender, making it virtually impossible to identify the sender solely on the basis of the data
25  contained in the emails.

26      The U.S. Congress addressed this problem by attaching liability to an entity who
27  procures the services of another to send spam on their behalf.  **15 USC 7702**(9) and (12); and
28  **15 USC 7706**(g)(2).  This is therefore one of the key issues in the discovery process.  Did

1 | Defendant Azoogle.com procure the sending of the emails?

2 |     During the months of October and November of 2005, ASIS received in excess of
3 | 10,000 emails to its servers that met the definition of SPAM under the **CAN SPAM Act of**
4 | **2003**. Some of these emails were sent using obviously stolen email identities. Other emails
5 | were sent with false header information so as to make tracing the source impossible. These
6 | emails were also sent with subject lines that were false and misleading intended to get the
7 | recipient to open the email.

8 |     All of these emails asked the recipient to go to various specific Internet sites, such as
9 | wwmort.com, bbmort.com, xxmort.com, etc., and contained a link to get there. However, once
10 | a party went to any of those sites, the information and site information was exactly the same.
11 | In addition, the request at these sites was always the same – to fill out a profile to receive free
12 | quotes.

13 |     "On the evening of October 25, 2005, and extending into the
14 | early hours of October 26, 2005, my mail service, mail.asis.com, received many messages regarding real estate financing. I
15 | became aware of this because many of these messages were sent to email addresses that were no longer active; that is, they had long
16 | since been given up by former customers and were therefore available for reuse. In order to see whether they were receiving
17 | spam, I aliased all of these addresses to one account name."

18 |     "Many of the websites referred to in these email messages had an URL of the form xxmort.com or xxmort.net where the 'x'
19 | consisted of any number or letter causing me to suspect that they were related somehow."

20 |     "On Thursday, October 27, 2005, I filled out a form on one of
21 | these websites. I chose wumort.net because it clearly had been sent to a large percentage of my customer base, listed
22 | alphabetically, leading me to suspect they had been gathered by means of a Directory Harvest Attack." Nella White, President of
23 | ASIS..

24 |     The next day various mortgage brokers called and left messages for "Bruce Wolf".
25 | There is no other way for the mortgage brokers to have gotten the name or the number they
26 | called on October 28, 2005, except from the profile completed by Nella White.

27 |     "The person 'Bruce Wolf' is fictitious name along with the
28 | address created by me strictly for the purpose of this profile. The telephone number given in the profile was connected to an

1   answering machine in order to record any responses made to this
    profile only." Nella White, President of ASIS.

2   ASIS has produced emails that were sent to ASIS's protected computer from October
3   25, 2006, through January 31, 2006.

4   Several of the mortgage brokers stated they received the "Bruce Wolf" lead from
5   Azoogle.com.  In addition, Azoogle.com has produced evidence that the lead came from its
6   affiliate.  It is obvious that more than one person was involved, as Defendant has through its
7   confused responses to ASIS and to co-Defendant Quicken indicated it got the "Bruce Wolf"
8   lead from two totally different sources.    In its response to Defendant Quicken, Azoogle.com
9   stated that it received the lead from its affiliate John Strothers.   In its response to
10  Interrogatories, Defendant Azoogle.com responded that it received the "Bruce Wolf" lead from
11  Seamless Media Corp.

12  Additional evidence has also been provided that links all of the emails that contain the
13  wumort.net and wumort.com URLs to the same sender and ultimately to the marketing
14  program of Azoogle.com.

15  ASIS is attempting to discover the true relationship between Defendant Azoogle.com
16  and Azoogle.com's' affiliates.

17  ASIS is attempting to discover answers to several key questions in this case.  Does
18  Azoogle.com use affiliates to send email advertisements to consumers?  What is the nature of
19  those advertisements?  Who are the affiliates that send email advertisements?  What is the
20  nature of the agreements with those affiliates? What correspondence occurred between
21  Azoogle.com and its affiliates?   If Azoogle.com has terms and conditions in its agreements
22  with affiliates that prohibit violation of the *CAN SPAM Act*, does Azoogle.com enforce those
23  terms?  Does Azoogle.com have proof of affirmative consent from ASIS email customers to
24  send them email advertisements?   What were Azoogle.com marketing plans during the
25  incident period?  Was Azoogle.com running marketing programs that used affiliates to send
26  emails to consumers advertising mortgage loans during the incident period?

27  All of the discovery propounded by ASIS relates to key elements of violations of the
28  *CAN SPAM Act*: who sent the emails?;  were they sent on someone's behalf?;  did the entity

hiring the sender manage and control its agents?;  did the hiring entity know or consciously avoid knowing the sender was violating the statutes?;  did the hiring agent benefit from the relationship?

        ASIS has discovered that it is likely that an affiliate relationship existed between Azoogle.com and Bluerockdove.com during 2005, as Azoogle.com and Blurockdove.com were both listed in SPAMHAUS's ROKSO list under a series of reports titled "partners-in-spam".

        Bluerockdove.com also offers for sale software and services for maintaining e-marketing programs.  Plaintiff believes that Bluerockdove.com provided their marketing software and services to Azoogle.com during the incident period to manage Azoogle.com's affiliate relationships.  This includes:  maintenance of a data base that contains information about Azoogle.com's affiliate network; tracking information about which affiliates were involved in what marketing programs; how much affiliates were paid; tracking information about spam abuse and actions taken to correct spam abuse; andhow opt-in and suppression lists are used by Azoogle.com and its affiliates.

        ASIS believes that discovery of the data contained in this data base will lead to evidence further linking Azoogle.com to the spam attacks on ASIS.  ASIS also believes that even though Azoogle.com may have some access to this data they do not have access in the same manner as the vendor Bluerockdove.com.  That is Azoogle.com's access is limited to special reports oriented to telling them how well their affiliate network is performing – the primary reason for using the software and service.  However, the vendor Blurockdove.com will have both the knowledge and access to extract the type of details needed for a spam investigation.  Therefore, there are questions that only Bluerockdove.com can answer concerning the Azoogle.com data.


        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:        May 10, 2007

                                    Richard E. Grabowski