









# Deliverability, Reliability, Revenue.





EXHIBT A



# Who is bluerockdove?

Bluerockdove is an elite opt-in email solution provider that works exclusively with reputable opt-in CAN-SPAM compliant publishers.

Our innovative email marketing software is designed to help you plan, develop, and implement successful e-marketing campaigns that help you grow your business.

With years of experience in the industry, our savvy team of consultants provides all the expertise you need to increase traffic and boost sales for your company.

# What makes us different?
What makes us different?



## A   Superior Software

With a success rate of up to 99 percent for email delivery, our software solution significantly raises the bar for deliverability.

In addition, our software is designed to enable you to launch direct marketing campaigns using your own unique IP addresses.

This feature, a strict requirement of major accreditation companies, is instrumental for controlling your reputation, enhancing your brand identity, and receiving proper feedback on your initiatives.











# What makes us different?

What makes us different?



## Superior Service

Our customer service is unmatched within the industry. Each client is assigned a dedicated account manager that will overlook all aspects of your operations and provide you with complete support
24 hours a day, seven days a week.

Your account manager takes on three important roles:

1. *Delivery Specialist*: Assists with whitelist implementation while systematically providing assistance if delivery issues arise.

2. *Business Development Officer*: Provides guidance on how to successfully build or expand your email business.

3. *Industry Expert*: Provides insight on the latest industry trends, ensuring that your campaigns have the competitive edge needed to build a profitable relationship with your potential clients.









# What do we have to offer?

Our software was developed by a publisher; therefore, it includes the winning elements necessary to maximize the highest return on investment, while encompassing the fundamental tools and features that you need to effectively manage your campaigns.

In addition, we have a strong IT department that continuously incorporates new features to the interface while fine tuning the existing tools to ensure further ease of use.

At Bluerockdove, we understand that each client has specialized needs. As needed, we work hand-in-hand with you to customize the interface to fit your individual requirements.

## Key features:

**Complaint management tool**

**Data segmentation**

**Web integration**

**Sophisticated trigger technology**

**Automated data uploads**

**Automated image hosting**

**Advanced server and IP management**

**Delivery optimization wizard**

**Database maintenance mechanism**



**Sign up now for our free
7-day trial,
and try out our software and services for one
full week.

Call (514) 667-7248 or email
sales@bluerockdove.com
today to register.**



