**Jason K. Singleton**, State Bar #166170
lawgroup@sbcglobal.net
**Richard E. Grabowski**, State Bar #236207
rgrabows@pacbell.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX  441-1533

Attorneys for Plaintiff, ASIS Internet Services

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>Plaintiff,<br>vs.<br><br>OPTIN GLOBAL, INC., a Delaware Corporation, also dba Vision Media Limited Corp., USA Lenders Network, USA Lenders, and USA Debt Consolidation Service; et al.,<br><br>Defendants. | Case No.  C-05-5124 JCS<br><br>[PROPOSED] ORDER GRANTING MOTION FOR LETTER ROGATORY |

The matter came on before the Court and the Court having read and considered Plaintiff's Motion herein and Defendants' opposition thereto, and having heard both parties, the Court hereby orders as follows:

PLAINTIFF'S REQUEST FOR LETTER ROGATORY IS HEREBY GRANTED:

1. A Letter of Request under the Canada Evidence Act will issue herewith; and

2. The Clerk of the Court shall affix its official seal to the Letter of Request and shall send the original, sealed, Letter of Request, by international registered mail, to the QUEBEC SUPERIOR COURT, PROVINCE OF QUEBEC, CANADA.

Dated: _____          _____
                                                                                       JOSEPH C. SPERO
                                                                                       UNITED STATES MAGISTRATE JUDGE