UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>        Plaintiff,<br>vs.<br><br>OPTIN GLOBAL, INC., a Delaware Corporation, also dba Vision Media Limited Corp., USA Lenders Network, USA Lenders, and USA Debt Consolidation Service; et al.,<br><br>        Defendants. | Case No.  C-05-5124 JCS<br><br>LETTER OF REQUEST<br><br>REQUEST FOR INTERNATIONAL ASSISTANCE PURSUANT TO THE CANADA EVIDENCE ACT ON THE TAKING OF EVIDENCE IN CIVIL OR COMMERCIAL MATTERS |

THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 450 Golden Gate Ave., San Francisco, CA 94102, presents its compliments to the QUEBEC SUPERIOR COURT, PROVINCE OF QUEBEC, CANADA., and requests international judicial assistance to obtain evidence/effect service of process to be used in a civil proceeding before this court in the above captioned matter. A trial on this matter is scheduled at present for April 14, 2008, in San Francisco, California, United States of America.

Joseph C. Spero, U.S. Federal Magistrate Judge, U.S. District for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102-3434, requesting judicial authority.

This Court requests the assistance described herein as necessary in the interests of justice and in conformity with the **Canada Evidence Act**.

The assistance requested is that the appropriate judicial authority of QUEBEC SUPERIOR COURT, PROVINCE OF QUEBEC, CANADA compel the appearance of the below named corporate representative to give evidence and produce documents:

Name of Witness:
Secretary of the corporation or other designee that is the person most knowledgeable concerning e-marketing affiliate agreements and e-marketing products for:
Bluerockdove.com, Inc.
430 Place Jacques-Cartier
Montreal, Quebec H2Y 3B3
Canada

The counsels for the parties to the action are:

Counsel for Plaintiff, ASIS Internet Services, Inc.:
Jason K. Singleton, State Bar #166170
Richard E. Grabowski, State Bar #236207
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
lawgroup@sbcglobal.net
(707) 441-1177
FAX  441-1533

Counsel for Defendant, Azoogle.com, Inc.:
Kronenberger Burgoyne, LLP
Henry M. Burgoyne, III (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

The facts of this case are presented in the STATEMENT OF THE CASE in Paragraph 5 of the Declaration of Richard E. Grabowski, attached hereto.

The Interrogatories for examination at oral examination are presented in Paragraph 2 of the Declaration of Richard E. Grabowski, attached hereto.

The Request for Production of Documents are presented in Paragraph 3 of the Declaration of Richard E. Grabowski, attached hereto.

WE FURTHER REQUEST the you cause the examination to be reduced to writing, and that such books, papers, or other articles that said witness may identify at the oral examination be marked as exhibits and attested. We request that you cause the materials to be returned to us under cover duly sealed and addressed to the Clerk of the United States District Court for the Northern District of California, United States of America. We shall be ready and willing to do the same for you in a similar case when required. We shall reimburse you for any costs incurred in executing the instant Letter of Request, aka Letter Rogatory.

DATE OF REQUEST: _____

_____
Joseph C. Spero
United States Magistrate Judge