Asis Internet Services v. Optin Global, et al.
Case No. C-05-5124 JCS

### Third Party Subpoenas

| Party | Date | Date of Notice to Azoogle | Type | Response Rec'd | Notes |
|---|---|---|---|---|---|
| Dotster, Inc. | 2/7/07 | 2/12/07 | Prod. Req. | Plaintiff's Suppl. Discl., Set Five; domain and payment info for Azoogle; CD w/ Complaint and Domain Reports | |
| IronPort Systems, Inc. d/ba SPAMCOP | 2/7/07 | 2/12/07 | Prod. Req. | | IronPort claimed no responsive materials; subpoena withdrawn by Singleton in 4/5/07 letter; cc: HB |
| Seamless Media Solutions, Inc. | 3/30/07 | 4/4/07 | Prod. Req. | | potentially bad address |
| Advertrax, LLC | 3/6/07 | 4/4/07 | Prod. Req. | | |
| IronPort Systems, Inc. d/ba SPAMCOP | 4/23/07 | 4/25/07 | Prod. Req. | | second subpoena to IronPort |
| GoDaddy.com, Inc | 4/27/07 | 5/3/07 | Prod. Req. | | faxed to GoDaddy 4/27/07 |
| MCI Communications, Inc., Verizon Business | 4/27/07 | 5/3/07 | Prod. Req. | 5/21/07 letter response claiming no responsive materials | cover letter to third party dated 4/27/07 |
| Bell Candada | 4/27/07 | 5/3/07 | Prod. Req | | cover letter to third party dated 4/27/07 |


EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| Triden, LLC | 5/1/07 | 5/3/07 | Prod. Req. | | cover letter to third party dated 5/1/07 |
| Fortress ITX | 5/1/07 | 5/3/07 | Prod. Req. | | cover letter to third party dated 4/30/07 |
| Interland, Inc. (Web.com) | 5/1/07 | 5/3/07 | Prod. Req. | 5/25/07 letter response claiming no responsive documents | cover letter to third party dated 4/27/07 |
| OLM, LLC | 5/1/07 | 5/3/07 | Prod. Req. | | cover letter to third party dated 4/30/07 |
| Internap Network Services | 5/1/07 | 5/3/07 | Prod. Req. | 5/14/07 letter response claiming customer is Dotster and not Azoogle | cover letter to third party dated 4/30/07 |
| VendarNetblue/ Connexus | No Date | 5/3/07 | Prod. Req. | 5/21/07 – Plaintiff prod. bates 000423-000489 | cover letter to third party dated 4/30/07 |
| SAVVIS Communications Corporation | 5/1/07 | 5/3/07 | Prod. Req. | | cover letter to third party dated 4/27/07 |
| Vendar Group, Inc. | 5/4/07 | 5/11/07 | Prod. Req. | | cover letter to third party dated 5/4/07 |
| Alex Baydin | 5/3/07 | 5/9/07 | Depo | | fax only; partial fax; incomplete subpoena rec'd |
| Seamless Media Solutions, Inc. | 5/15/07 | 5/16/07 | Prod. Req. and Depo | | second subpoena to Seamless; fax service only |
| Dotster, Inc. | 5/15/07 | 5/16/07 | Prod. Req. | | second subpoena to Dotster; fax service only |