## Hank Burgoyne

| | |
|---|---|
| **From:** | Jason Singleton [lawgroup@sbcglobal.net] |
| **Sent:** | Thursday, February 08, 2007 11:38 AM |
| **To:** | Hank Burgoyne |
| **Subject:** | Re: ASIS's Discovery Responses/Third Party Subpoenas |

Dear Hank

All the documents referred to in Plaintiff's Response, are there. Either in initial disclosures, attached to the SAC, or served with the Interrogatory responses. As usual, and the same problem exists with Defendant's document demand, your demand is extremely vague. If there is something more that you seek, tell us specifically what it is.

The third party subpeona's were served on all opposing counsel at the same time they were sent out for service.

Hank, you are proving to be one of the most difficult attorney's I have ever worked with. Literally ever single discovery activity, even minor issues, requires several emails to sort out. Given the legal and factual complexity of CAN SPAM Act cases, I believe it would be beneficial to have a discovery referee appointed. Please select a time for us to meet in person to confer on this, before a joint letter is sent out to Judge Spero.

Jason.

> ----- Original Message -----
> **From:** Hank Burgoyne
> **To:** 'Jason Singleton'
> **Sent:** Thursday, February 08, 2007 10:42 AM
> **Subject:** ASIS's Discovery Responses/Third Party Subpoenas
>
> Hi Jason,
>
> Thanks for providing ASIS's discovery responses so early. Though they contain what can only be described as an inordinate number of unsupportable objections, as well as repeated promises to produce additional documents. (The only document to accompany ASIS's responses to the document requests was a list of email addresses fabricated for purposes of this litigation.) What are the additional promised documents, and when will they arrive?
>
> Also, you'd mentioned in your interrogatory responses that you were in the process of serving third-party subpoenas. Why haven't you served copies of those subpoenas on the other parties? How many have you sent out, when and to whom?
>
> Please address both of these issues at the earliest possible time. Azoogle will raise any procedural defect in relation to your subpoenas as grounds for excluding third-party evidence gathered by means thereof.
>
> Of course, this email is without prejudice to Azoogle's right to raise its numerous other objections to your discovery responses, as to which Azoogle soon will initiate a meet-and-confer process. As I've repeatedly stated, if that process is not complete prior to the scheduled deposition of ASIS's pmk, Azoogle will move for a protective order to postpone that deposition. You might therefore consider revising and supplementing ASIS's discovery responses to reform some of their more obvious and indisputable shortcomings.
>
> Thanks, and best,
>
> Hank Burgoyne
> **KRONENBERGER BURGOYNE, LLP**
> 150 Post Street, Suite 520
> San Francisco, CA 94108-4707



EXHIBIT
B

5/31/2007