## Hank Burgoyne

**From:** Jason Singleton [lawgroup@sbcglobal.net]
**Sent:** Wednesday, March 07, 2007 3:33 PM
**To:** Hank Burgoyne
**Subject:** Re: Joint letter and mediation brief

Dear Hank,

1. Plaintiff has not, and will not grant an extension of time to respond to Plaintiff's written discovery propounded upon Azoogle.

2. Your office has been told, REPEATEDLY, that you have been served with all third party subpeona's sent out by my office. In fact, you confirmed with my assistant Roberta that you received them. There were only two. How many times do we have to tell you that?

3. Your office was served with all settlements, productions, etc received from or regarding settlements from the the Defendants that have settled. What is it that you contend is out there that we did not provide? Roberta tells me that everything that was provide to Quicken was provided to your office. Mr. Snell is not complaining there are documents missing.

Take care,
Jason.

----- Original Message -----
**From:** Hank Burgoyne
**To:** 'Jason Singleton'
**Sent:** Tuesday, March 06, 2007 7:02 PM
**Subject:** RE: Joint letter and mediation brief

Hi Jason,

The brief has been emailed, and served by regular mail. It includes a statement of representation.

I am working on the parties' joint letter to the Magistrate, and will provide a final draft tomorrow.

Regarding Azoogle's responses to Plaintiff's discovery, Azoogle has been engaged in a search for responsive information, including as contained in electronic archives, some of them offsite. Azoogle's primary client representative in regards to this litigation also was out sick for part of the last two weeks. For those reasons, and in light of the parties' ongoing discovery meet and confer and preparation for the parties' mediation, and because Plaintiff would suffer no prejudice from a two-week delay, Azoogle requests the courtesy of a two-week extension to respond to Plaintiff's initial round of discovery. If Plaintiff does not agree to grant the same, Azoogle will request a meet and confer on the issue, and will add it, as necessary, to its letter brief to the Magistrate re discovery issues.

Other issues about which the parties should plan to meet and confer while they are in San Francisco for the mediation:

- Plaintiff's designation of the email addresses at issue as "Highly Confidential-AEO," since that designation is not warranted by the stipulated protective order and since Plaintiff's allegations suggest Plaintiff's belief that Azoogle already has that information; and
- Plaintiff's failure to provide all materials discovered or otherwise received from defendants who have settled with Plaintiff.

Because the parties already have met and conferred as to Plaintiff's failure to provide Azoogle with all third-



5/31/2007