## Jeff Rosenfeld

**From:** Jason Singleton [lawgroup@sbcglobal.net]
**Sent:** Tuesday, May 08, 2007 2:05 PM
**To:** Jeff Rosenfeld
**Subject:** Re: Third Party Subpoenas

Dear Jeff,

My office has received 690 pages of information from GoDaddy in response to Plaintiff's subpoena. GoDaddy charged Plaintiff $172.50 for reproduction.

If you would like a copy of this material, please remit to my office $172.50 for reproduction costs, and also remit $184.00 for the hotel costs Plaintiff incurred as a result of Azoogle cancelling Plaintiff's deposition, (the second time). When these funds are received, my office will duplicate the GoDaddy materials and forward them to your office. Take care,

Jason.

5/31/2007



EXHIBIT D