

Legal Compliance
22001 Loudoun County Parkway
Ashburn, VA 20147
703-886-3832
Fax: 703-886-0144

May 21, 2007

Jason K. Singleton
Singleton Law Group
611 L Street
Suite A
Eureka, CA 95501

RE:  ASIS INTERNET SERVICES v OPTIN GLOBAL, INC., et al.
     USDC, Northern District of California, No. C-05-5124-CW
     Our reference: Case ID: 07308336

Dear Mr. Singleton:

The following is in response to the Subpoena of the United States District Court for the Northern District of California, dated 04/27/07, a copy is enclosed. Please include our reference in any correspondence relative to this matter.

The subpoena requests information pertaining to Azoogle Inc. Please be advised Verizon Business has no information responsive to your request.

This information is correct to the best of my knowledge and I will maintain records of my investigation until we are informed otherwise. If I may be of assistance in researching this matter further, please contact us.

Sincerely,

*L. Rebecca Barron*

L. Rebecca Barron

EXHIBIT
E