

303 Peachtree Center Avenue, 6th Floor
Atlanta, GA 30303
T 404.260.2477 F 404.260.2542
NASDAQ: WWWW

Robin Shatler
Tel: 404-260-2497
Fax: 404-260-2506
rshatler@corp.web.com

May 25, 2007

VIA OVERNIGHT MAIL

Jason K Singleton
Singleton Law Group
611 "L" Street, Ste A
Eureka, CA 95501

Re:  ASIS INTERNET SERVICES V. OPTIN GLOBAL, INC., et al.
     USDC, Northern District of California, No. C-05-5124-CW
     Subpoena in a Civil Case to Interland, Inc.

Dear Mr. Singleton:

This letter constitutes complete compliance with the above referenced subpoena. If you have any questions or concerns, would like additional information, or believe Web.com's compliance may not be complete, please contact me directly.

The Subpoena requested that Web.com (formerly Interland, Inc.) produce certain documents related to SPAM complaints regarding or relating to Azoogle, Inc. After a thorough search of its records, Web.com was not able to locate any documents responsive to the Subpoena.

Please note that, although Web.com reviewed its customer records, Web.com has not attempted to confirm the existence of any log files, customer website data or any un-indexed data residing on employees personal machines. Confirming or denying the existence of any responsive data in any of these areas could take a trained Web.com engineer many hours of work. Web.com is a commercial company and pays its highly trained engineering staff well. Web.com devotes the efforts of its engineers to developing and maintaining reliable web hosting solutions for its customers. Requiring Web.com to devote many hours of time of an expensive and highly trained engineer to hunt for data files that may or may not exist would be unfair and unduly burdensome for Web.com, a non-party to the case in this matter.

JSINGL052507.DOC

000545



2007-05-30 10:58:16 GMT -07:00 | (866) 269-1151 | 90110



Jason K Singleton
May 25, 2007
Page 2

In addition, Web.com objects to the Subpoena to the extent it could be interpreted to require Web.com to collect data that is not maintained in its central customer management database. In the past five years Web.com has completed a number of acquisitions, information pertaining to Customers serviced by these acquisitions may not be contained in Web.com's central customer database or indexed properly. Furthermore, Web.com currently has over 200 employees located at its headquarters in Atlanta, Georgia. Web.com formerly maintained a data centers and offices in Florida, The Netherlands, Idaho, Missouri, California, Washington, and Massachusetts. Paper records and electronic data in defunct database applications may exist for these various locations that are not currently accessible to Web.com. It would be unfair and unduly burdensome to require Web.com, a non-party to the case in this matter, to search for responsive records in paper files or electronic applications that are not readily accessible.

In addition, Web.com does not waive its objections to the jurisdictional reach of your Subpoena. Web.com maintains no assets in the State of California and is not subject to the jurisdiction of the courts of the State of California.

Web.com believes it has satisfied completely the requirements of the subpoena, subject to its objections recorded above. If you have any questions, would like any additional information, or believe that Web.com's compliance may not be complete, please contact me directly and I will be happy to assist.

Regards,

Robin Shetler
Associate Counsel

RAS/toc

05/30/2 10:4 17074411533 SINGLETON LAW GROUP PAGE 03
May-30-20C 11 3 AM Kronenberger Burgoy 4159551158 3/4