# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

**CASE NO. C 05-05124 JCS**

**CASE NAME:** ASIS INTERNET SERVICES v. OPTIN GLOBAL, INC. ET AL

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: June 1, 2007    **TIME**: | **COURT REPORTER**: Juanita Gonzalez |
| **COUNSEL FOR PLAINTIFF:**<br>Jason Singleton | **COUNSEL FOR DEFENDANT:**<br>Hank Burgoyne-Dft Azoogle.Com<br>Jeff Rosenfeld - Dft Azoogle.Com |

| OTHER PROCEEDINGS: | RULING: |
|---|---|
| 1. Pla's Motion For Summary Adjudication of Issues [Docket No. 199] | Denied w/o prejudice |
| 2. Dft's Motion for Summary Adjudication [Docket No. 201] | Denied w/o prejudice |
| 3. Further Case Management Conference | Not Held |
| 4. Discovery Conference | Held |

**ORDERED AFTER HEARING:**

By stipulation of the parties oral argument on the Motion for Issuance of Letters Rogatory, set for hearing on 6/22/7 at 9:30 AM, can be taken off calendar and submitted on the papers.

**ORDER TO BE PREPARED BY:**   ( ) Plaintiff    ( ) Defendant    (X) Court

**CASE CONTINUED TO:** 06/22/07 at 9:30 a.m., follow-up meet-and-confer. Hearing will be vacated if a joint letter is filed stating that the issues have been resolved. A further case management conference is set for 8/3/7 at 1:30 p.m.

cc:    Chambers, Karen