1  **Jason K. Singleton**, State Bar #166170
   lawgroup@sbcglobal.net
2  **Richard E. Grabowski**, State Bar #236207
   rgrabows@pacbell.net
3  **SINGLETON LAW GROUP**
   611 "L" Street, Suite A
4  Eureka, CA 95501
   (707) 441-1177
5  FAX  441-1533

6  Attorneys for Plaintiff, ASIS Internet Services

7
                       UNITED STATES DISTRICT COURT
8
                      NORTHERN DISTRICT OF CALIFORNIA
9

10 | ASIS INTERNET SERVICES, a California corporation, | ) | Case No.  C-05-5124 JCS |
11 | | ) | |
12 |        Plaintiff, | ) | DECLARATION OF ROBERTA ALLISTON IN SUPPORT OF REPLY TO OPPOSITION TO MOTION FOR ISSUANCE OF LETTERS ROGATORY |
   | vs. | ) | |
13 | | ) | |
14 | OPTIN GLOBAL, INC., a Delaware Corporation, also dba Vision Media Limited Corp., USA Lenders Network, USA Lenders, and USA Debt Consolidation Service; et al., | ) | Date: June 22, 2007 |
15 | | ) | Time: 9:30 am |
   | | ) | Courtroom: A |
16 | | ) | |
17 |        Defendants. | ) | |

18
19          I, Roberta Alliston, hereby declare as follows:

20          1.      I have personal knowledge of each fact hereinafter set forth and if called to testify
21  could and would competently testify thereto.

22          2.      I am the legal assistant for the firm of Singleton Law Group and have been for
23  almost ten years.

24          3.      It is normal practice and procedure for the attorneys to provide myself with
25  names of persons and entities they wish to subpoena in a case and I would prepare the
26  subpoenas with all the pertinent information, ie: names, addresses, reason for subpoena-
27  records, deposition, court appearance and then have the attorney sign the subpoena upon
28  completion.

Declaration of Roberta Alliston in Support of Reply          1                          C-05-5124 JCS

4.   Many times even though a subpoena has been prepared, I or other staff would still need to research the subpoena recipients to locate service addresses, agents of service in the case of entities, and then find process servers in each locale to perform the service of process.  This can take from one day to a week or more.  Upon compilation of all the pertinent information, the subpoena would be sent out to the process service by mail, fax, and/or overnight delivery depending upon each circumstance.

5.   Occasionally, contact is made with the intended recipient and delivery of the subpoena is made directly to the third party by their consent and waiving of personal service.

6.   Normally, a proof of service is prepared and a copy of a subpoena is served on opposing counsel at the same time it is sent out for service.  Occasionally a lag time might occur due to human error, but it is not intentional.

7.   Attached hereto as Exhibit "A" is a chart of the subpoenas sent out by Plaintiff showing the third party, the date each subpoena was sent (either 1. directly to the recipient by agreement; or 2. to a process service), and the date a copy was served on opposing counsel with a proof of service.

8.   On April 27 I went out on medical leave and returned on June 4.  Subpoenas numbered 1-5 on Exhibit A were personally prepared and served by me.   During my leave of absence the subpoenas were prepared and processed by the firm's *file clerk*, Michelle Burdock.  Upon my return I personally reviewed the documentation and correspondence of each subpoena in order to prepare Exhibit "A".

9.   Each and every subpoena prepared by Plaintiff's counsel was served on opposing counsel with a "Proof Of Service" showing the date the proof was prepared and the date it was mailed or faxed and executed by the person doing so.  Opposing counsel is intentionally ignoring these in their opposition papers.  In addition, Plaintiff's counsel emailed copies of Subpoenas 6-16 to opposing counsel on May 3, 2007, see Exhibit "B" attached hereto.

///

///

Declaration of Roberta Alliston in Support of Reply          2          C-05-5124 JCS

1  I declare under the penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.

3
4  Dated:      June 6, 2007                    /s/ Roberta Alliston
                                                                             Roberta Alliston