1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6  ASIS INTERNET SERVICES,                    Case No.  C05-5124 JCS

7            Plaintiff(s),                    **ORDER DENYING MOTION FOR
                                              SUMMARY ADJUDICATION OF ISSUES
8        v.                                   [Docket No. 199 and 201]; VACATING
                                              ORAL ARGUMENT ON MOTION FOR
9   OPTIN GLOBAL, INC., ET AL.,               ISSUANCE OF LETTERS ROGATORY
                                              AND SETTING FURTHER CASE
10           Defendant(s).                    MANAGEMENT CONFERENCE DATE**
   _____/

11

12          On April 11, 2007, Plaintiff and Defendant Azgoozle.com filed Motions for Summary

13  Adjudication (the "Motions").

14          On June 1, 2007, the Motions came on for hearing.  Jason Singleton, counsel for Plaintiff,

15  appeared.  Hank Burgoyne and Jeff Rosenfeld, counsel for Defendant Azaoogle.com, appeared.

16          For reasons stated on the record, and good cause not shown,

17          IT IS HEREBY ORDERED that the Motions are DENIED without prejudice.  The parties

18  are ordered to meet-and-confer in an effort to resolve the outstanding discovery disputes. A follow-

19  up meet-and-confer is set for **June 22, 2007, at 9:30 a.m., in Courtroom A.**  The meeting will be

20  vacated if the parties submit a joint letter to the Court stating that the issues have been resolved.

21          IT IS HEREBY FURTHER ORDERED that by stipulation of the parties oral argument on

22  the Motion for Issuance of Letters Rogatory, set for hearing on June 22, 2007, at 9:30 a.m., can be

23  taken off calendar and the Motion submitted on the papers.

24          IT IS HEREBY FURTHER ORDERED that a further case management conference is set for

25  **August 3, 2007, at 1:30 p.m.**  A joint updated case management conference statement shall be due

26  by **July 27, 2007.**

27

28

**United States District Court**
For the Northern District of California

IT IS SO ORDERED.

Dated:  June 7, 2007

_____

JOSEPH C. SPERO
United States Magistrate Judge

**United States District Court**
For the Northern District of California