UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES,

    Plaintiff,

v.

OPTIN GLOBAL, INC., ET AL.,

    Defendants.

No. C-05-05124 JCS

**ORDER RE JUNE 27, 2007 JOINT LETTER [Docket No. 228]**

The Court has received dated June 27, 2007 from the parties reflecting the remaining discovery issues in the case. The Court treats the letter as a Motion to Compel (the "Motion"). Good cause appearing, IT IS HEREBY ORDERED as follows:

    1.    Defendant Azoogleads.com, Inc. may propound three (3) additional interrogatories seeking all facts that support Plaintiff's contentions that:

        1.    Each of the 10,000-plus alleged emails violates CAN-SPAM and the CA B&P Code;

        2.    Each of the alleged emails originated with the same sender; and

        3.    The sender of the alleged emails used unlawful means to procure the IP addresses and/or email addresses from which those emails were sent.

Motion at 1.

    2.    Plaintiff shall fully respond to these contention interrogatories **on or before August 10, 2007**. The Court notes that it is not specifically requiring that Plaintiff go through, e-mail by e-mail, each of the 10,000 or more e-mails that are at issue in this case in its answers to these questions. Plaintiff shall identify all of the facts that it knows of that support its contentions.

However, Plaintiff will be precluded from introducing at trial or on summary judgment any facts to prove these contentions other than the facts set forth in response to these interrogatories.

3. The motion to remove the "Highly Confidential – Attorneys' Eyes Only" designation from the e-mail addresses to which the e-mails were sent in this case is DENIED.

4. The parties are ORDERED to meet and confer regarding Mrs. White's deposition **on or before July 20, 2007.**

5. Plaintiff's Motion for the Production of Additional Documents in Response to Request for Production Nos. 9 and 40 is DENIED.

IT IS SO ORDERED.

Dated: June 29, 2007

JOSEPH C. SPERO
United States Magistrate Judge