UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES,

        Plaintiff,

    v.

OPTIN GLOBAL, INC., ET AL.,

        Defendants.
_____/

No. C-05-05124 JCS

**ORDER RE AUGUST 7, 2007 JOINT LETTER [Docket No. 248]**

The Court has received a Joint Letter from the parties dated August 7, 2007 (the "August 7 Joint Letter"). As discussed at the previous case management conference, it is apparent that Plaintiff has abused the privilege of serving discovery on non-parties. Plaintiff has served approximately 121 subpoenas on non-parties in this matter. Those subpoenas, as demonstrated in the case management conference statement, are not limited to the subject matter of this action, let alone to the claims raised in this action. To the contrary, those subpoenas are overbroad and oppressive, and seek information regarding Azoogle that has nothing to do with this lawsuit.

Accordingly, the Court rules as follows: all discovery subpoenas served by Plaintiff on non-parties that have not yet been responded to are hereby quashed. The non-parties need not respond to any of those discovery subpoenas that have not already been responded to. The sole exception is that Plaintiff has been granted permission to take two (2) additional depositions. Plaintiff may serve subpoenas on the deponents in connection with those two depositions.

Plaintiff also raises the issue of trial subpoenas in the August 7 Joint Letter. The Court does not quash any trial subpoenas at this time.

1   IT IS SO ORDERED.

3   Dated: August 9, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge