UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES,            No. C-05-05124 JCS

       Plaintiff,

       v.                                              **ORDER RE SEPTEMBER 25, 2007 JOINT LETTER [Docket No. 254]**

OPTIN GLOBAL, INC., ET AL.,

       Defendants.
_____/

The Court has received a Joint Letter dated September 25, 2007, which it interprets as a "Motion to Compel." The Motion to Compel is appropriate for a resolution without oral argument. Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Subject to the agreements by counsel as reflected in the Motion to Compel, the motion by Defendant Azoogle for an order compelling ASIS to conduct a reasonable search for responsive documents in the possession of ASIS's employees and its agents is DENIED.

2. ASIS is ORDERED to provide the verifications of ASIS's Supplemental Response to Azoogle's First Set of Interrogatories, Supplemental Response to Interrogatory Nos. 1 and 2, and Response to Azoogle's Fifth Set of Interrogatories.

3. Subject to the agreements by counsel as reflected in the Motion to Compel, the motion by Defendant to have ASIS produce documents related to RND Computers is DENIED.

4. Azoogle is directed to meet and confer regarding the subpoenas to Falcon Knight and Seamless Media Solution, LLC. If those conferences are unsuccessful, Defendant is

United States District Court / For the Northern District of California

given leave to file a motion to compel in the appropriate court regarding those two subpoenas.

5. The deposition of Jen Evans is ORDERED to take place by video conference (pursuant to the agreement of the parties) at a video facility in San Francisco, California, the next time Plaintiff's counsel is in San Francisco on business other than the deposition of Ms. Evans.

6. Defendant is ORDERED to produce all contracts with third-party vendors of mortgage leads not later than October 15, 2007, or file a declaration under oath stating, based on personal knowledge, that Defendant has produced all such documents in its custody or control.

7. Not later than October 9, 2007, Defendant shall identify its top ten third-party vendors of mortgage leads.

Except as expressly granted above, the Motion to Compel is DENIED.

IT IS SO ORDERED.

Dated: October 2, 2007

JOSEPH C. SPERO
United States Magistrate Judge