1  **Jason K. Singleton**, State Bar #166170
   lawgroup@sbcglobal.net
2  **Richard E. Grabowski**, State Bar #236207
   rgrabows@pacbell.net
3  **SINGLETON LAW GROUP**
   611 "L" Street, Suite A
4  Eureka, CA 95501
   (707) 441-1177
5  FAX  441-1533

6  Attorneys for Plaintiff, ASIS Internet Services

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | ASIS INTERNET SERVICES, a California      ) Case No.  C-05-5124 JCS
11 | corporation,                              )
                                               )
12 |         Plaintiff,                        ) [~~PROPOSED~~] ORDER GRANTING
   | vs.                                       ) ADMINISTRATIVE MOTION TO FILE
13 |                                           ) CERTAIN DOCUMENTS UNDER SEAL
   | OPTIN GLOBAL, INC., a Delaware            )
14 | Corporation, also dba Vision Media        )
   | Limited Corp., USA Lenders Network,       )
15 | USA Lenders, and USA Debt                 )
   | Consolidation Service; et al.,            )
16 |                                           )
17 |         Defendants.                       )

18      Having considered the Administrative Motion of Plaintiff for an order permitting the
19 filing under seal of certain documents and good cause having been shown,
20      IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED as follows, and Plaintiff
21 shall file under seal the following pleadings:

22

|               |                                                                                 | **GRANT** | **DENY** |
|---------------|---------------------------------------------------------------------------------|-----------|----------|
| **Exhibit C:** | Plaintiff's Closed and/or Inactive accounts which is confidential consumer information. | X         |          |
| **Exhibit F:** | Two unredacted emails containing Plaintiff's consumer email addresses.          | X         |          |
| **Exhibit G:** | Defendant Quicken Loans production documents, pages QL-0017 QL-0023 and QL-0024. | X         |          |

~~proposed~~ ORDER GRANTING MOTION TO SEAL                    1                          C-05-5124 JCS

| | | GRANT | DENY |
|---|---|---|---|
| **Exhibit I:** | Defendant Azoogle production and disclosure documents containing Insertion Order for Mortgage Lead Test between Defendant Azoogleads and Seamless Media Corp.; Mortgage Lead for Bruce Wolf; Azoogle.com IP addresses; Azoogle Third Party Lead Providers list (Bate Stamp AZ-000005-000007, AZ 000012, AZ 000018-AZ 000022, AZ 000125, and AZ 000131-000133). | X | |
| **Exhibit J:** | Deposition Transcript of Julian Mossanen designated as Confidential-Attorney Eyes Only by Defendant Azoogle. (Pages 30, 56, 59-61, 63, 95-106, 112-118, 125-126, 129). | X | |
| **Exhibit K:** | Deposition Transcript of Donald H. Mathis designated as Confidential-Attorney Eyes Only by Defendant Azoogle. (Pages 193—194, 226, 268-269, 306-206, and Exhibits 7 & 8). | X | |
| **Exhibit Q:** | Defendant Azoogle production document consisting of email between AzoogleAds and Spamhaus (Bate Stamp AZ-SP000046) | X | |

Dated:    10/09/07
_____     _____



JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE