**Jason K. Singleton**, State Bar #166170
lawgroup@sbcglobal.net
**Richard E. Grabowski**, State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
  FAX 441-1533

Attorneys for Plaintiff, ASIS INTERNET SERVICES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES**, a California corporation,<br><br>    Plaintiff,<br>vs.<br><br>**OPTIN GLOBAL, INC.**, a Delaware Corporation, also dba Vision Media Limited Corp., USA Lenders Network, USA Lenders, and USA Debt Consolidation Service; et al.<br><br>    Defendants. | Case No. C-05-5124 JCS<br><br>**STIPULATION TO BRIEFING SCHEDULE RE MOTIONS FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION OF ISSUES** |

Pursuant to the Court's Case Management and Pretrial Order filed as Docket 315 on 12/11/07, ASIS INTERNET SERVICES ("Plaintiff") and AZOOGLEADS.COM, INC. (Defendant) submit the following stipulation for a briefing schedule on the planned Motions for Summary Judgment or Summary Adjudication of Issues.

| | |
|---|---|
| Motions to be filed on or before | January 18, 2008 |
| Oppositions to Motions shall be due | February 1, 2008 |
| Reply(s) shall be due | February 14, 2008 |
| Hearing on Motions | March 14, 2008 @ 1:30 p.m. |

IT IS SO STIPULATED.

STIPULATION TO BRIEFING SCHEDULE        1        C-05-5124 JCS

**SINGLETON LAW GROUP**

Dated: December 17, 2007     /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for Plaintiff
ASIS INTERNET SERVICES

**KRONENBERGER BURGOYNE LLP**

Dated: December 17, 2007     /s/ Henry M Burgoyne
HENRY M. BURGOYNE, Attorneys for
Defendant, AZOOGLE

## ORDER

Based on the foregoing Stipulation, the parties proposed briefing scheduled is approved and the following dates shall apply:

| | |
|---|---|
| Motions for Summary Judgment/Adjudication | January 18, 2008 |
| Oppositions to Motions shall be due | February 1, 2008 |
| Reply(s) shall be due | February 14, 2008 |
| Hearing on Motions to Dismiss | March 14, 2008 @ 1:30 p.m. |

IT IS SO ORDERED.

Dated: December 18, 2007

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE