UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES,

        Plaintiff,

   v.

OPTIN GLOBAL, INC., ET AL.,

        Defendant.
_____/

No. C-05-05124 JCS

**ORDER TO FILE UNDER SEAL COURT'S MARCH 27, 2008 ORDER [Docket No. 389]**

The Court hereby ORDERS that the following order is under Seal: Order Granting Defendant's Motion for Summary Judgment, Denying Plaintiff's Motion for Summary Judgment and Dismissing Action [Docket No. 389]. The Court intends to publish the entire opinion in the public record within twenty-one days of the date of this Order. If any party believes that the Court's opinion contains any confidential information entitled to protection, that party shall file with the Court a declaration establishing such entitlement and any proposed redactions not later than April 11, 2008.

     IT IS SO ORDERED.

Dated: March 27, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge