**JASON K. SINGLETON, SB# 166170**
**RICHARD E. GRABOWSKI, SB#236207**
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177 / FAX 441-1533

Attorney for Plaintiff, ASIS INTERNET SERVICES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| ASIS INTERNET SERVICES,<br>    Plaintiff(s),<br>v.<br><br>OPTIN GLOBAL, INC., et al.,<br><br>    Defendant(s). | CASE NUMBER<br><br>C-05-5124 JCS<br><br>NOTICE OF DISMISSAL PURSUANT<br>RULE 41(a) OR (c) F.R.Civ.P. |
|---|---|

PLEASE TAKE NOTICE: (Check one)

☐  This action is dismissed by the Plaintiff (s) in its entirety.

☐  The Counterclaim brought by Claimant (s) _____ is dismissed by Claimant (s) in its entirety.

☐  The Cross-Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.

☐  The Third-party Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.

■  **ONLY** Defendants <u>LEADS LIMITED, INC. a Florida corporation, (Plaintiff **requests the Clerk's Default be set aside)**</u> are dismissed from (Circle one) **(Complaint)**   Counterclaim,   Cross-claim,   Third Party Claim brought by <u>PLAINTIFF ASIS INTERNET SERVICES</u>.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.


DATED:  April 28, 2008                          _____
                                                Signature of Attorney/Party

NOTE: F.R.Civ.P. 41(a): THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

F.R.Civ.P. 41(c): COUNTERCLAIMS, CROSS-CLAIMS & THIRD-PARTY CLAIMS MAY BE DISMISSED BEFORE SERVICE OF A RESPONSIVE PLEADING OR PRIOR TO THE BEGINNING OF TRIAL.