IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES,<br><br>        Plaintiff,<br><br>    v.<br><br>OPTIN GLOBAL, INC. ET AL,<br><br>        Defendant.<br>_____ / | No. C 05-05124 JCS<br><br>**JUDGMENT IN A CIVIL CASE** |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that pursuant to the Order Granting Defendant's Motion for Summary Judgment, Denying Plaintiff's Motion for Summary Judgment and Dismissing Action filed on March 27, 2008, judgment is entered in favor of Defendant Azoogle and Plaintiff's claims against Azoogle are dismissed with prejudice.

Dated: April 29, 2008

Richard W. Wieking, Clerk
By: *Karen L. Hom*
Karen L. Hom, Deputy Clerk