UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES,<br><br>    Plaintiff,<br><br>v.<br><br>OPTIN GLOBAL, INC., ET AL.,<br><br>    Defendant.<br>_____/ | No. C-05-05124 JCS<br><br>**ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR BRIEFING SCHEDULE [Docket No. 423]; SETTING HEARING DATE ON DEFENDANT'S MOTION FOR SANCTIONS [Docket No. 416]** |

On May 19, 2008, Plaintiff filed a letter (construed as a "Motion") requesting an extension of time for the briefing schedule for Defendant Azoogle's Motion for Sanctions. Defendant's opposed the Motion.

IT IS HEREBY ORDERED that the Motion is GRANTED in part. Plaintiff's opposition memorandum shall be due by **June 20, 2008.** Defendant's reply brief shall be due by **June 27, 2008.** Oral argument on the Motion for Sanctions, if necessary, will be heard on **August 22, 2008, at 1:30 p.m.** The remainder of the Motion is DENIED.

IT IS SO ORDERED.

Dated: May 20, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge