# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 05-05124 JCS**

**CASE NAME: ASIS INTERNET SERVICES v. OPTIN GLOBAL, INC. ET AL**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**:  Karen Hom |
| **DATE**: August 22, 2008   **TIME: 10 mins** | **COURT REPORTER**: <u>Lydia Zinn</u> |
| **<u>COUNSEL FOR PLAINTIFF:</u>**<br>Jason Singleton | **<u>COUNSEL FOR DEFENDANT:</u>**<br>Hank Burgoyne-Dft Azoogle.Com |

| **<u>OTHER PROCEEDINGS:</u>** | **<u>RULING:</u>** |
|---|---|
| 1. Dft's Azoogle's Motion for Sanctions [docket #416] | Denied without prej. |

**<u>ORDERED AFTER HEARING:</u>**

**Dft may re-file their motion, briefing only new issues, within 30 days, after the issuance of the mandate from the Court of Appeals.**

_____

**ORDER TO BE PREPARED BY:     () Plaintiff     () Defendant     (X) Court**

**CASE CONTINUED TO:**

**cc:       Chambers, Karen**

(T) = telephonic appearance