**United States District Court**
For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5

6   ASIS INTERNET SERVICES,                    No. C-05-05124 JCS

7              Plaintiff,                       **ORDER DENYING WITHOUT**
                                                **PREJUDICE DEFENDANT AZOOGLE'S**
8        v.                                     **MOTION FOR SANCTIONS [Docket No.**
                                                **416]**
9   OPTIN GLOBAL, INC., ET AL.,

10             Defendants.
    _____/
11

12        On May 14, 2008, Defendant Azoogle filed a Motion for Sanctions (the "Motion").

13        On August 22, 2008, the Motion came on for hearing.  Jason Singleton, counsel for Plaintiff,

14  appeared.  Hank Burgoyne, counsel for Defendant Azoogle, appeared.

15        For reasons stated on the record,

16        IT IS HEREBY ORDERED that the Motion is DENIED without prejudice, with leave to re-

17  file the Motion within thirty (30) days after the issuance of the mandate from the Court of Appeals.

18  If the Motion is re-filed, counsel may rely on the memoranda, objections, declarations and other

19  evidence already submitted to the Court in support of and in opposition to the Motion.  No new

20  evidence may be filed.  If any new memoranda are filed when the motion is re-filed, such

21  memoranda shall not reargue the matters already addressed in the papers currently on file with the

22  Court, and may only address cases decided by any court after August 22, 2008, and the impact on

23  the sanctions question of any Court of Appeal decision made in the appeal in this case.

24        IT IS SO ORDERED.

25  Dated: August 25, 2008

26                                    _____
                                      JOSEPH C. SPERO
27                                    United States Magistrate Judge

28