

1  Jason K. Singleton, State Bar #166170
   jason@singletonlawgroup.com
2  Richard E. Grabowski, State Bar #236207
   rgrabowski@mckinleyville.net
3  SINGLETON LAW GROUP
   611 "L" Street, Suite A
4  Eureka, CA 95501
   (707) 441-1177
5  FAX 441-1533

6  Attorneys for Plaintiff, ASIS Internet Services

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 | ASIS INTERNET SERVICES, a California      | Case No. C-05-5124 JCS
   | corporation,                              |
11 |                                           |
   |         Plaintiff,                        | NOTICE OF APPEAL TO THE UNITED
12 | vs.                                       | STATES COURT OF APPEALS FOR THE
   |                                           | NINTH CIRCUIT
13 | OPTIN GLOBAL, INC., a Delaware            |
14 | Corporation, LEADS LIMITED, INC., a       |
   | Florida corporation; AZOOGLE.COM, INC.,   |
15 | a Delaware Corporation.,                  |
16 |         Defendants.                       |

17

18    Notice is hereby given that ASIS INTERNET SERVICES, Plaintiff in the above named

19 case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the

20 ORDER GRANTING IN PART AND DENYING IN PART MOTION TO STAY TAXATION OF

21 COSTS AND PLAINTIFF'S OBJECTIONS TO TAXATION OF COSTS entered in this case on

22 December 17, 2008.

23                                          Respectfully submitted,

24                                          SINGLETON LAW GROUP

25
   Dated:      December 18, 2008
26                                          Jason K. Singleton
                                            Richard E. Grabowski, Attorneys for Plaintiff,
27                                          ASIS INTERNET SERVICES

28

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611026822
Cashier ID: almaceh
Transaction Date: 12/22/2008
Payer Name: SINGLETON LAW GROUP
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: ASIS INTERNET
 Case/Party: D-CAN-3-05-CV-005124-001
 Amount:       $455.00
----------------------------------
CHECK
 Check/Money Order Num: 10139
 Amt Tendered: $455.00
----------------------------------
Total Due:       $455.00
Total Tendered: $455.00
Change Amt:      $0.00

JCS


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```