**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne, III (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
hank@KBInternetLaw.com
karl@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Defendant, AZOOGLEADS.COM, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ASIS INTERNET SERVICES,** a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**OPTIN GLOBAL, INC.,** a Delaware Corporation, also dba Vision Media Limited Corp., USA Lenders Network, USA Lenders, and USA Debt Consolidation Service; et al.,<br><br>Defendants. | Case No. C-05-5124 JCS<br><br>**DECLARATION OF JEFFREY M. ROSENFELD IN SUPPORT OF AZOOGLEADS.COM, INC.'S MOTION FOR SANCTIONS**<br><br>DATE: March 5, 2010<br>TIME: 9:30 a.m.<br>CTRM: A, 15th Floor<br><br>The Honorable Joseph C. Spero |

Case No. C-05-5124 JCS         **ROSENFELD DECL. ISO AZOOGLEADS.COM, INC.'S MTN FOR SANCTIONS**

I, Jeffrey M. Rosenfeld, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California. I am an associate at the law firm of Kronenberger Burgoyne, LLP, counsel of record for Defendant AzoogleAds.com, Inc. ("Azoogle"). Unless otherwise stated, I have personal knowledge of the matters stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of the Order Granting Defendant's Motion for Security for Costs; and Setting Case Management Schedule in *ASIS Internet Services v. Member Source Media, LLC*, Case No. 08-1321-EMC.

3. Attached hereto as Exhibit B is a true and correct copy of the Civil Minutes entered on January 28, 2010 in *ASIS Internet Services v. Member Source Media, LLC*, Case No. 08-1321-EMC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed this 28th day of January 2010, at San Francisco, California.

                                                  s/ Jeffrey M. Rosenfeld
                                                  Jeffrey M. Rosenfeld