**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne, III (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
hank@KBInternetLaw.com
karl@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Defendant, AZOOGLEADS.COM, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES,** a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**OPTIN GLOBAL, INC.,** a Delaware Corporation, also dba Vision Media Limited Corp., USA Lenders Network, USA Lenders, and USA Debt Consolidation Service; et al.,<br><br>Defendants. | Case No. C-05-5124 JCS<br><br>**STIPULATION TO EXTEND HEARING DATE ON AZOOGLEADS.COM, INC.'S MOTION FOR SANCTIONS; [PROPOSED] ORDER**<br><br>DATE: April 23, 2010<br>TIME: 9:30 a.m.<br>CTRM: A, 15th Floor<br><br>The Honorable Joseph C. Spero |

Case No. C-05-5124 JCS                    **STIP TO EXTEND HEARING ON MOTION FOR SANCTIONS; PROP. ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the Parties hereto, through their counsel of record, that:

1. The hearing on the Defendant AzoogleAds.com, Inc.'s Motion for Sanctions ("Motion") in this action currently set for April 23, 2010 at 9:30 am shall be continued to April 30, 2010 at 9:30 am or such other date and time, that is convenient for the Court.

2. The opposition memorandum shall be filed by February 12, 2010, and the reply brief shall be filed by February 19, 2010.

IT IS SO STIPULATED:

DATED: February 2, 2010                      DATED: February 2, 2010

KRONENBERGER BURGOYNE, LLP                   SINGLETON LAW GROUP

By: _____                        By: _____

Henry M. Burgoyne, III                       Jason K. Singleton

Attorneys for Defendant,                     Attorneys for Plaintiff,
AzoogleAds.com, Inc.                         ASIS Internet Services

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: _____

_____
The Hon. Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

Case No. C-05-5124 JCS        1        STIP TO EXTEND HEARING ON MOTION FOR SANCTIONS; PROP. ORDER