

**FILED**

UNITED STATES COURT OF APPEALS

FEB 17 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, | Nos. 08-15979, 08-17779 |
| Plaintiff - Appellant, | D.C. No. 3:05-cv-05124-JCS Northern District of California, San Francisco |
| v. | |
| AZOOGLE.COM, INC., a Delaware corporation, | ORDER |
| Defendant - Appellee. | |

Before: GOODWIN and PAEZ, Circuit Judges, and CARNEY,* District Judge.

Azoogle.com, Inc.'s motion for award of attorneys' fees is DENIED.

---

* The Honorable Cormac J. Carney, District Judge for the Central District of California, sitting by designation.