UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, | Case No. C05-05124 JCS |
| Plaintiff(s), | **ORDER** |
| v. | |
| OPTIN GLOBAL, INC., ET AL., | |
| Defendant(s). | |

IT IS HEREBY ORDERED that the Objection to the Debtor's Examination [Docket No. 488] is OVERRULED.

IT IS SO ORDERED.

Dated: July 14, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge