1  **Jason K. Singleton**, State Bar #166170
   jason@singletonlawgroup.com
2  **SINGLETON LAW GROUP**
   611 "L" Street, Suite A
3  Eureka, CA 95501
   (707) 441-1177
4  FAX  441-1533

5  Attorney for Plaintiff, ASIS Internet Services

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | ASIS INTERNET SERVICES, a California ) | Case No. C-05-5124 JCS
11 | corporation, )
   |                                      )
12 |     Plaintiff, )                     | REQUEST TO CONTINUE DEBTOR'S EXAM
   | vs.                                   ) | TELEPHONICALLY
13 |                                      )
14 | OPTIN GLOBAL, INC., a Delaware )
   | Corporation, also dba Vision Media )
15 | Limited Corp., USA Lenders Network, )
   | USA Lenders, and USA Debt )
16 | Consolidation Service; et al., )
   |                                      )
17 |     Defendants. )

18        Judgment Creditor, AZOOGLEADS.COM, INC., examined Debtor ASIS INTERNET

19 SERVICES' Officer NELLA WHITE for a period of 4 hours 15 minutes on July 23, 2010.

20        At the conclusion of this examination it was agreed to by all parties that the remaining

21 2¾ hours of the examination would be conducted telephonically; a date was set for Tuesday,

22 July 27, 2010, and made a part of the Court's Civil Minute Order. Nella White duly appeared at

23 KCR Reporters in Eureka, California, for the continuation of the examination via telephone

24 accompanied by counsel only to be informed that the examination had not been scheduled by

25 Judgment Creditor.

26        Judgment Creditor later informed Judgment Debtor's counsel that KCR Reporter's was

27 unavailable to conduct the examination.

28        Attached hereto as Exhibit "A" is a letter from KCR Reporters indicating they had never

REQUEST FOR TELEPHONE EXAMINATION            1                         C-05-5124 JCS

received any request to set a telephonic deposition by Judgment Creditor AzoogleAds.com.

Judgment Debtor has offered to continue the remaining examination for the remaining two (2) hours via telephone. Judgment Creditor has refused to accept this compromise and demands that Nella White and her counsel appear yet again in San Francisco to continue the examination in person for the remaining two (2) hours.

At this point Judgment Creditor's conduct constitutes harassment. Judgment Creditor has subpoenaed documents from:

Richard Cottrell, Accountant      Joel Householter
Taun Moondy, Bookkeeper           JPMorganChase
A Simple Internet Solution, Inc.

In addition Judgment Creditor has propounded 32 interrogatories and 49 requests for production of documents. The last request for production of documents resulted in the production of 5 bankers boxes of documents of Asis Internet Services.

Judgment Creditor is well aware that Asis is insolvent and has no assets. Judgment Creditor's goal is to harass Nella White personally, her friends, and her associates in the hopes that she might personally pay some money to Judgment Creditor.

Indeed, at the last examination Judgment Creditor had subpoenaed Asis Internet's accountant to appear at the examination as well. Counsel for Judgment Creditor, Hank Burgoyne, was unaware that Asis' accountant had been subpoenaed to appear and was unprepared to take his examination in any form or fashion.

During the process of Judgment Creditor's post-judgment extensive discovery, counsel for Judgment Creditor has threatened both Nella White and her counsel with sanctions.

Judgment Debtor respectfully submits there will be no prejudice to Judgment Creditor to allow the continued examination via telephone saving the expense and harassment of Judgment Debtor and its counsel of showing up personally, yet again, in San Francisco.

Respectfully submitted,

SINGLETON LAW GROUP

Dated:      October 14, 2010          /s/ Jason K. Singleton
                                      Jason K. Singleton, Attorney for
                                      Judgment Debtor, ASIS INTERNET SERVICES